DJD/JRB: USAO 2019R00025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. PX 19cr348 |
| | * |
| ALAKOM-ZED CRAYNE POBRE, | *   (Possession of Child Pornography, |
| | *   18 U.S.C. § 2252A(a)(5)(B) and (b)(2); |
| Defendant | *   Forfeiture, 18 U.S.C. § 2253) |
| | * |

*******

### INDICTMENT

**COUNT ONE**
(Possession of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about August 14, 2018, in the District of Maryland, the defendant,

**ALAKOM-ZED CRAYNE POBRE,**

did knowingly possess any material that contained an image of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including an image of child pornography involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, in the event of the defendant's conviction under Count One of this Indictment.

2. As a result of the offenses set forth in Count One this Indictment, the defendant,

**ALAKOM-ZED CRAYNE POBRE**,

shall forfeit to the United States of America:

    a. Any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America , pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), shall be entitled to forfeiture of substitute property.

18 U.S.C. § 2253

*Robert K. Hur*
Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

Date: July 22, 2019