IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. |
| | * PX 19cr348 |
| ALAKOM-ZED CRAYNE POBRE, | * |
| Defendant. | * FILED UNDER SEAL |
| | * |
| | * |

*******

## MOTION TO SEAL

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland and Dwight J. Draughon, Assistant United States Attorney for said District, hereby moves this Honorable Court for an order sealing the Indictment and arrest warrant in the above-captioned matter. Disclosure of the Indictment would enable the defendant to evade his appearance before the Court.

**WHEREFORE**, the government requests that this Motion, the Order, the Indictment and all other documents filed in this action be **sealed** until further order of the Court.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:_____
Dwight J. Draughon
Assistant United States Attorney

**ORDERED** as prayed, this 22nd day of July, 2019.

_____
Gina L. Simms
United States Magistrate Judge