# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk
Catherine M. Stavlas, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Southern Division Address

July 26, 2019

## RECEIPT FOR SURRENDER OF PASSPORT

USA v. Alakom−Zed Crayne Pobre
8:19−cr−00348−PX

Received 7/26/2019 from Defence Attorney (Richard Fincia) Staff: Thomas Brunhart, one passport ending with 6181 issued by the country of the United States of America which is being surrendered to the Court as a special condition of the defendant's release. This passport is to be held in the custody of the Court until further ordered. Following the termination of these proceedings, the Clerk will order the destruction of any passport in custody beyond twenty years from date of issuance of the passport.

Very truly yours,

_____/s/_____
Felicia C. Cannon
Clerk, U.S. District Court
District of Maryland
prepared by: N. Uddin