IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STATE OF MARYLAND | : | |
| vs. | : | Case No.   8:19-cr-00348-PX |
| ALAKOM-ZED CRAYNE POBRE | : | |
| Defendant | : | |

## LINE OF APPEARANCE

Dear Clerk:

Please enter the appearance of the undersigned Richard A. Finci, Esquire, and the Law Offices of Houlon, Berman, Finci & Levenstein, LLC on behalf of the Defendant Alakom-Zed Crayne Pobre.

Respectfully submitted,

_____
Richard A. Finci, Esquire
Houlon, Berman, Finci & Levenstein, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
finci@houlonberman.com
Telephone: (301) 459-8200
Facsimile: (301) 459-5721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2019, a copy of the foregoing Line of Appearance was served via filing in the electronic filing system to the Office of the United States Attorney, 6406 Ivy Lane, Greenbelt, Maryland 20770.

_____
Richard A. Finci, Esquire