IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND                :

    vs.                            :   Case No.   8:19-cr-00348-PX

ALAKOM-ZED CRAYNE POBRE          :

    Defendant                      :

---

### CONSENT MOTION FOR EXTENSION OF MOTIONS FILING DEADLINE

Comes now the Defendant, Alakom-Zed Crayne Pobre, by and through counsel, Richard A. Finci, Esquire and the Law Offices of Houlon, Berman, Finci & Levenstein, LLC, and respectfully states as follows:

1. Defendant was arraigned on the indictment in the above-referenced matter on July 25, 2019. At that time, Counsel was given a motions filling deadline of August 15, 2019.

2. Discovery in this matter is ongoing. As of today's date, Defendant has not received discovery from the Government although it is Counsel's understanding that it was sent via Federal Express on the morning of August 8, 2019.

3. Undersigned Counsel will be out of town on family vacation from August 9, 2019 through August 19, 2019. Thus, Counsel will require additional time to review the discovery materials and draft any necessary motions. Counsel is aware that a search warrant was executed in this case and that Defendant may have made a statement.

4. Undersigned Counsel has obtained the consent of Assistant United States Attorney Dwight Drawghon to an extension of the motions filing deadline until September 6, 2019.

**WHEREFORE**, the Defendant respectfully requests the following relief:

1. That this Honorable Court extend the motions filing deadline in this matter until September 6, 2019.

2. Such further and additional relief as justice may require.

Respectfully submitted,

_____
Richard A. Finci, Esquire
Houlon, Berman, Finci & Levenstein, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
finci@houlonberman.com
Telephone: (301) 459-8200
Facsimile: (301) 459-5721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2019, a copy of the foregoing Consent Motion for Extension of Motions Filing Deadline was served via filing in the electronic filing system to the Dwight Drawghon, Esquire, Office of the United States Attorney, 6406 Ivy Lane, Greenbelt, Maryland 20770.

_____
Richard A. Finci, Esquire