IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND            :

    vs.                                  :        Case No.   8:19-cr-00348-PX

ALAKOM-ZED CRAYNE POBRE      :

    Defendant                        :

## ORDER

Upon consideration of Defendant's Consent Motion for Extension of Motions Filing Deadline, and noting the Government's consent thereto, it is this _____ day of _____, 2019,

ORDERED, that Defendant's Motion is hereby GRANTED, and it is further,

ORDERED, that the motions filing deadline in this matter shall be extended to and include September 6, 2019.

                                                  _____

                                                  Judge Paula Xinis