IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND | : |
| vs. | : Case No. 8:19-cr-00348-PX |
| ALAKOM-ZED CRAYNE POBRE | : |
| Defendant | : |

### CONSENT MOTION TO TOLL SPEEDY TRIAL

Comes now the Defendant, Alakom-Zed Crayne Pobre, by and through counsel, Richard A. Finci, Esquire and the Law Offices of Houlon, Berman, Finci & Levenstein, LLC, and respectfully states as follows:

1. On August 9, 2019, the Court granted the Defendant's Consent Motion for Extension of Motions Filing Deadline, extending the deadline within which the Defendant shall file pre-trial motions to September 6, 2019. (ECF 14).

2. The Defendant also requests that the Court exclude the time from filing the Defendant's Consent Motion for Extension of Motions Filing Deadline (August 8, 2019) to September 6, 2019, when computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Undersigned Counsel has obtained the consent of Assistant United States Attorney Dwight Draughon to toll the Speedy Trial Clock from August 8, 2019 through September 6, 2019.

**WHEREFORE**, the Defendant respectfully requests the following relief:

1. That this Honorable Court toll the Speedy Trial Clock from August 8, 2019 through September 6, 2019.

2. Such further and additional relief as justice may require.

Respectfully submitted,

/s/
_____
Richard A. Finci, Esquire
Houlon, Berman, Finci & Levenstein, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
finci@houlonberman.com
Telephone: (301) 459-8200
Facsimile: (301) 459-5721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  15th  day of August, 2019, a copy of the foregoing Consent Motion to Toll Speedy Trial Clock was served via filing in the electronic filing system to the Dwight Draughon, Esquire, Office of the United States Attorney, 6406 Ivy Lane, Greenbelt, Maryland 20770.

/s/
_____
Richard A. Finci, Esquire