IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STATE OF MARYLAND | : | |
| vs. | : | Case No.   8:19-cr-00348-PX |
| ALAKOM-ZED CRAYNE POBRE | : | |
| Defendant | : | |

## ORDER

Upon consideration of Defendant's Consent Motion to Toll Speedy Trial Clock for Extension of Motions Filing Deadline, and noting the Government's consent thereto, it is this _____ day of _____, 2019,

ORDERED, that Defendant's Motion is hereby GRANTED, and it is further,

ORDERED, that the Speedy Trial Clock is tolled from August 8, 2019 through September 6, 2019..

_____
Judge Paula Xinis