IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STATE OF MARYLAND | : | |
| vs. | : | Case No.  8:19-cr-00348-PX |
| ALAKOM-ZED CRAYNE POBRE | : | |
| Defendant | : | |

## ORDER

Upon consideration of Defendant's Motion to _____, it is this _____ day of _____, 2019,

ORDERED, that Defendant's Motion is hereby GRANTED, and it is further,

ORDERED, that _____.

_____
Judge Paula Xinis