

*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*
*Southern Division*

---

| | | | |
|---|---|---|---|
| *Dwight J. Draughon* | *Mailing Address:* | *Office Location:* | DIRECT: 301-344-0863 |
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | MAIN: 301-344-4433 |
| *Dwight.Draughon@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | FAX: 301-344-4516 |

January 15, 2020

Hon. Paula Xinis
U.S. District Court
6500 Cherrywood Lane
Greenbelt, MD  20770

        Re:  <u>United States v. Alakom-Zed Crayne Pobre</u>
            Criminal No.  PX-19-348

Dear Judge Xinis:

    We write on behalf of the Government and defense counsel in the above-captioned case.

    The Court ordered that by January 15, 2020, the parties shall docket a status report and indicate a proposed scheduling for further proceedings.  Based on the Defendant's desire to resolve a discovery issue before filing any motions to suppress, the parties suggest the following deadlines:

        February 3, 2020 – Defendant's Motion to Compel
        February 24, 2020 – Government's Response Due
        March 2, 2020 – Defendant's reply due (if any)
        April 1, 2020 – Motions Filing Deadline
        April 22, 2020 – Oppositions to Motions
        April 29, 2020 – Replies for Motions, if any

    The parties propose contacting Chambers to schedule a hearing date.  The parties anticipate that there may be an expert witness for each party and a law enforcement officer at the motions hearing.

                                                    Very truly yours,

                                                     Robert K. Hur
                                                     United States Attorney

                       By:          /s/                           
                                                     Dwight J. Draughon
                                                     Joseph R. Baldwin
                                                   Assistant United States Attorneys