UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALAKOM-ZED CRAYNE POBRE,<br><br>Defendant. | Criminal Action No. PX-19-0348 |

# SCHEDULING ORDER

Pursuant to the status report (ECF No. 28), and with agreement of the parties, the Court issues the following deadlines:

| | |
|---|---|
| February 3, 2020 | Defendant's Motion to Compel |
| February 24, 2020 | Government's Response Due |
| March 2, 2020 | Defendant's Reply Due (if any) |
| April 1, 2020 | Motions Due |
| April 22, 2020 | Responses Due |
| April 29, 2020 | Replies Due (if any) |
| May 11, 2020 at 10:00 a.m. | Motions Hearing |

Dated: January 21, 2020

/S/
Paula Xinis
United States District Judge