# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND      :

 vs.           :   Case No.  8:19-cr-00348-PX

ALAKOM-ZED CRAYNE POBRE  :

 Defendant       :

## MOTION TO COMPEL DISCOVERY

Comes now the Defendant, Alakom-Zed Crayne Pobre, by and through counsel, Richard A. Finci, Esquire and the Law Offices of Houlon, Berman, Finci & Levenstein, LLC, and respectfully moves for an order compelling the Government to provide certain discovery pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E)(i) and (ii) for the reasons more fully set forth in the accompanying Memorandum of Law in Support of Motion to Compel Discovery which is incorporated herein by reference.

Respectfully submitted,

Richard A. Finci, Esquire
Houlon, Berman, Finci & Levenstein, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
finci@houlonberman.com
Telephone: (301) 459-8200
Facsimile: (301) 459-5721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2020, a copy of the foregoing Motion to Compel Discovery was served via filing in the electronic filing system to the Dwight Draughon, Esquire, Joseph Baldwin, Esquire Office of the United States Attorney, 6406 Ivy Lane, Greenbelt, Maryland 20770.

Richard A. Finci, Esquire