IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. PX-19-348 |
| | * |
| ALAKOM-ZED CRAYNE POBRE, | * |
| | * |
| Defendant | * |
| | * |

*******

## CONSENT MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY

The United States of America, by and through its attorneys, hereby respectfully requests that the Court to extend time for the Government to respond to the Defendant's Motion to Compel Discovery (ECF Nos. 32 and 33) by two days, from February 24, 2020 to February 26, 2020, and in support of its request, submit the following:

1. On January 21, 2020, the Court issued a Scheduling Order in this matter ordering that the Defendant's Motion to Compel Discovery shall be filed by February 3, 2020 and that the Government's response shall be filed by February 24, 2020. ECF No. 29. Subsequent motions shall be filed by April 1, 2020, and responses to those subsequent motions shall be filed by April 22, 2020. The motions hearing shall occur at 10:00 a.m. on May 11, 2020.

2. The pending Motion to Compel Discovery was filed by the Defense on February 3, 2020.

3. Government counsel has recently completed three weeks of trial and is presently working on urgent matters.

4. Defense counsel, Richard A. Finci, Esq., consents to the Government's request and is amenable to the remaining dates outlined in the scheduling order remaining the same.

2

WHEREFORE, the United States of America, by and through its attorneys, with the consent of counsel for the Defendant, requests that this Court extend the time within which the Government must respond to the Defendant's Motion to Compel Discovery, from February 24, 2020 to February 26, 2020.

                                                  Respectfully submitted,

                                                  Robert K. Hur
                                                  United States Attorney

By:           /s/
        Dwight J. Draughon, Jr.
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/
Dwight J. Draughon, Jr.
Assistant United States Attorney