



https://freenetproject.org/pages/download.html

FREENET    ABOUT    VOLUNTEER    DOCUMENTATION    DONATE    DOWNLOAD    HELP

## DOWNLOAD

To access Freenet, you first need to install the main application. Freenet will run in the background and you can use your browser to change settings and access content. There are other applications that you can install at a later time to add more functionality.

Steps:

- Download and install Freenet
- Add friends (or connect to strangers)
- Start using Freenet!

*Freenet is free and open source software available under GPLv2+. The source code is on GitHub.*

## WINDOWS

Download and run the installer ( gpg signature; keyring)

**⬇ DOWNLOAD FREENET FOR WINDOWS**

It will automatically install Freenet and other required components for you. When done, your default browser will automatically open up to Freenet's web-based user interface.



Freenet requires Windows XP or later.

# DOWNLOAD

To access Freenet, you first need to install the main application. Freenet will run in the background and you can use your browser to change settings and access content. There are other applications that you can install at a later time to add more functionality.

Steps:

- Download and install Freenet
- Add friends (or connect to strangers)
- Start using Freenet!

*Freenet is free and open source software available*

## WINDOWS

Download and run the installer ( gpg signature; key~...)



It will automatically install Freenet and other required components for you. When done, your default browser will automatically open up to Freenet's web-based user interface.















## Connect to any Freenet user: (low security)

If you live in a relatively free country where running Freenet is legal, you can choose this option. It is much safer than traditional P2P software like BitTorrent or Gnutella, but an attacker with moderate resources may be able to trace your activity on Freenet back to you. If you have friends who also run Freenet, you can improve security by adding them as Friends, then connecting only to them.

Choose low security

**Security levels**

## PROTECTION AGAINST A STRANGER ATTACKING YOU OVER THE INTERNET

Do you know personally anyone who already uses Freenet? If you know at least 3 people who already use Freenet, you can enable darknet mode, so Freenet will only connect to your Friends, greatly improving security. However, if you don't know anyone already on Freenet, or if you want maximum performance, you should enable opennet mode, and Freenet will automatically connect to other Freenet nodes run by strangers (as well as your Friends).

**Opennet mode (connect to strangers and friends)**: I don't know anyone who already uses Freenet: Connect to other Freenet nodes automatically.

🔘 **LOW**: I do not care about monitoring and want maximum performance.

*It may be quite easy for others to discover your identity!*

⚪ **NORMAL**: I live in a relatively free country, but I would like to make it more difficult for others to monitor my communications.

*Freenet will be reasonably careful to protect your anonymity, at some performance cost. You should add friends running Freenet and upgrade to HIGH when you are able.*

**Darknet mode (connect to friends only)**: I know at least 3 people (10+ for good performance) who already use Freenet: Connect only to Friends.

⚪ **HIGH**: I would like to make it much more difficult for others to monitor my communications, or I am worried about ISPs and/or governments trying to block Freenet.

*Only connecting to Friends massively improves security, but Freenet will be slow unless you add at least 5-10 friends.*

⚪ **MAXIMUM**: I intend to access information that could get me arrested, imprisoned, or worse. I understand that Freenet is experimental and cannot ensure security against certain known attacks, but I accept the risks compared to the alternatives.

*Freenet will be **significantly** slower than in HIGH, as well as only connecting to Friends. Your real identity should be relatively safe provided you only connect to people you trust. For a more detailed explanation of Freenet's security, see the bottom of the "who should Freenet connect to?" page of the wizard.*

**Adding people as Friends who you don't know outside of Freenet will not improve security and will reduce performance!**

English    Switch to advanced mode    Security levels: LOW LOW    **1 / 14**



**Browser Security Advisory**

**You could use privacy mode or a separate browser to improve security**

You are using a reasonably recent browser which should be relatively safe. However it will record what you browse on Freenet in its history. You could use privacy/incognito mode to prevent this. It can also be cleared manually but this will usually leave some traces.

Most web browsers, apart from Microsoft Internet Explorer, will work adequately with Freenet, for example Firefox, Opera, Safari, Chrome, and Lynx are known to work. You should install one of these, then copy the current URL from the location bar, and open it in your new browser.

Back   Next



**Datastore size**

Please select a size for your datastore. Recommended values lie between 1GiB and 20GiB. A smaller datastore can result in problems downloading files, a larger datastore is beneficial to the network but might slow down your computer due to high filesystem load, especially in the first few hours after installation. The datastore acts like a cache; storing data for the network will help you to get better throughput when requesting popular files. The more space you can afford the better it is for the community and the faster your node and especially your downloads will go.

20.0 GiB ▾

Back    Next





Browsing

### A new stable version of Freenet is available

It seems that your node isn't running the latest version of the software. Your node has downloaded a new

Update Now!

