# Houlon Berman

## HOULON, BERMAN, FINCI & LEVENSTEIN, LLC

### ATTORNEYS AT LAW

Victor A. Houlon (1941 – 2001)
Sanford Z. Berman*
Richard A. Finci*
Alan D. Levenstein*
Jeremy R. Feldman*
Jennifer L. Mayer*-*of counsel*
**also admitted in DC*

Please Reply to:

7850 Walker Drive
Suite 160
Greenbelt, MD 20770

Tel: 301.459.8200
Fax: 301.459.5721

E-mail: hb@houlonberman.com
Website: www.houlonberman.com

March 2, 2020

The Honorable Judge Paula Xinis
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re:   *United States of America vs Alakom-Zed Crayne Pobre*
      Case No. 8:19-cr-00348-PX in the United States District Court for the District of Maryland

Dear Judge Xinis,

According to a scheduling order you issued in the above referenced matter, the Defendant's Reply to the Government's Opposition to Defendant's Motion to Compel is due today.

In its Opposition, in addition to addressing the technical/fact-based argument as to why the Government claims that the requested modified Freenet source code is not discoverable, the Government also made an extensive assertion that Law Enforcement Privilege protects the material. With our consent, the Government filed its Opposition a few days late and quite simply, it will be impossible for the Defense to have a Reply completed today. Counsel is starting a two-week trial before Judge Hazel tomorrow and has been immersed in that matter and must attend a close friend's mother's funeral today.

The Government has consented to my suggestion that the Defense Reply to the Government's Opposition be consolidated with Defendant's Motion to Suppress which is due on April 1, 2020. I am respectfully requesting your approval of this extension and of the parties proceeding in this matter.

Best regards,

Richard A. Finci

RAF/mec