IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND          :

vs.                        :     Case No.   8:19-cr-00348-PX

ALAKOM-ZED CRAYNE POBRE    :

Defendant                  :

---

### SECOND MOTION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE TO FACILITATE DEFENDANT'S PARTICIPATION IN HIS OWN DEFENSE DURING COVID-19 EMERGENCY

Comes now the Defendant, Alakom-Zed Crayne Pobre, by and through counsel, Richard A. Finci, Esquire and the Law Offices of Houlon, Berman, Finci & Levenstein, LLC, and respectfully states as follows:

1. On December 18, 2019, this Honorable Court granted Defendant's Motion to Modify Conditions of Release to Facilitate Defendant's Participation in His Own Defense (ECF 22) entering a Modified Order Setting Conditions of Release (ECF 25). Under the terms of the Modified Order, the Court allowed the Defendant to set up a desktop computer in Counsel's office which was <u>not</u> connected to the internet but which would allow him to actively participate in the preparation of his defense.

2. Since that Order was entered, Defendant has been permitted to come to Counsel's office on a regular basis. Each time he has come to Counsel's office, he has been accompanied by his wife who has observed the Defendant while he works on his personal computer. When Defendant has completed materials to provide to undersigned Counsel, it has been loaded on to a thumb drive and brought into to Counsel's office across the hall.

3. Counsel respectfully advises the Court that Defendant's participation in his defense in this case has been critical to Counsel's understanding of the complex technical factual

issues in this case which directly impact upon the underpinnings of the Constitutional issues in this case and in the substantive issues to come. Moreover, Defendant has insisted upon this level of involvement in his defense. Defendnant has a highly advanced level of knowledge of the underlying network operating software system and network understanding in general.

4. In light of Governor Hogan's recent order to deal with the emergency COVID-19 pandemic, and in order to protect Counsel's staff and maintain appropriate social distancing, Counsel has closed his office to any outsiders and is maintaining a skeletal staff in the office on a day to day basis. Thus, at the present time, Defendant can not be permitted in Counsel's office and therefore does not have access to a computer.

5. Under the extraordinary circumstances existing in the community and because Defendant's Motion to Suppress is due to be filed with the Court on or before April 1, 2020, undersigned Counsel proposes the following modified conditions during this COVID-19 emergency:

   a. That Defendant be permitted to set up the same computer that he has been using in Counsel's office at his home (the Court will recall that this computer has been confirmed to have no internet WIFI capabilities).

   b. That there continue to be no internet capability of any type in Defendant's home (this condition is already in place.)

   c. That any electronic transmission between Counsel and Defendant be relayed through Defendant's wife who will access the internet only outside of the parties' home (Defendant's wife had been driving to a county library for this purpose but now is going to nearby Millennium Park where WIFI is available).

    d.    That when Counsel's office is reopened, these modified conditions will expire and the conditions of release set on December 18, 2019 will be reinstated.

6.    Assistant United States Attorney Dwight Draughon has advised undersigned Counsel to express his opposition to this motion. He has offered to extend the Motions filing deadline in lieu of this modification. Frankly, undersigned Counsel would prefer to meet the deadline particularly since this particular project is something that can be worked on while courts are closed.

**WHEREFORE**, the Defendant respectfully requests the following relief:

1.    That this Honorable Court grant Defendant's Second Motion to Modify Order Setting Conditions of Release to Facilitate Defendant's Participation in His Own Defense During COVID-19 Emergency

2.    That the Court modify the current conditions of release to allow Defendant access to a computer as described in ¶5.

3.    Such further and additional relief as justice may require.

Respectfully submitted,

/s/

Richard A. Finci, Esquire
Houlon, Berman, Finci & Levenstein, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
finci@houlonberman.com
Telephone: (301) 459-8200
Facsimile: (301) 459-5721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March, 2020, a copy of the foregoing Second Motion to Modify Order Setting Conditions of Release to Facilitate Defendant's Participation in His Own Defense During COVID-19 Emergency was served via filing in the electronic filing system to the Dwight Draughon, Esquire, Office of the United States Attorney, 6406 Ivy Lane, Greenbelt, Maryland 20770.

_____
Richard A. Finci, Esquire