IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND			:

   vs.				:	Case No.   8:19-cr-00348-PX

ALAKOM-ZED CRAYNE POBRE		:

   Defendant			:

_____

## ORDER

Upon consideration of Defendant's Second Motion to Modify Order Setting Conditions of Release to Facilitate Defendant's Participation in His Own Defense During COVID-19 Emergency, and any response of the Government thereto, it is this _____ day of _____, 2020,

ORDERED, that Defendant's Motion is hereby GRANTED, and it is further,

ORDERED, that the Modified Order Setting Conditions of Release dated December 18, 2019 (ECF 25) is hereby modified as follows:

a. That Defendant be permitted to set up the same computer that he has been using in Counsel's office at his home

b. That there be no internet capability of any type in Defendant's home; and

c. That any electronic transmission between Counsel and Defendant be relayed through Defendant's wife who will access the internet only outside of the parties' home.

ORDERED, that upon reopening of Defense Counsel's office, the terms and conditions of release with regards to Defendant's access to a computer contained in this Court's Modified Order Setting Conditions of Release dated December 18, 2019 will be reinstated.

_____
Judge Gina L. Simms