

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Dwight J. Draughon*  *Mailing Address:*  *Office Location:*  DIRECT: 301-344-0863
*Assistant United States Attorney*  *6500 Cherrywood Lane, Suite 200*  *6406 Ivy Lane, 8th Floor*  MAIN: 301-344-4433
*Dwight.Draughon@usdoj.gov*  *Greenbelt, MD 20770-1249*  *Greenbelt, MD 20770-1249*  FAX: 301-344-4516

March 30, 2020

Hon. Paula Xinis
U.S. District Court
6500 Cherrywood Lane
Greenbelt, MD  20770

      Re:  United States v. Alakom-Zed Crayne Pobre
           Criminal No.  PX-19-348

Dear Judge Xinis:

    This Court previously ordered that the motions were due on April 1, 2020, and that the motions hearing would be on May 11, 2020.  The parties agreed that Pobre's Reply for his Motion to Compel would also be due April 1, 2020.  Based on the Court's Order on March 20, 2020, the deadlines in all proceedings in this Court are extended by forty-two days.  Standing Order 2020-05, Misc. No. 00-308 (D. Md. Mar. 20, 2020).  Accordingly, Pobre's Reply and motions from both parties are now due May 20, 2020, unless the Court sets a different date.

    The Government proposes that the parties be directed to contact Chambers to schedule a new motions hearing date.  The parties anticipate that there may be an expert witness for each party and a law enforcement officer at the motions hearing.

                                Very truly yours,

                                Robert K. Hur
                                United States Attorney

                    By:  _____/s/_____
                                Dwight J. Draughon
                                Joseph R. Baldwin
                                Assistant United States Attorneys