# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALAKOM-ZED CRAYNE POBRE,<br><br>Defendant. | Criminal Action No. PX-19-0348 |

## SCHEDULING ORDER

For the reasons stated during the today's status conference, and with agreement of the parties, the Court issues the following deadlines:

| | |
|---|---|
| August 17, 2020 | Defendant's Reply to ECF No. 31, Motion to Compel |
| | Motions to Suppress |
| August 24, 2020 at 10:00 a.m. | Virtual Motions Hearing on ECF No. 31 only |
| September 4, 2020 | Government's Omnibus Response to Motions filed on August 17, 2020 |

Dated: July 31, 2020                        /S/
                                                                                                                         Paula Xinis
                                                                                                         United States District Judge