## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STATE OF MARYLAND | : | |
| vs. | : | Case No.   8:19-cr-00348-PX |
| ALAKOM-ZED CRAYNE POBRE | : | |
| Defendant | : | |

## **ORDER**

Upon consideration of Defendant's Motion to Review Magistrate Judge's Denial of Defendant's Second Motion to Modify Order Setting Conditions of Release to Facilitate Defendant's Participation in His Own Defense, and any response of the Government thereto and any oral argument held in this matter, it is this _____ day of _____, 2020,

ORDERED, that Defendant's Motion is hereby GRANTED, and it is further,

ORDERED, that the Modified Order Setting Conditions of Release as to Alakom-Zed Crayne Pobre (ECF 25) is hereby modified further to permit the Defendant to remove the non-internet-capable desktop computer system, which he had been using in Defense Counsel's office prior to the pandemic, to be set up in his home for his ongoing use in preparing for and assisting in his defense, and it is further,

ORDERED, that Defendant shall not modify that computer to make it internet capable, and it is further,

ORDERED, that Defendant may not use that computer system unless he is being supervised by his third-party custodian, Lynn Valencic, and it is further,

ORDERED, that the third-party custodian shall report to the Court any violations of this Order or any other provisions of the other conditions of release which remain in full force and effect, and it is further,

ORDERED, that Defendant may access an internet-capable computer system for the purposes of attending all court proceedings which are conducted remotely in this case.

_____
Judge Paula Xinis