# SEARCH AND SEIZURE WARRANT
# STATE OF MARYLAND

TO:  __Trooper First Class C. Mills #6293__  , Maryland State Police, or/any other Law Enforcement Officer:

An APPLICATION for a Search and Seizure Warrant having been made before me by *Trooper First Class C. Mills #6293*, Maryland State Police;

AND it appears to me, from the Application and Affidavit (s) and any attachment(s) incorporated in it, that Probable Cause exists to believe that on or in the following described premises to wit: __13504 Briarcroft Court, Laurel, Prince George's County, Maryland 20708.__

More particularly described as:



The target location is a single-family rancher. The exterior of the residence is constructed of beige siding with dark colored shutters and a dark colored roof. The numbers 1-3-5-0-4 are affixed vertically on the right side of the front door. There is a green mailbox at the entrance of the concrete driveway with the numbers 1-3-5-0-4 affixed horizontally on the right side of the mailbox.

There is now being concealed/contained/secreted certain evidence in the premises to wit; evidence relating to the crimes of Distribution and Possession of Child Pornography, including but not limited to all instrumentalities of said crimes.

AND I am satisfied that the laws relating to:

**Child Pornography**, specifically:

Criminal Law, Section CR 11-207

Criminal Law, Section CR 11-208

of the Annotated Code of Maryland, as amended and revised are being/have been violated.

**NOW, THEREFORE, pursuant to the provisions of Criminal Procedure, Section 1-203 of the Annotated Code of Maryland, as amended and revised, you are authorized to:**

1.      Enter and search the residence as completely described above and any person/s within the curtilage or who enter the curtilage after the search and seizure has been executed for evidence of the aforementioned crime(s), to include evidence of Child Pornography and/or Sexual Child Exploitation.

2.      Seize, preview and examine any cellular phones.  Seizure shall occur within fifteen (15) days of the issuance of the warrant and shall continue for the duration of investigation so that forensic analysis of the device may be conducted.

3.      Seize, preview and examine any and all magnetic media: Jaz discs, hard drives, floppy discs, Zip drives, any PCMCIA drives, and Bernoulli discs or tapes of any type. Seizure shall occur within fifteen (15) days of the issuance of the warrant and shall continue for the duration of investigation so that forensic analysis of the media may be conducted.

4.      Seize, preview and examine any Optical media to include but not limited to CD Rom, CDR, CDR-W, DVD, DVD-Rom or optical discs.  Seizure shall occur within fifteen (15) days of the issuance of the warrant and shall continue for the duration of investigation so that forensic analysis of the media may be conducted.

5.      Seize, preview and examine any computer hardware capable of analyzing, collecting, displaying, receiving, or transmitting data electrically, magnetically or optically. Hardware includes: central processing unit, portable computers (I.E. laptops, IPADS, tablets), file servers, peripheral input/output devices (I.E. key boards, plotters, pointing devices, printers, scanners, and video display monitors), storage devices capable of reading and/or writing to computer media (I.E. electric, magnetic, optical), communication devices (I.E. modems, cable modems, network adapters and wireless communication devices), any device or parts used to restrict access to computer hardware (I.E. keys, locks), and any other piece of equipment necessary to duplicate the function of hardware

at the time of seizure (I.E. batteries, cables, instruction manuals, power cords).  Seizure shall occur within fifteen (15) days of the issuance of the warrant and shall continue for the duration of investigation so that forensic analysis of the hardware may be conducted.

6.      Seize, preview and examine any cameras and media storage. Cameras include DSLR (Digital Single Lens Reflex) cameras, Compact cameras, and any "hidden" or "spy" cameras. Camera media storage devices include: Compact Flash cards, Secure Digital (SD) cards, Multi Media Memory cards, xD Picture cards, Memory stick, Micro Drive, Smart Media, Portable Digital Storage Devices, and cassettes. Seizure shall occur within fifteen (15) days of the issuance of the warrant and shall continue for the duration of investigation so that forensic analysis of the devices may be conducted.

7.      Search the following locations about the residence described above to include but not limited to; any outbuildings, locked or unlocked safes, any vehicles located on the property at the time of the search for evidence of the aforementioned crimes, to include evidence of Child Pornography.

8.      Seize, preview and examine any and all electronic data processing and computer data storage devices, including: central processing units, internal and peripheral storage devices such as fixed disks, external hard disks, floppy disk drives and diskettes, tape drives and tapes, optical storage devices, optical readers and scanning devices, CD Rom drives and compact disks and related hardware, digital cameras and digital storage media devices (I.E. thumb drives), operating logs, software and operating instructions or operating manuals, computer manuals, software and programs used to communicate with other terminals via telephone or other means, and any computer modems, monitors, or printers. Seizure shall occur within fifteen (15) days of the issuance of the warrant and shall continue for the duration of investigation so that forensic analysis of the device may be conducted.

9.      Seize, preview, import and examine all cloud storage data files located and stored on remote server storage space belonging to or associated with the suspect.  These files may include, but are not limited to:  Photos, Videos, Emails, Calendars, Contacts, Location History, Text Messages, Chats, My Activity, Tasks, and any other information pertaining to the suspect.  Cloud storage accounts include, but are not limited to: Dropbox, Google Drive, Microsoft OneDrive, Apple iCloud, WhatsApp, Facebook, Instagram, Kik, Twitter, Vkontakte, Box, Hotmail, Gmail, Yahoo, Huawei, or any other cloud storage or application account. Seize, preview, import and examine any and all electronic cloud storage backups and other backups on computers and mobile devices.  Seizure shall occur within fifteen (15) days of the issuance of the warrant and shall continue for the duration of investigation so that forensic analysis of the device may be conducted.

10.     Seize any photographs, magazines, motion pictures, videotapes, books, slides, drawings, negatives, undeveloped film or other items related to sexual abuse of children, child pornography or co-conspirators in the distribution, production, possession of Child Pornography and/or Sexual Child Exploitation.

11.    Seize any clothing, bedding or any other items observed in the home which are also observed in any child pornography media files (pictures or videos) found during the on scene forensic preview of digital evidence devices.

12.    Seize documents and effects which tend to show dominion and control over said location, including fingerprints, clothing, handwritings, documents and effects which bear a form of identification such as a person's name, address, photograph, Social Security number or driver's license number.

13.    Search for any logs and any onsite computer network storage used by the suspect which may contain evidence pertaining to network computer traffic conducted by the user in the perpetration of the aforementioned crimes.

14.    Search for passwords and data security devices. Computer passwords and other data security devices are designed to restrict access to or hide computer software, documentation or data. Data security devices may consist of hardware, software, or other programming code. A password (string of alpha-numeric characters) usually operates as a sort of digital key to unlock particular data security device(s). Data security hardware may include encryption devices, chips, and circuit boards. Data security software of digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it. These items will be seized in order to facilitate the search of the computer systems/computer system components/computer systems storage media named above.

15.    Open any containers, envelopes, boxes, packages, or safes to examine the contents and seize any of the aforementioned items.

16.    Leave a copy of this warrant, the affidavit and application in support thereof, together with an inventory of the property seized.

17.    Return a copy of this warrant, the affidavit, and application in support thereof, together with an inventory of the property seized, if any, to me within ten (10) days after the execution of this warrant, or if not served, you are to return this warrant to me promptly after its expiration as required by law.

**Subscribed and sworn to, this ___ day of August in the year 2018.**

_____
                        JUDGE