### Freenet Target Summary

| IP Address: | 71.246.207.59 | | |
|---|---|---|---|
| Geo Location: | US,MD, Columbia | Verizon Fios Business | |
| Location ID: | 0.665146656496141 | | |

#### File of Interest #1

| Possible File Name: | 5yo_suck_anal.mkv | | | | |
|---|---|---|---|---|---|
| SHA1 Hash: | HDSTZVAQANSVKGICJ2R2YQLPDLYWPDHJ | | | | |
| Possible Manifest Key: | CHK@oz72eZ5cC3ZoWSIar4lvGJEnLD973T~uCLQ8piCa4IU,~3vTBfudLOZZGFqBq1xaXdZdSP~Zx1K9aCcizayJre8,AAMC--8/5yo_suck_anal.mkv | | | | |
| Minimum Blocks Required: | 2,062 | Total Blocks: | 4,142 | ~File Size(KB): | 65,984 |
| | Overall Totals | Filtered: 30 Rows | LE # 2145 | | |
| First Block Observed: | 2018/06/24 13:35:18 | 2018/06/24 13:35:18 | 2018/06/24 13:35:18 | | |
| Last Block Observed: | 2018/06/24 13:51:26 | 2018/06/24 13:51:26 | 2018/06/24 13:51:26 | | |
| Overall Runtime: | 0:16:08 | 0:16:08 | 0:16:08 | | |
| Average Peers: | 69.1 | 69.1 | 69.1 | | |
| Total Unique Requests Logged: | 29 | 29 | 29 | | |
| % of Even Share of Total Blocks: | Stat Test: | 48% | 48% | | |
| % of Even Share of Min. Blocks: | Pass | 97% | 97% | | |

6/25/2018 13:33

### Freenet Target Summary

| IP Address: | 71.246.207.59 | | | | | |
|---|---|---|---|---|---|---|
| Geo Location: | US,MD, Columbia | Verizon Fios Business | | | | |
| Location ID: | 0.665146656496141 | | | | | |

#### File of Interest #2

| Possible File Name: | mummy from Russia who blows her little son Nr. 1 | | | | | |
|---|---|---|---|---|---|---|
| SHA1 Hash: | UYW6MSYX43TMOINBFKJSKWGQQWE24KAX | | | | | |
| Possible Manifest Key: | Aag,ePe~96nK~DbyunEnmqsZzr0JNrm~Wh26UA6uGx5swqI,AAMC--8/mummy%20from%20Russia%20who%20blows%20her%20little%20son%20Nr.%201%2020150525_150936.mp4 | | | | | |
| Minimum Data Blocks Required: | 1,847 | Total Blocks: | 3,712 | ~File Size(KB): | 59,104 | |
| | Overall Totals | Filtered: 155 Rows | LE # 1921 | LE # 2145 | LE # 2161 | LE # 1809 |
| First Block Observed: | 2018/06/23 16:18:26 | 2018/06/23 16:18:26 | 2018/06/23 16:18:26 | 2018/06/23 20:26:38 | 2018/06/24 07:56:49 | 2018/06/25 01:35:46 |
| Last Block Observed: | 2018/06/25 15:57:04 | 2018/06/25 15:57:04 | 2018/06/23 16:18:26 | 2018/06/25 15:57:04 | 2018/06/24 08:21:21 | 2018/06/25 01:35:46 |
| Overall Runtime: | 47:38:38 | 47:38:38 | 0:00:00 | 43:30:26 | 0:24:32 | 0:00:00 |
| Average Peers: | 72.8 | 72.8 | 77.0 | 73.3 | 72.0 | 76.0 |
| Total Unique Requests Logged: | 132 | 132 | 1 | 92 | 38 | 1 |
| % of Even Share of Total Blocks: | Stat Test: | 259% | 2% | 182% | 74% | 2% |
| % of Even Share of Min. Blocks: | Pass | 520% | 4% | 365% | 148% | 4% |

6/25/2018 13:33

### Freenet Target Summary

| IP Address: | 71.246.207.59 | | | |
|---|---|---|---|---|
| Geo Location: | US,MD, Columbia | Verizon Fios Business | | |
| Location ID: | 0.665146656496141 | | | |

#### File of Interest #3

| Possible File Name: | Webcam-▓▓ 11yo Redhead SUPER HOT 01.avi | | | |
|---|---|---|---|---|
| SHA1 Hash: | ICELHH4OEK2UYQ4DXG2DFVQUL25SMAWP | | | |
| Possible Manifest Key: | 3GpHKiFghNNc,E69Yk0z~pIzB7G9topEUJkr1wcA7PacDkofot0OT8KY,AAMC--8/Webcam-Keila%2011yo%20Redhead%20SUPER%20HOT%2001.avi | | | |
| Minimum Data Blocks Required: | 1,769 | Total Blocks: | 3,566 | ~File Size(KB): | 56,608 |
| | Overall Totals | Filtered: 24 Rows | LE # 2145 | LE # 2161 |
| First Block Observed: | 2018/06/24 14:27:24 | 2018/06/24 14:27:24 | 2018/06/24 14:27:24 | 2018/06/24 14:52:49 |
| Last Block Observed: | 2018/06/24 14:55:42 | 2018/06/24 14:55:42 | 2018/06/24 14:55:42 | 2018/06/24 14:54:26 |
| Overall Runtime: | 0:28:18 | 0:28:18 | 0:28:18 | 0:01:37 |
| Average Peers: | 75.3 | 75.3 | 75.2 | 75.7 |
| Total Unique Requests Logged: | 24 | 24 | 21 | 3 |
| % of Even Share of Total Blocks: | Stat Test: | 51% | 44% | 6% |
| % of Even Share of Min. Blocks: | Pass | 102% | 89% | 13% |

6/25/2018 13:33