IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STATE OF MARYLAND | : | |
| vs. | : | Case No.   8:19-cr-00348-PX |
| ALAKOM-ZED CRAYNE POBRE | : | |
| Defendant | : | |

**<u>DEFENDANT'S SUPPLEMENTAL EXHIBIT IN REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO COMPEL DISCOVERY</u>**

Comes now the Defendant, Alakom-Zed Crayne Pobre, by and through counsel, Richard A. Finci, Esquire and the Law Offices of Houlon, Berman, Finci & Levenstein, LLC, and respectfully states as follows:

The Government has provided additional discovery since Defendant's Consolidated Memorandum in Support of Motion to Suppress Physical Evidence and in Reply to the Government's Response to Motion to Compel Discovery (ECF 47) was filed in this matter. Specifically, the Government has provided a research paper prepared by its expert witness entitled "A Forensically Sound Method of Identifying Downloaders and Uploaders in Freenet." A prior paper prepared by the same witness in 2017 entitled "Statistical Detection of Downloaders in Freenet" was attached as Exhibit 4 to Defendant's Consolidated Memorandum.

At this time, Defendant wishes to supplement the Consolidated Memorandum with this newly provided discovery as Exhibit 4A to Defendant's Consolidated Memorandum in Support of Motion to Suppress Physical Evidence and in Reply to the Government's Response to Motion to Compel Discovery.

Respectfully submitted,

/s/
Richard A. Finci, Esquire
Houlon, Berman, Finci & Levenstein, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
finci@houlonberman.com
Telephone: (301) 459-8200
Facsimile: (301) 459-5721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September, 2020, a copy of the foregoing Defendant's Supplemental Exhibit in Reply to Government's Response to Motion to Compel Discovery was served via filing in the electronic filing system to the Dwight Draughon, Esquire, and Joseph Baldwin, Esquire, Office of the United States Attorney, 6406 Ivy Lane, Greenbelt, Maryland 20770.

/s/
Richard A. Finci, Esquire