# Exhibit 1

Audio recording of Defendant's interview with law enforcement beginning at 5:44 a.m. (CD to be filed with the Clerk's office)