# Exhibit 2

Audio recording of Defendant's interview with law enforcement beginning at 6:50 a.m. (CD to be filed with the Clerk's office)