# Exhibit 3

Audio recording of Defendant's interview with law enforcement beginning at 4:20 p.m. (CD to be filed with the Clerk's office)