| | Author: | Date Created: | Supp #: |
|---|---|---|---|
| **Supplement #3 Narrative** | Trooper First Class C. Mills #6293 | 10/02/2018 1110 Hrs | 3 |

**NARRATIVE:**

On 10/2/2018 at approximately 0800 hours Alakom-Zed Crayne Pobre (O/M 06/11/1975) responded to the Maryland State Police College Park Barrack, 10100 Rhode Island Ave, College Park, MD 20740, and turned himself into law enforcement for his warrant. TFC Mueller #6219 placed Alakom-Zed under arrest and transported him to the Prince George's County Detention Center, 4990 Rhode Island Ave, Hyattsville, MD 20781.

It should be noted that TFC Mueller, while enroute to the detention center, was advising Alakom-Zed of the booking process, when Alakom-Zed asked TFC Mueller how much he knew about the "Dark Web". TFC Mueller advised he knew that the Dark Web was a thing, but had never been on it beofre. Alakom-Zed freely and voluntarily advised TFC Mueller not too and then advised that the Dark Web started as a "hobby" for him and stated it "grew from there". Alakom-Zed then freely and voluntarily stated that he believed his "collection" was one of the largest collections in the United States.

I respectfully request this case remain **OPEN** pending Forensic Examination.

| **Signed:** Trooper First Class C. Mills #6293 | **Reviewed:** Sgt K. Hunt #5162 | |
|---|---|---|