Case 8:19-cr-00348-PX   Document 51-1   Filed 10/06/20   Page 1 of 3   EXHIBIT

 **National Science Foundation — WHERE DISCOVERIES BEGIN**

SEARCH 

RESEARCH AREAS    FUNDING    AWARDS    DOCUMENT LIBRARY    NEWS    ABOUT NSF

**Awards**

Search Awards
Recent Awards
Presidential and Honorary Awards
About Awards

**How to Manage Your Award**

Grant Policy Manual
Grant General Conditions
Cooperative Agreement Conditions
Special Conditions
Federal Demonstration Partnership
Policy Office Website

Award Abstract #1816851

## SaTC: CORE: Small: Adversarial ML in Traffic Analysis

| | |
|---|---|
| **NSF Org:** | CNS  Division Of Computer and Network Systems |
| **Initial Amendment Date:** | August 9, 2018 |
| **Latest Amendment Date:** | July 28, 2020 |
| **Award Number:** | 1816851 |
| **Award Instrument:** | Standard Grant |
| **Program Manager:** | Wei-Shinn Ku  CNS Division Of Computer and Network Systems  CSE Direct For Computer & Info Scie & Enginr |
| **Start Date:** | August 15, 2018 |
| **End Date:** | July 31, 2021 (Estimated) |
| **Awarded Amount to Date:** | $515,840.00 |
| **Investigator(s):** | Matthew Wright matthew.wright@rit.edu (Principal Investigator) |
| **Sponsor:** | Rochester Institute of Tech  1 LOMB MEMORIAL DR  ROCHESTER, NY 14623-5603 (585)475-7987 |
| **NSF Program(s):** | Special Projects - CNS,  Secure &Trustworthy Cyberspace |
| **Program Reference Code(s):** | 025Z, 075Z, 7434, 7923, 9178, 9251 |
| **Program Element Code(s):** | 1714, 8060 |

### ABSTRACT

Surveillance and tracking on the Internet are growing more pervasive and threaten privacy and freedom of expression. The Tor anonymity system protects the privacy of millions of users, including ordinary citizens, journalists, whistle-blowers, military intelligence, police, businesses, and people living under censorship and surveillance. Unfortunately, Tor is vulnerable to website fingerprinting (WF) attacks in which an eavesdropper uses a machine learning (ML) classifier to identify which website the user is visiting from its traffic patterns. The research team's state-of-the-art WF attack using a deep learning classifier reaches 98% accuracy, which is deeply concerning to Tor and its users. The goal of this project is to explore the new landscape of WF attacks and defenses in light of the team's findings with deep learning. A key aspect of the work is to build upon recent advances in fooling deep learning classifiers and apply these new findings to the context of anonymity

EXHIBIT 1

systems. Based on this focus on adversarial machine learning, the project will create a new course and an accessible summer camp module on the topic, as well as launch a podcast on Cybersecurity Research featuring interviews with top researchers in the fields of adversarial machine learning and anonymity.

The research has three thrusts. First, the team is exploring the impact that these attacks can have for Tor users by addressing how the attacks can generalize to different network conditions and Tor versions, how they can be better adapted to realistic settings, and how they are impacted by real-world user behaviors in Tor. Second, since recent work has shown that it is possible to reliably fool deep learning classifiers, the team is studying how to adapt these techniques for robust and efficient defense. Prior work has primarily been in the image classification domain, whereas network traffic is more challenging to manipulate, so the team is designing new methods that account for this difference. In the third thrust, recognizing that researchers are actively seeking robust classifiers that are harder to fool, the team aims to understand new ways to build robust classifiers and explore their properties. While this aspect of the project means potentially finding stronger WF attacks against Tor, robust classifiers would be helpful for the myriad applications of deep learning, such as self-driving cars, stylometry, malware detection, processing drone and satellite imagery, and more.

This award reflects NSF's statutory mission and has been deemed worthy of support through evaluation using the Foundation's intellectual merit and broader impacts review criteria.

**PUBLICATIONS PRODUCED AS A RESULT OF THIS RESEARCH**

*Note:*  When clicking on a Digital Object Identifier (DOI) number, you will be taken to an external site maintained by the publisher. Some full text articles may not yet be available without a charge during the embargo (administrative interval).

*Some links on this page may take you to non-federal websites. Their policies may differ from this site.*

Imani, Mohsen and Rahman, Mohammad Saidur and Wright, Matthew. "Adversarial Traces for Website Fingerprinting Defense," *Proceedings of the 2018 ACM SIGSAC Conference on Computer and Communications Security*, 2018. doi:10.1145/3243734.3278493   Citation details

Mathews, Nate and Sirinam, Payap and Wright, Matthew. "UNDERSTANDING FEATURE DISCOVERY IN WEBSITE FINGERPRINTING ATTACKS," *Proceedings of the 2018 IEEE Western New York Image and Signal Processing Workshop*, 2018. doi:10.1109/WNYIPW.2018.8576379   Citation details

Sirinam, Payap and Mathews, Nate and Rahman, Mohammad Saidur and Wright, Matthew. "Triplet Fingerprinting: More Practical and Portable Website Fingerprinting with N-shot Learning," *CCS '19: Proceedings of the 2019 ACM SIGSAC Conference on Computer and Communications Security*, 2019. doi:10.1145/3319535.3354217   Citation details

Mathews, Nate and Rahman, Mohammad Saidur and Wright, Matthew. "Poster: Evaluating Security Metrics for Website Fingerprinting," *CCS '19: Proceedings of the 2019 ACM SIGSAC Conference on Computer and Communications Security*, 2019. doi:10.1145/3319535.3363272   Citation details

Rahman, Mohammad Saidur and Matthews, Nate and Wright, Matthew. "Poster: Video Fingerprinting in Tor," *CCS '19: Proceedings of the 2019 ACM SIGSAC Conference on Computer and Communications Security*, 2019. doi:10.1145/3319535.3363273   Citation details


Please report errors in award information by writing to: awardsearch@nsf.gov.



EXHIBIT 1

RESEARCH AREAS    FUNDING    AWARDS    DOCUMENT LIBRARY    NEWS    ABOUT NSF

Website Policies  |  Budget and Performance  |  Inspector General  |  Privacy  |  FOIA  |  No FEAR Act  |  USA.gov
Accessibility  |  Plain Language  |  Contact



**National Science Foundation, 2415 Eisenhower Avenue, Alexandria, Virginia 22314, USA**
**Tel: (703) 292-5111, FIRS: (800) 877-8339 | TDD: (800) 281-8749**

Text Only Version

EXHIBIT 1