**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **Criminal Case 8:19-cr-00348-PX** |
| **v.** | * | |
| | * | |
| **Alakom-Zed Crayne POBRE** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Please enter the appearance of G Arthur Robbins and CHESAPEAKE MERIDIAN as counsel for Defendant Alakom-Zed Crayne POBRE.

Respectfully Submitted,

_____/S/_____
G Arthur Robbins (Federal Bar No. 09770)
CHESAPEAKE MERIDIAN
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, Maryland 21401
443.454.7675
GarRobbins@ChesapeakeMeridian.com