# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND | : |
| vs. | : Case No.   8:19-cr-00348-PX |
| ALAKOM-ZED CRAYNE POBRE | : |
| Defendant | : |

## CONSENT MOTION FOR EXTENSION OF MOTIONS FILING DEADLINE

Comes now the Defendant, Alakom-Zed Crayne Pobre, by and through counsel, Richard A. Finci, Esquire and the Law Offices of Houlon, Berman, Finci & Levenstein, LLC, and respectfully states as follows:

1. Pursuant to the Court's Scheduling Order in this matter, Defendant's Reply to the Government's Omnibus Response in Opposition to Defendant's motions is due by close of business on November 13, 2020.

2. Despite best efforts to complete the reply and provide expert disclosures as directed by the Court, Defendant has not been able to complete those tasks.

3. Defendant respectfully request the Court extend the filing deadline to Monday, November 16, 2020.

4. Undersigned Counsel has consulted with Assistant United States Attorney Dwight Draughon and he has expressed his consent to the request.

**WHEREFORE**, the Defendant respectfully requests the following relief:

1. That this Honorable Court extend the motions filing deadline in this matter to and include November 16, 2020.

2. Such further and additional relief as justice may require.

Respectfully submitted,

/s/

Richard A. Finci, Esquire
Houlon, Berman, Finci & Levenstein, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
finci@houlonberman.com
Telephone: (301) 459-8200
Facsimile: (301) 459-5721

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November, 2020, a copy of the foregoing Consent Motion for Extension of Motions Filing Deadline was served via filing in the electronic filing system to the Dwight Draughon, Esquire, Office of the United States Attorney, 6406 Ivy Lane, Greenbelt, Maryland 20770.

/s/

Richard A. Finci, Esquire