IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND | : |
| vs. | :   Case No.   8:19-cr-00348-PX |
| ALAKOM-ZED CRAYNE POBRE | : |
| Defendant | : |

## ORDER

Upon consideration of Defendant's Consent Motion for Extension of Motions Filing Deadline, and noting the Government's consent thereto, it is this _____ day of _____, 2020,

ORDERED, that Defendant's Motion is hereby GRANTED, and it is further,

ORDERED, that the Defendant's Reply Motion deadline in this matter shall be extended to and include November 16, 2020.

_____
Judge Paula Xinis