Release announcement
Developer details

### My Opennet Peers (untrusted peers added by Freenet in low/normal network security level)

| Status | Address | Version | Connected / Idle |
|---|---|---|---|
| CONNECTED | ↕2001:0:5ef5:79fb:3857:1df6:3f21:4871:59932 (294ms / 1000ms) | 1478 | 1h30m |
| CONNECTED | ↕2001:0:5ef5:79fb:2c9a:3fed:93eb:ed3d:12939 (193ms / 1000ms) | 1478 | 2h6m |
| CONNECTED | 185.57.31.18:19335 (435ms / 1000ms) | 1478 | 3h7m |
| CONNECTED | 2601:403:c100:963c:ac3e:c6c2:521f:ec55:52312 (181ms / 1000ms) | 1478 | 2h34m |
| CONNECTED | ★ 114.179.178.107:48983 (632ms / 1639ms) | 1478 | 45m29s |
| CONNECTED* | 24.22.246.162:21112 (235ms / 2000ms) | 1478 | 1h1m |
| CONNECTED | 86.22.136.7:39237 (354ms / 1000ms) | 1478 | 16m15s |
| BUSY | ↕198.27.81.212:4346 (196ms / 1000ms) | 1478 | 13m58s |
| BUSY | 84.157.223.25:50104 (5406ms / 15572ms) | 1478 | 3m57s |
| BUSY | 38.100.213.253:29664 (3027ms / 8880ms) | 1478 | 20m24s |
| NEVER CONNECTED* | 66.188.181.175:39886 | 1478 | 2m24s |
| NEVER CONNECTED* | 160.40.51.110:16062 | 1478 | 32s |
| DISCONNECTING | 213.5.50.50:21428 | 1478 | 1w1d |



Downloading a page - Freenet

localhost:8888/USK@XJZAi25dd5y7lrxE3cHMmM-xZ-c-hlPpKLYeLC0YG5I,8XTbR1bd9RBXlX6j-OZNednsJ8Cl6EAeBBebC3jtMl

## Downloading a page

Browsing    Filesharing    Friends    Discussion    Status    Configuration    KeyUtils

**Freenet is downloading the page you requested**

Filename: index-711
Size: 1.81 MiB
Time elapsed: 28s
ETA: 13s
Last refresh was 0s ago

Your computer is downloading this page or file from Freenet. This could take seconds or minutes depending on how big and how popular the page or file is - the more often something is accessed in Freenet, the better is its availability and download speed.

The progress bar will jump around until we have downloaded enough blocks to determine the size of the file.

`15 (68.1%??)`

**Your options**

You can wait for the requested page. This status page will be refreshed until the file is fetched or Freenet gives up searching. Alternatively:

Download | Download the file in the background and store in `C:\Users\US Attorney\AppData\Local\Freenet\.\download` . You will be notified when the download completes, and can follow its progress on the downloads page. **Warning**: The file downloaded to disk will not be filtered. Be careful when you open it as it might cause your web browser or other software to breach your anonymity, give away your IP address, or if it is an executable may contain virii, trojans, etc. Browse to change...

Filter data: ☑
Select this to run your request through the content filter. The filter will try to prevent your computer from running anything which might harm it, or break your anonymity. Keeping this checked is strongly recommended.

Fetch | Fetch the file in the background. It will be accessible **only** through the downloads page, and will be lost if you uninstall Freenet, click the panic button, or lose the master password.

Messages: 3 Minor    English    Switch to advanced mode    Security levels: LOW  LOW    11 / 14

YAFI - Yet Another Freenet Index

localhost:8888/USK@yET8IzHqEXMLhzIJull1aO7aXx0tPEzh4JldQXx5las,xc1XLpeP9QiE1br5En~HcfwraeugGEwEc5TBKTjkjgE,A

# YAFI - Yet Another Freenet Index

Last update on: 2016-06-18

Welcome to Yet Another Freenet Index!

All data in this index is crawled and gathered automatically without human interference, the source code is attached. As such, there is no human oversight over what is inserted and displayed. Very offensive content will likely end up in this index so take care while browsing!

source.7z

Contact information: Libertatem Pugnator

libertatem_pugnator@bb24ytly76cxcy mohraxfu2cdq36fynr2h6ryhy4zcthm5o hfgla.freemail

Contact me on Sone.

Yet Another ...ed at the address below.
Freenet Index...FxHKV4muSmixRtYJs

| Link | Description | Date |
|---|---|---|
| Dream Teen - Index | My favorite porn teen stuff | 2016-06-18 |
| Empornium - Frequenty Asked Questions | This site is dynamically generated from a large collection of pornographic material. | 2016-06-18 |
| Enzo's Index - Flogs - Adult | Another Freesite Key index by Enzo. | 2016-06-18 |
| FMS Site of ArneBab | The FMS-generated homepage of ArneBab. | 2016-06-18 |
| FMS Site of bertm | The FMS-generated homepage of bertm. | 2016-06-18 |
| FMS Site of cptn_insano | The FMS-generated homepage of cptn_insano. | 2016-06-18 |
| FMS Site of eismann | The FMS-generated homepage of eismann. | 2016-06-18 |
| FMS Site of Everybodybutme | The FMS-generated homepage of Everybodybutme. | 2016-06-18 |
| FMS Site of Haruna | The FMS-generated homepage of Haruna. | 2016-06-18 |
| FMS Site of moonunit.1 | The FMS-generated homepage of moonunit.1. | 2016-06-18 |
| FMS Site of ranbaxy | The FMS-generated homepage of ranbaxy. | 2016-06-18 |
| FMS Site of uploader | The FMS-generated homepage of uploader. | 2016-06-18 |
| FMS Site of xys | The FMS-generated homepage of xys. | 2016-06-18 |
| FMS Site of Yakuza | The FMS-generated homepage of Yakuza. | 2016-06-18 |
| Freenet Statistics | | 2016-06-18 |
| Freesite irclogs directory listing | | 2016-06-18 |
| Little Angels | Photos of nude minors. | 2016-06-18 |
| Lolitas Heaven | Photos of nude minors. | 2016-06-18 |
| Memorias del Fuego | | 2016-06-18 |





