Exhibit 3     1

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
 2                        NORTHERN DIVISION

 3

 4
      UNITED STATES OF AMERICA
 5
              v.                        CRIMINAL CASE NO.
 6                                        JFM-16-469
      MARTIN ROBERT HALL,
 7
              Defendant
 8    _____/

 9

10                     (Motions Hearing)
                     Wednesday, August 30, 2017
11                   Baltimore, Maryland

12

      Before:  Honorable J. Frederick Motz, Judge
13

14

15    Appearances:

16          On Behalf of the Government:
             Paul E. Budlow, Esquire
17           Kaylynn Shoop, Esquire

18          On Behalf of the Defendant:
             Adam D. Fein, Esquire
19           Marc Johnson, Esquire

20

21

22    Reported by:
      Mary M. Zajac, RPR, FCRR
23    Fourth Floor, U.S. Courthouse
      101 West Lombard Street
24    Baltimore, Maryland 21201

25
```

Case 8:19-cr-00349-PX  Document 57-3  Filed 11/16/20  Page 3 of 93

DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP          Exhibit 3    25

1    you need it.

2                    DIRECT EXAMINATION

3    BY MS. SHOOP:

4    Q    Good morning, Dr. Levine.

5    A    Good morning.

6    Q    Where do you currently work?

7    A    Currently I'm a professor of, I'm a professor in the College

8    of Information and Computer Sciences at the University of

9    Massachusetts Amherst.

10   Q    And how long have you been a professor?

11   A    I've been a professor there since 1999.  So I'll start my

12   19th year in a couple days.

13   Q    And are you tenured at the university?

14   A    Yes.  I received tenure in 2005.  At that time, I was also

15   promoted to associate professor.  Then in 2010, I was promoted to

16   full professor.

17   Q    And you mentioned you were a member of the College of

18   Information and Computer Sciences.  What is that?

19   A    It's a collection of faculty at the university that

20   specialize in information and computer sciences.

21   Q    Dr. Levine, what type of classes do you teach at the

22   university?

23   A    I teach a variety of classes over the years.  They are, they

24   are largely focused on networking the internet, peer-to-peer

25   networks, and computer network security.

1    Q    And do you have any publications?

2    A    Yes.  One of my main jobs at the university is to produce

3    peer-reviewed public research.  So since before then, while I was

4    a graduate student, I've been producing those publications.

5    Currently, I have somewhere north of 80 or 90 peer-reviewed

6    publications.

7    Q    And how about publications specifically regarding

8    peer-to-peer networks?

9    A    That is one of my main, that's probably the main focus of my

10   research.  So the majority, if not the vast majority, of those

11   publications are on peer-to-peer networks.

12   Q    And the peer-to-peer network that we're going to discuss

13   today is called Freenet.  Have you published anything in

14   particular regarding Freenet?

15   A    Yes.  Earlier this year, I published a paper in a

16   peer-reviewed workshop on Freenet, including a method of

17   investigating child pornography trafficking on Freenet.

18   Q    I have Government Exhibit Number M-2, which was also

19   attached to the government's motion response.  I'm going to put

20   it on the ELMO.  Can you see that, Dr. Levine?

21   A    I can.

22   Q    This is an eight-page document.  I can briefly go through

23   the pages.  Do you recognize this?

24   A    Yes.  That's the article I just referred to.

25   Q    Is that the entire article?

Case 1:18-cr-00309-RX Document 57-3 Filed 11/16/20 Page 4 of 23
Case 1:18-cr-00409-ELH Document 61 Filed 09/21/17 Page 27 of 242
DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP      Exhibit 3    27

1    A    It appears to be.  Yes.  As you flip through it, I can see

2    it.  It's all eight pages.

3    Q    Okay.  Now, has your publications on Freenet, has that been

4    peer-reviewed?

5    A    Yes.  It was peer-reviewed in IEEE workshop, IEEE

6    international workshop on privacy engineering.  IEEE is one of

7    the two professional societies for my scientific field.  That

8    particular workshop went through what I consider a strong

9    peer-review process.  Before I submitted the paper, they retained

10   a collection of experts in this field -- professors,

11   professionals with doctorates, and so on.  My paper which I

12   wrote, of course, as you saw with co-authors, it was submitted

13   without our names on the paper.  I'm unaware of which members of

14   that what's called the Program Committee, the set of reviewers,

15   which three of them reviewed the paper.  But I did receive their

16   comments.  And as part of their commentary, the paper was

17   accepted by them.  And then subsequently, the paper's been

18   publicly available on the workshop's website.

19   Q    And when was that peer-reviewed?

20   A    It was earlier this year.  I don't remember the exact month

21   that we submitted it.  But the workshop itself was in May, May

22   24th, I believe, of this year.

23   Q    Dr. Levine, do you have a CV?

24   A    I do.

25   Q    And did you provide that to the government?

Case 8:19-cr-00349-PX Document 57-3 Filed 11/16/20 Page 5 of 93
Case 1:16-cr-00409-ELH Document 61 Filed 09/21/17 Page 28 of 242
DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP     Exhibit 3     28

1   A    I did.

2   Q    I'm going to show you what has been marked as Government

3   Exhibit Number M-6.  Your Honor, this has not been attached to

4   the government's motion.  Do you recognize this document, Dr.

5   Levine?

6   A    Yes.  That's my CV.

7   Q    It is a -- briefly review this -- a nine-page document.  Is

8   that an accurate representation of your training and experience?

9   A    Yes.

10  Q    Your Honor, at this time the government would offer this

11  exhibit, Government Exhibit Number M-6, into evidence for the

12  motions hearing.

13          THE COURT:  It's already in.

14          MS. SHOOP:  Perfect.  Your Honor, the government would

15  also move to qualify Dr. Levine as an expert in the field of

16  peer-to-peer networking and network security.

17          THE COURT:  Any questions about qualifications?

18          MR. FEIN:  No objection.

19          THE COURT:  Okay.

20  BY MS. SHOOP:

21  Q    Yes, sir.  Dr. Levine, what are peer-to-peer networks used

22  for?

23  A    Peer-to-peer networks are used by persons on the internet to

24  trade files, such an images, movies, and so on.  They are

25  different than other applications on the internet in that it's a

1    set of volunteers who have essentially banded together to provide

2    their internet service that they've acquired, their home

3    computers.  And through this banding together they're able to

4    provide services such as the trading of files and documents.

5    Q    And I think -- yes.  I think you mentioned videos.  What

6    other type of files can people trade on peer-to-peer networks?

7    A    Really, anything that can be stored on a computer.  As you

8    say, videos, images.  You could trade whole websites if they're

9    simple enough.  Anything, really anything you could store on a

10   computer, generally.

11   Q    Now, Freenet, which is at issue in this motions hearing

12   today, is that a type of peer-to-peer network?

13   A    Absolutely.

14   Q    When was Freenet developed?

15   A    Well, it was developed first in, I think it started in 1999,

16   but I think the first publication was in 2000.  There was a more

17   major -- maybe that was more of a tech report.  But I know there

18   was a peer-reviewed publication in 2001.  There's been a number

19   of subsequent publications by the original developers, as well as

20   other academics.  I'm not sure when they first implemented the

21   network, but I think it was largely around 2001 as well.

22   "Implemented" meaning available for third parties to use and

23   trade files.  And it's been under development ever since and

24   continues today.

25   Q    Now, when did you first become aware of Freenet?

Case 8:19-cr-00349-PX   Document 57-3   Filed 11/16/20   Page 7 of 93

1    A    It was a long time ago.  But my recollection is that I

2    became aware of it around 2001 with that peer-reviewed article

3    because that is, peer-to-peer networks is, as I said, one of the

4    main focuses of my research.

5              And so I've been following it loosely, along with other

6    peer-to-peer networks, as part of my research.  And then I became

7    much more interested in it in the last few years, resulting in

8    the article, as I said.

9    Q    And would you say, Dr. Levine, that you've really studied

10   Freenet for the past five, maybe so, six years?

11   A    Yes, that's correct.

12   Q    So let's talk about how a user gets on Freenet.  So if I'm a

13   user, I want to use Freenet on my computer, let's talk about how

14   that happens.  How does someone actually get Freenet on to their

15   computer?

16   A    Well, the first step would be to download the software.  So

17   ahead of that, you have to go to a website to download the

18   Freenet software.  And so, as common today, you would go to, say,

19   Google, type in the search term "Freenet", and if not the top

20   result, among the top couple of results that Google would return

21   would be the Freenet website.  And then simply clicking on that

22   Google result, for example, would bring you to the Freenet

23   website.  And then from there you would be able to download the

24   Freenet software.

25   Q    I'm going to show you Page 1 of 21 of Government Exhibit

Case 8:19-cr-00349-PX   Document 57-3   Filed 11/16/20   Page 8 of 93

DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP        Exhibit 3       31

1    Number M-1.  What is that?

2    A    That's the Freenet website.  A capture of it, certainly.

3    Q    And so you mentioned that if, for example, you went to

4    Google, you looked up Freenet, is this something someone may see?

5    A    Yes.

6    Q    You mentioned that they click on "download."  If you look to

7    the left of that page, is that what you were referring to?

8    A    Yeah.  That little cloud icon with the arrow below it, right

9    below that it says "download", and that's what you would click

10   on.  And then your browser would start to download the software.

11   Q    So right -- give me one second.  Is that what we're

12   referring to right there?

13   A    Exactly.

14   Q    Now, you said that after you click on "download", what would

15   happen?

16   A    Your browser would automatically download the software.

17   Depending on how your browser's configured, that installation

18   program would start to run.  And then Freenet would provide you

19   with some information during the installation, typical software

20   questions such as where would you like this application stored.

21   Basic questions like that.

22   Q    I'm going to show you Pages 2 through 8 of 21.  You can take

23   a look at the screen.  Now, you mentioned that the user would

24   have to go through those series of questions and click things to

25   actually install, is that correct?

1    A    Yes.  And I should clarify that.  When I said you click on

2    the cloud icon, your computer would start to download.  In fact,

3    on the Freenet website, it brings you to this page.  And from

4    here there's a large blue box that says "download Freenet for

5    Windows."  So that's actually what you would click to start the

6    download.  If you turn the page, perhaps we'll see the next.

7    Q    And one thing I want to ask you about on this page.  In

8    middle of the page right here, what is this?

9    A    So that's that -- it's a little blurry.  But it says:

10   Freenet is free and open-source software.  And it also tells you

11   where the source code is available.  So one thing I didn't say is

12   there's no request for money.  It's not something you purchase.

13   So that's what it means to be free.  It's just a simple download

14   anyone can have.

15        What it means to be open-source software is that the

16   programming code that is used to build software to run this

17   little program is available for anyone to inspect, to read, to

18   modify, as well anyone with knowledge of this particular program

19   language, which is Java.

20        It also provides a link directly to that source code.

21   It says the source code is on GitHub.  So GitHub is very popular,

22   if not the most popular, place, I'm not sure, but among the most

23   popular places for individuals ranging from myself to

24   professional programmers, to projects such as Freenet.  It's the

25   place, the popular place to store your open source software code

Case 0:18-cr-00349-EXH  Document 57-3  Filed 11/16/20  Page 10 of 93
Case 1:18-cr-00469-ELH  Document 61  Filed 09/21/17  Page 33 of 242
DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP    Exhibit 3   33

1    for people to read.  It provides a nice set of wonderful

2    resources for programmers.

3           So once you have this open source software, once you

4    have the programming code, as I mentioned, you can read it, you

5    can modify it.  It's analogous to if I gave you the architectural

6    and instructions for building my house, you could then recreate

7    my house and make another copy of it, modify it how you wish, and

8    so on.

9    Q    We were trying to make the screen just a little clearer.  I

10   know it's a little blurry.  And so, Dr. Levine, after you click

11   on "download", I'm going to show you a few slides.

12   A    That's a lot better.

13   Q    Okay.  Let me ask you this question first.  You said that

14   the programming, Java, right?  You mentioned Java?

15   A    Yes.

16   Q    That's the program that the Freenet developers used?

17   A    Yes.

18   Q    What is Java?

19   A    Java is a programming language.  It's very common.  It's,

20   for example, in my, at my university, in my college, it's the

21   programming language that we teach to incoming freshman.  It's

22   the programming language you use in most of our classes, the vast

23   majority of them.  It's very, it's designed to be very verbose

24   and as understandable as these things are.  It's very common,

25   very useful.

Case 8:18-cr-00069-ELH   Document 57-3   Filed 11/16/20   Page 11 of 93
Case 1:16-cr-00469-ELH   Document 61   Filed 09/21/17   Page 34 of 242

DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP          Exhibit 3     34

1    Q    I'm going to show you the next few pages.  You just take a

2    look at these and then we can talk about them.  That's a

3    duplicate.  I apologize.  Now, this series of slides that I just

4    showed you, Dr. Levine, what did those represent?

5    A    That is the typical process that a user would see upon

6    downloading the Freenet Install program and then launching it.

7    As I said, these are typical questions asked of the user about

8    the program.  Where would you like it installed?  If it was added

9    to your start menu for this Windows computer, what would you like

10   the name to be?

11          And then this final slide we see, it says we're done,

12   essentially.  Right?  The application may be launched by

13   selecting the installed shortcuts.  And then we can see it says

14   click finish to exit.  With that click box, Freenet would start

15   right away.  So this is, I imagine, very typical of what users

16   would see upon running the Install program for Freenet.

17   Q    Now I'm going to show you Page 9 of 21 of that same exhibit.

18   After you click that "finish" button, is this what a user would

19   see?

20   A    I'm waiting for it to focus.  Yes.  This is the very first

21   screen you would see when using Freenet, upon its installation

22   and launch.

23   Q    What is this?

24   A    So we can see there are three options.  Two of them are

25   really the main options I'll talk about first.

1          This is the program asking you to finish setting up

2     Freenet.  That the previous windows we saw were just the

3     operating system Windows installing the program.  So now we're

4     really here using Freenet for the first time.

5          So on left here, we can see this first option.  It

6     says:  Connect to any Freenet user.  Exactly what you're

7     circling.  Connect to any Freenet user, low security.  And then

8     the middle, we see there's the second option of high security.

9     And the third one is really just some custom settings for

10    advanced users.  It's really still about these two options.

11         So the user has to click through one of those two

12    options, low security or high security, to continue to use the

13    software.

14    Q    Now, what does Freenet refer to those two options as?

15    A    So the left option, low security, is referred to as open

16    net.  And that's what I believe I'm here to talk about today.

17         The second option, high security, is called darknet.

18    And that's a, that's a different setting.

19    Q    And so the user, when downloading Freenet, they get to

20    choose which setting they want to use?

21    A    That's right.

22    Q    I'm going to show you Page 10 of 21, which is a close-up

23    view of the block on the left.  Which operational mode or setting

24    is this?

25    A    This is the low security, or open net setting.

Case 8:19-cr-00348-PX Document 57-3 Filed 11/16/20 Page 13 of 93
Case 1:16-cr-00469-ELH Document 61 Filed 09/21/17 Page 36 of 242
DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP    Exhibit 3    36

1  Q    Does Freenet warn its users if they click on the low

2  security setting about anything?

3  A    Yes.  So you can see this right in front of me on this open

4  net or low security setting, it's a warning that says while

5  Freenet is safer than traditional P-to-P software, an attacker

6  with moderate resources may be able to trace your activity on

7  Freenet back to you.  And then it asks you basically to use the

8  other high security mode.  It says:  If you have friends who are

9  also on Freenet, you can improve security by adding them as

10  friends and then connecting to only them.

11        So that's not the option here.  The option is let's use

12  low security even though it may be that someone's able to trace

13  your activity.  So this is a choice, this or the other option has

14  to be made before you run Freenet for the first time.

15  Q    And we're going to put 9 and 21 back on the screen.  Now,

16  the middle option, if the user selected high security, does

17  Freenet still warn its user anything about that?

18  A    Yeah.  We can see right here.  It says -- thank you for

19  zooming in.  It says:  The high security or darknet mode.  It

20  says this setting allows you to create your own Freenet darknet

21  for vastly improved security.  But as I read that, that's still

22  no guarantee.  It's just vastly better.

23  Q    In your experience, Dr. Levine, why might a user click on

24  the low security if they could click on the high security?

25  A    Well, as we just read in the low security --

Case 0:18-cr-00049-ELH Document 57-3 Filed 11/16/20 Page 14 of 93
Case 1:18-cr-00409-ELH Document 61 Filed 05/21/19 Page 37 of 242
DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP   Exhibit 3   37

1          MR. FEIN:  I'm going to object, Your Honor, to

2     relevance.

3          THE COURT:  Overruled.

4     A    As we just read in the box -- actually, do you mind putting

5     the zoomed-in version in?

6     Q    Sure.  Absolutely.  And I'm placing --

7     A    The low security mode.  So, basically, it says right there,

8     why might you choose low security?  If you don't have any, quote,

9     "friends" who also run Freenet, then you're out of luck and you'd

10    have to choose the low security mode.

11    Q    What does that mean if you don't have any friends that are

12    also on Freenet?  What does that mean?

13    A    If you haven't met someone personally who's also running

14    Freenet, where you could exchange some details, then you're out

15    of luck.  If you don't know anyone either online, personally,

16    things like that.

17    Q    Now, that warning page where a user has to click low

18    security or high security, how long has Freenet given those

19    warnings to its users?

20    A    Well, as I mentioned earlier, Freenet is an open source

21    project.  And so I mentioned that its programming code is stored

22    on GitHub.  Because they are an open source project put together

23    by a set of volunteers, their website is also stored on GitHub.

24    And one of the features offered by this third party site is that

25    it keeps track of changes to the program and to the website.  So

Case 2:18-cr-00369-ELH Document 57-3 Filed 11/16/20 Page 15 of 93
Case 1:16-cr-00469-ELH Document 61 Filed 09/21/17 Page 38 of 242
DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP    Exhibit 3    38

1    any third party can go in and look at when was any particular

2    line of text in the program or the website last changed.  And

3    that warning has been there for years, the install.  It's been

4    there, I believe, six years, that same warning that we just read.

5    Q    Now, Dr. Levine, what if someone clicks on low security and

6    they then later want to change it to high security?  Is that a

7    possibility?

8    A    That's an option.  So the whole time you're using Freenet,

9    it will tell you at the bottom exactly which mode you're in.  And

10   then in the configuration menu, if you click it, you'll see that

11   you can switch between the two modes.

12   Q    And I'm going to place Page 11 of 21 on the screen.  You

13   spoke of a configuration menu.  Is this what you're referring to?

14   A    That's what I'm referring to.  So I'll just wait for it to

15   focus.  So one thing I'll point out at the very bottom, it says

16   security levels low.  So that's the warning I'm talking about,

17   that while you're using Freenet in the browser like this --

18   exactly what you circled -- it's telling you that you're

19   currently in the low mode.

20   Q    So does Freenet continuously provide its users with these

21   warnings that they're in the low security mode?

22   A    That's correct.  Up at the top we can see that this page is

23   about strangers on the Internet.  And then in this paragraph it

24   asks you if you know at least three people who already use

25   Freenet -- exactly what you're circling -- you can enable darknet

Case 8:18-cr-00069-EK-1 Document 57-3 Filed 11/16/20 Page 16 of 93
Case 1:18-cr-00409-ELH Document 61 Filed 09/21/17 Page 39 of 242

DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP     Exhibit 3     39

1    mode.  So Freenet will only collect your friends, greatly

2    improving your security.  Still again, no guarantee.

3            Then it says:  However, if you don't know anyone

4    already on Freenet or if you want maximum performance -- which is

5    another answer to your question about why you might instead

6    choose the low security mode -- if you want maximum performance,

7    you should enable open net mode and Freenet will automatically

8    connect to other Freenet modes run by strangers.

9    Q    So, Dr. Levine, is this also another place where Freenet

10   warns its users about using the open net mode compared to the

11   darknet mode?

12   A    That's right.  And we can see further warnings down the

13   page.  If you, maybe if you clear the red.  Thank you.  Right

14   below the paragraph you circled, it says open net mode, connect

15   to strangers and friends if you have them.  Here we see this low

16   mode, which is the open net mode.  It says:  I do not care about

17   monitoring by third parties.  And in italicized it says:  It

18   might be quite easy for other to discover your identity!

19   Exclamation point.  Yes.  Exactly what you underlined.

20           Even further down, in darknet mode, we see this warning

21   again very near the bottom.  Even under maximum security.  It

22   says:  I understand that Freenet is experimental and cannot

23   ensure security against certain known attacks, but I accept the

24   risks, compared to the alternatives.  Below that it says, even in

25   this darknet mode, it says your real identity should be

1    relatively safe provided you only connect to people you trust.

2    But again, no guarantee at all.  And then there's an option to

3    see more information on the website, or in some other archive.

4    Q    Dr. Levine, how long has Freenet provided its users with

5    this set of warnings?

6    A    So as I mentioned, these warnings are part of the source

7    code and the source code is available for anyone publicly to

8    view, which I did on the GitHub website.  And because GitHub

9    records changes to the software, I was able to determine that

10   each of these sentences hasn't been changed in, no earlier than

11   the last seven years.

12   Q    Now, Dr. Levine, once a user selects the open net

13   operational mode, low security, how do they connect to other

14   users or peers on this Freenet network?

15   A    Well, so once the software's running, it handles this

16   connection to other peers, strangers, for the user.  It really

17   happens behind the scenes, although a lot of that information is

18   available to the user to see as it happens, to get some notion of

19   progress as it happens.

20   Q    How are those connections selected?  Does the, does a user

21   select them himself or does the program select them?

22   A    The programs selects them and it happens because of signals

23   between computers that are each running Freenet over the

24   internet.

25   Q    Now, once a user connects to other users or peers through

1    the system -- although you mentioned those are strangers,

2    correct?

3    A    That's right.

4    Q    They don't know those individuals.  Is there anything they

5    can learn about their identity?

6    A    Of those strangers?

7    Q    Yes.

8    A    Yes.  As I said, Freenet, the software manages connections

9    to these strangers, really their computers.  This information is

10   actually displayed in the Freenet program.  And you can, for

11   example, learn the IP address of every stranger that you're

12   connected to.  It's made available in the program itself.

13   Q    I'm putting on Page 15 of 21 on the screen.  And this one is

14   printed a little blurry so I cannot make it clear.  But what do

15   we see in this image?

16   A    So this is the Freenet software itself telling the user, we

17   see here it says "my open net peers."  And it tells the user

18   again, it's another warning, these are untrusted peers added by

19   Freenet in low or normal network security level.  And then we can

20   see IP addresses there.  Right?  It's a little hard to see it

21   reproduced here.  But I can see 185.57.31.15 it looks like on the

22   third line, for example.  That is the IP address of the stranger

23   that this person is connected to.

24   Q    So a user, if I'm on Freenet and I'm connected to all of

25   these other people, Freenet, if I understand you correctly, it

1   does not make any attempt to hide their IP address at all?

2          MR. FEIN:  I'm going to object, Your Honor.  I think

3   there's some unclarity.  If I may, I think what she means is

4   users to which you are directly connected, you can see the IP

5   address.  Former users to which you've been directly connected,

6   you can see the IP address, but not others.

7          THE COURT:  Overruled.

8          THE WITNESS:  I'm sorry, sir.  I didn't hear what you

9   said.

10          THE COURT:  I overruled the objection.

11          THE WITNESS:  Okay.

12   BY MS. SHOOP:

13   Q    Okay.  Now I'll ask it again.  So if I'm on Freenet and I'm

14   currently connected to these individuals where on the left it

15   says connected, I can see their IP address, is that correct?

16   A    Yes.

17   Q    Does Freenet make any attempt to hide a user's identity with

18   their IP address?

19   A    No.  We can see it right here on the screen.

20   Q    Now, does a user, for example, if I'm connected to 10 other

21   users, can that change over time the number or the folks that I'm

22   actually connected to?

23   A    Yes.  Users can come and go.  If I'm running Freenet, I may

24   simply turn off my computer.  The strangers that I'm connected to

25   will, their software will go out and find another person to

1     replace me with.  It's a natural churn of the network, this

2     coming and going.

3     Q     When might someone come and go off the network?

4     A     As I said, they may turn off their computer.  They may turn

5     off the application.  Anything like that, for example.

6     Q     Now let's talk about if I'm a user on Freenet and I want to

7     upload a file into the network.  What type of files can someone

8     upload into this Freenet network?

9     A     Typically, images, movies.  You could upload sound files.

10    Anything that generally can be stored on your computer.

11    Collections of images, collections of movies.  You can actually

12    upload very simple websites into Freenet to be downloaded by

13    others.  Not very advanced websites, but very simple websites can

14    definitely be supported by Freenet.

15          People have built applications essentially on top of

16    Freenet.  So there are types of bulletin boards and messaging

17    systems, e-mail like systems, kind of group, group bulletin board

18    systems, things like that.

19    Q     How does a user upload one of those files into Freenet?

20    A     So if I have a particular file on my computer that I'd like

21    to upload into Freenet, the program tries to make this as easy as

22    possible.  I would essentially click on the right button, locate

23    the file I'm trying to upload on my computer.  Freenet does a lot

24    of the work behind the scenes.  And then what's returned to the

25    user is a kind of receipt, a password.  And later, with that

Case 8:18-cr-00349-ELH Document 57-3 Filed 11/16/20 Page 21 of 93
Case 1:18-cr-00469-ELH Document 61 Filed 03/21/19 Page 44 of 242
DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP    Exhibit 3    44

1    password in hand, they or another user could retrieve the same

2    file that was inserted.

3    Q    So you said after you insert a file, you receive a

4    password-type thing.  Give me an example.  Like what does that

5    look like?

6    A    It's a long string, a long collection of numbers and letters

7    and punctuation.  It's not very readable.  It's not

8    pronounceable.  But it's very recognizable.  It might be, say, 80

9    to 100 characters long.  And it looks like a random series of

10   letters and numbers.  Really, it's an identifier for the content

11   that you've provided.  It's a password that anyone who possesses

12   it could download the same file.  Very similar to a URL for a

13   website.

14          I can tell you about GitHub, but if you really want to

15   go there, I have to give you the URL address.  So Freenet is

16   analogously working in that way.  It's just not as user-friendly.

17   Q    Now, you had mentioned kind of some things happen behind the

18   scenes after the user clicks on "upload."  What's actually

19   happening behind the scenes with that file?

20   A    So what the software will do when I, for example, give it a

21   file to insert into the network, behind the scenes it will take

22   the file -- and this is very different than many other parts of

23   the internet -- but it takes the file and it breaks it into very

24   small pieces or blocks, they're called.  These pieces are

25   essentially randomly distributed around the network.  It's, each

Case 2:16-cr-00349-ELH   Document 61   Filed 05/21/17   Page 45 of 242
Case 2:16-cr-00349-ELH   Document 57-3   Filed 11/16/20   Page 22 of 93

DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP       Exhibit 3      45

1     piece is given to a randomly selected internet peer running

2     Freenet somewhere around the world.

3             So I might take a file and, for example -- or I should

4     say Freenet might take a file and break it into a thousand

5     smaller pieces and then place those pieces randomly among the

6     people who are running Freenet on their own computer.

7             I should add a detail, that after it breaks up the

8     file, it encrypts each little piece so that when it's given to

9     this remote person, they actually don't know what they have.

10    They just have this little encrypted piece of it.

11            What the password enables someone to do is to

12    re-collect those pieces, decrypt them, and reconstitute the

13    original file.

14    Q    Now, you said that the little pieces are stored out there on

15    other people's hard drives.  When you download Freenet -- and I'm

16    going to show you Page 13 of 21 -- do the users have to agree to

17    offer a portion of their hard drive to do that?

18    A    Yes.  This is the configuration screen that you would see

19    upon installing and running Freenet for the first time.  And it's

20    asking you -- this is part of the peer-to-peer aspect of Freenet

21    -- as a peer, please select a size for your data store.  And it's

22    telling you we recommend between 1 gigabyte and 20 gigabytes of

23    your hard drive be used to store parts of files, pieces of files

24    that were inserted by other people into the network.

25    Q    Now, you mentioned that if you have that password, a user

Case 8:18-cr-00349-ELH  Document 57-3  Filed 11/16/20  Page 23 of 93
Case 1:16-cr-00469-ELH  Document 61  Filed 05/21/17  Page 46 of 242
DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP     Exhibit 3     46

1    could retrieve a file, is that correct?

2    A    That's correct.

3    Q    Let's talk about retrieving files.  What are some ways that

4    individuals can locate these passwords?

5    A    Well, the password, although, as I said, it's not easily

6    pronounceable, it's this long string of, long series of numbers

7    and letters, it's not that long.  It's something you can post to

8    a bulletin board.  You can e-mail it to a friend.  There's a

9    number of ways that you could locate these passwords, publicly

10   posted by other people.  And with the software running and the

11   password in hand, you can download those files.

12   Q    Now, you had mentioned earlier that there could be like a

13   message board feature or websites within Freenet.  Can you find

14   passwords on those as well?

15   A    If they're publicly posted, yes.

16   Q    I'd like to show you an example.  This is Page 14 of 21.

17   Let's talk about if you would like to find one of these passwords

18   on a website within Freenet.  What are we looking at here?

19   A    So previously we've seen, we started with screenshots of

20   what windows shows you while you, while you install Freenet.

21   Then we saw this launching of Freenet.  And the first thing we

22   saw is we had to choose a security mode.  Then we saw that, for

23   instance, you would configure the amount of data that you're

24   volunteering to Freenet.  And then you're ready to go.

25   Eventually, you would get to this screen right here.

1          So this is the top of, of what Freenet shows you.  And

2     it looks like an old '80s style website.  Right?  Not very fancy.

3     But those are all clickable links.

4          So we can see right at top, for example, it's offering

5     you right away go to Enzo's index, or the filtered index, or

6     nerdageddon again.  Exactly what you're circling.  And those

7     underlines are links that you can click and Freenet would show

8     you another site that would list other places to go in Freenet.

9     There's no -- the reason it looks this way, there's no access to

10    Google.  You can't go to Google and make use of Google.

11    Everything's internal to Freenet.  It's its only little community

12    of files that have been placed there by other people.  It's like

13    a little library, community library, and you can only borrow

14    books from that library, even though other libraries exist.

15    Q    I'm going to show you Page 16 of 21.  If we clicked on one

16    of the links you just mentioned, is this what we would see?

17    A    Yes.  Again, Freenet's a little different.  It's a bit, I

18    almost would say, a lot slower than the typical internet.  It's

19    so slow that it actually will tell the user right at the top

20    there, it says Freenet is downloading the page you requested.  In

21    a way it's saying, don't worry, I know I'm slow, this is what's

22    going on.

23         So we can see here that it's been 13 -- no.  In fact,

24    28 seconds so far.  It says time elapsed.  28 seconds.  It

25    estimates 13 seconds to go.  And there's a progress bar there in

1   green.  If this was a live demonstration, that progress bar which

2   currently says 15, then in parentheses it says 68%, it would be

3   marching all the way to the right.  Then once that happened, we

4   would see the next, we would see what we were trying to download.

5   In this case, we clicked on one of those index sites.

6   Q    And I just want to draw your attention to the bottom of this

7   page that I'm circling.  Again, is this an example that you

8   discussed before, how Freenet is constantly warning its users

9   about being on a low security on the open net?

10  A    That's exactly what I referred to before.  So here you can

11  see we're up and running Freenet.  We're waiting for something to

12  download.  Freenet is helpful enough to tell us that we're still

13  in this low security mode.

14  Q    Now, let's say, for example, we successfully download the

15  website page.  Is this an example of that?

16  A    Yes.  That's an example.  And so we can see a list of, of

17  home pages.  In other words, websites that are internal to

18  Freenet of different people.  Some of these are the developers.

19  As I scan down to the bottom, we can see near the bottom it says

20  little angels, photos of nude minors.  Right below that, Lolita's

21  heaven, again, photos of nude minors.  This is one of the, this

22  is once click away after you install Freenet, essentially.

23  Q    Let's say we click on Lolita's heaven.  Okay?

24  A    Okay.

25  Q    Is this an example of the actual website that would come up?

1   A    Yes.  So this is what you would see using Freenet.  Looks

2   like a typical website.  Not very fancy, but definitely a

3   website.  And so some of this is, those black bars are obviously

4   not part of Freenet.  Those were put there as part of the

5   exhibit.

6   Q    Now, I'm going to show you Page 19 to 21, which would be the

7   bottom portion of that website if you were to scroll down.  What

8   do we see here?

9   A    Could you perhaps zoom in a little bit on the bottom?

10  That's a little better.

11          So at the bottom of the website, the website developer

12  has sort of, for convenience, provided these passwords that I

13  spoke of before.  So this is perhaps a more -- these examples

14  make it easier to understand what I was referring to before.

15          So we can see, in this case, they all start with a

16  C-H-K, and then the "at" symbol.  Then we can see the long

17  sequence of numbers, letters, and some punctuation.  And then a

18  comma, and then another long sequence of numbers, letters and

19  punctuation.  And then some text we can finally read at the end

20  there.  It says:  Lolita's heaven dash Abigail.RAR.

21          An RAR file is a collection of images that have been,

22  well, it's a collection of images that are -- it becomes just a

23  single file.

24          So you may have heard of a zip file.  That's a

25  collection of documents or images.  An RAR file is just the same

1   thing.  I'm sorry.  Go ahead.

2   Q   So let's say, for example, I take that key and I want to, I

3   want to retrieve that file from Freenet.  How do I go about doing

4   that?

5   A   Well, so what, the easiest way to do it, or one of the ways

6   to do it, anyway, is to, with your mouse highlight that long

7   sentence.  And that's what we saw in the last exhibit.  That blue

8   is because the mouse had highlighted that.  Then you could copy

9   it, as in copy and paste.  You can copy it into your computer's

10  memory.

11          Then there's another screen available on Freenet where

12  you could paste that unpronounceable, long password, give it to

13  Freenet, and then it will start to download the file for you if

14  you were to click the right button.

15  Q   I'm showing you Page 20 of 21.  Is this what you are

16  referring to, where you could cut and paste that password to

17  download the file?

18  A   Exactly.  So it's a little hard to read.  But we can see, we

19  can see it's the same key that was highlighted in the previous

20  slide.  CHK at, a large number of numbers, letters and

21  punctuation.  Then at the end there we see, again, Lolita's

22  heaven dash Abigail dash RAR.  And then the download button at

23  the very bottom.

24  Q   If a user clicked "download", which you see at the bottom

25  left -- I'm going to show you Page 21 of 21 -- is this the next

Case 8:18-cr-00249-PX Document 57-3 Filed 11/16/20 Page 29 of 93
Case 1:16-cr-00469-ELH Document 61 Filed 03/21/17 Page 51 of 242
DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP    Exhibit 3    51

1   screen that they would see?

2   A    Yes.  We can see that Freenet is attempting to locate this

3   file and make some progress on it.  It's been about 30 seconds.

4   It's quite slow.  And you would wait.  And then eventually, if

5   successful, the file would be available on your computer

6   unencrypted and available for viewing.

7   Q    And you had mentioned there may be other ways to download

8   these passwords as well.  What's another way you can download a

9   password on Freenet?

10  A    Well, in the site we were looking at, presumably the little

11  pictures, little thumbnails were clickable.  Possibly, you could

12  also be, as I mentioned before, e-mailed one of these passwords.

13  There could be a bulletin board where someone would see, hey,

14  here's a password that I like.  Maybe you'll like it, too.

15        You could request these passwords from other users who

16  might say, oh, I know that one, let me give it to you.

17        So any sort of communication makes this relatively

18  easy.

19  Q    And then, of course, once the download is completed, can the

20  user open the file and see whatever it was they were trying to

21  retrieve?

22  A    Yes.  There's no other, typically, there's no other

23  decryption or things like that that are required.

24  Q    Your Honor, at this time I was informed that the defense may

25  need a restroom break.  Can we break a break?

Case 8:18-cr-00069-ELH Document 57-3 Filed 11/16/20 Page 29 of 93
Case 1:18-cr-00069-ELH Document 61 Filed 09/21/17 Page 52 of 242

DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP     Exhibit 3     52

1          THE COURT:  Yes.  We can take a break.

2          (Recess at 11:00 a.m.  Resume at 11:13 a.m.)

3          THE COURT:  Okay.

4   BY MS. SHOOP:

5   Q    Now, Dr. Levine, we just went through the process of when a

6   user downloads a file.  I want to talk about what actually

7   happens behind the scenes after the user clicks "download."

8   Okay?

9   A    Okay.

10  Q    Can you describe what takes place?

11  A    So behind the scenes, after the user tells Freenet it would

12  like the file associated with a particular password that we

13  discussed before, a few things are going to happen.  So the first

14  thing that's going to happen is that software is going to get,

15  it's going to retrieve from the network the list of pieces that

16  were previously inserted and essentially scattered around the

17  network.  So with that in hand, the software will then try to

18  then retrieve each of those pieces.

19          So for each, each piece, the computer's going to send a

20  signal to its stranger that it's connected to.  It's going to say

21  do you have this piece?  And that stranger is going to say either

22  I have it or I'm going to ask the strangers that I'm connected

23  to.

24          Now, to be clear, there's no user typing anything.

25  These aren't messages that go back and forth between the two

1    users of the computers.  It's just signals between the pieces of

2    software that are running on the two computers.

3           Again, we have -- the software has this list of pieces

4    it needs to retrieve for each piece.  The software has an

5    algorithm that lets it decide which of my strangers is the best

6    to start with.  Let me ask this one stranger next to me via this

7    signal.  If they have it, they're the intended recipient.  If

8    they've it, they'll reply with it.  And if not, they'll ask their

9    friends and they'll ask their friends.

10          Now, at some point this asking of strangers upon

11    stranger upon stranger, hop upon hop upon hop, will stop because

12    it's crazy to keep going on forever.  And if nothing is found, a

13    not-found message will be sent, a not-found signal will be sent

14    to the computer that made the original request.  But if it is

15    found, then the computer can reassemble the inserted file, first

16    decrypting each piece, reassembling the original file, and then

17    presenting it to the user.

18    Q    Now, you mentioned when the signal goes out from the user to

19    these strangers.  Is there any information connected to that

20    signal?

21    A    Yes.  So we saw already that when we're connected to these

22    strangers, they know our IP address.  We know their IP address.

23    When the request goes out, the signal contains the exact piece or

24    block that we're looking for.  The signal also gives a notion of

25    how far this request has traveled so far.  We know the time and

Case 8:18-cr-00049-ELH Document 57-3 Filed 11/16/20 Page 31 of 93
Case 1:18-cr-00469-ELH Document 61 Filed 03/21/19 Page 54 of 242
DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP    Exhibit 3    54

1    date.  Those are the essential bits of information that are

2    included with the request.

3    Q    Now, when a user tries to retrieve all of these little

4    pieces, are there times where that, that's not possible?

5    A    Yes.  Your computer is sending a signal to the stranger next

6    to you saying do you have this piece?  Again, no typing.  It's

7    just a computer signal.  If they don't have it, they'll ask their

8    stranger peers, and so on.  And eventually, no one might have it,

9    at which point a not-found message would be sent back to the

10   original requester.

11   Q    So now let's turn our attention from the process to the law

12   enforcement investigation into this peer-to-peer software.  While

13   studying Freenet, did you become aware that people were using

14   Freenet to trade child pornography?

15   A    Yes.

16   Q    How did you become aware of that, Dr. Levine?

17   A    I believe law enforcement first told me about it.  But it's,

18   I've been studying peer-to-peer file sharing networks for over a

19   decade, and they all contain child pornography trafficking.  So

20   it was of no surprise to me.

21   Q    And when law enforcement reached out to you, did you attempt

22   to assist them in any way?

23   A    Yes.

24   Q    Can you tell us what you did to assist law enforcement?

25   A    So in summary, there were two outcomes of our, of our

Case 8:18-cr-00348-PX Document 57-3 Filed 11/16/20 Page 32 of 93
Case 1:18-cr-00469-ELH Document 61 Filed 09/21/17 Page 55 of 242
DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP    Exhibit 3    55

1    assistance to law enforcement.  I say "our."  As I said, I'm a

2    professor and I have research staff that work with me.

3            The first outcome was a tool to be used by law

4    enforcement for the forensically sound investigation of child

5    pornography trafficking on Freenet.  This tool has a number of

6    important characteristics.  It's a simple modification of the

7    Freenet software, which, as I mentioned before, is open source,

8    freely available for anyone to read and modify and make changes,

9    assuming they know Java.

10           The changes we made were limited in a very particular

11   way.  The changes essentially write down for an investigator the

12   information that the software already has in its normal

13   execution.  So there is no extra messages.  There's no extra

14   signaling.  There's no, there's no probing of the network.

15   There's no special features.  It's just information that anyone

16   running the Freenet software has already, their computer has

17   already, and we simply write it down.

18           We only write down information that's contained in

19   messages for which we are the intended recipients.

20   Q    So let's talk about that.  So let's say, for example, I am

21   on Freenet and I'm connected to 10 strangers.  One of those

22   strangers happened to be a law enforcement computer that's

23   running this modified version of Freenet.  And I want to download

24   a file.  And I send a signal from my computer to their computer.

25   What information does this acquire?

Case 8:16-cr-00409-ELH Document 57-3 Filed 11/16/20 Page 33 of 93
Case 1:16-cr-00469-ELH Document 61 Filed 09/21/17 Page 56 of 242
DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP     Exhibit 3    56

1  A    So since you're connected to a stranger who happens to be

2  law enforcement, you, in the process of requesting, taking a

3  password and then the software you're running requests the pieces

4  that are associated with that password, some of the requests will

5  go to each of the strangers you're connected to.  And so,

6  therefore, some of the requests will go to law enforcement.  And

7  what they'll contain is the exact piece that you're looking

8  for -- uniquely identifiable, better than DNA -- the exact piece

9  you're looking for, the current date and time, of course, your

10 current IP address, and this notion of about how far you've,

11 about how many hops of strangers you've traveled to locate this

12 information.  That information's required because at some point

13 we want to stop looking.  But that's the information that would

14 be there.

15      Another critical part of this law enforcement tool is

16 that it has already a list of blocks that are of interest to law

17 enforcement.  So at some point law enforcement visited, say, one

18 of the bulletin boards on Freenet that are, that are labeled as

19 discussing child pornography, toddlers and infants, Lolitas and

20 so on, named Lolitas and so on.  So they'll visit these boards.

21 They'll see publicly, just like anyone else, these passwords.  We

22 saw an example of that in the exhibit.

23      What they can do ahead of time is learn the exact

24 pieces that are associated with that password that are on the

25 network.  And so with that in hand, running the software as each

1    request comes from you as a requester of the pieces for this

2    password of interest, the software can say, aha, that's a piece

3    that I can uniquely identify as being part of this list of files

4    of interest that I'm aware of previously as being associated with

5    child pornography trafficking.

6            At that point, the software would record the

7    information that I mentioned before.  And, essentially, at the

8    end of the day, the investigator is left with a nice record of

9    the requests that, since you said "you" before, you as the

10   requester have sent to me, the law enforcement known.

11           I know that they're associated with the particular

12   password.  I know that these blocks are -- I mean, I know that

13   for sure.  I know the number that I've received.  I know the time

14   frame start and last time that these requests were sent.  I know

15   that they're intended only for me.

16           And then the next stage of the investigative process

17   would be for law enforcement to then retrieve that file

18   themselves because they should visually confirm that, in fact,

19   it's not only a file of interest, it's, it is child pornography

20   that was requested by the stranger next to me.

21           And then using an algorithm, they can determine next

22   stops.

23   Q   Before we talk about the algorithm, let me ask you this, Dr.

24   Levine.  You mentioned that, in the beginning of your testimony,

25   this is open source software so anyone can modify it, is that

Case 2:18-cr-00349-ELH Document 57-3 Filed 11/16/20 Page 35 of 93
Case 1:16-cr-00469-ELH Document 61 Filed 03/21/17 Page 58 of 242
DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP    Exhibit 3    58

1    correct?

2    A    That's correct.

3    Q    It's all publicly available?

4    A    I'm publicly available and intended for volunteers to join

5    and modify.  It's a volunteer project.

6    Q    And let's say I sent a request to a peer that was not

7    running this modified version.  The information that you just

8    described, would that same information go to that individual as

9    well?

10    A    Yes.  This is only information that is already sent to every

11    peer all running Freenet.  Some of it we saw is displayed in the

12    previous exhibit.  Some of it is displayed already to the user.

13    Others is not displayed, but is held and used by the software.

14    Our version for law enforcement simply writes it down,

15    essentially.

16    Q    And let me ask you this.  You originally, you had stated

17    that when you connect to these strangers as a user, that's

18    random, and the software does that automatically?

19    A    That's correct.

20    Q    Does the modified version also do that the same exact way?

21    A    It does not modify the existing process that Freenet has for

22    connecting to strangers.  So the software doesn't, it's not an

23    option in the software to target a particular individual.

24    Whoever the -- for law enforcement, when they're running that

25    software, whoever the software happens to connect to, what

Case 2:18-cr-00349-ELH Document 57-3 Filed 11/16/20 Page 36 of 93
Case 1:16-cr-00409-ELH Document 61 Filed 09/21/17 Page 59 of 242

DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP      Exhibit 3      59

1    other -- sorry -- whatever remote strangers the software happens

2    to connect to, whatever remote strangers happen to connect to law

3    enforcement, that's whose information is recorded, is logged

4    about.

5    Q   Now, which -- we had talked about two operational modes:

6    The open net, which is low security; the darknet, which is high

7    security.  Which mode --

8             MR. FEIN:  I'm going to object, Your Honor.  That

9    wasn't quite the evidence.  There are various security methods

10   for open net and there are various security settings for darknet.

11   Darknet is generally more secure.  But the evidence wasn't that

12   one is low and one is high.

13            THE COURT:  Overruled.

14            THE WITNESS:  Can you rephrase the question, please?

15   BY MS. SHOOP:

16   Q   Yes, sir.  We talked about, there's two operational modes,

17   open net, darknet, which I believe is labeled low security, high

18   security.  Which one of those modes do you run this modified

19   version on?

20   A   The modified version recording this information that's

21   available, anyway?  Our modified version runs only on the low

22   security, open net mode.

23   Q   Now, with that information that you just described that the

24   modified version is collecting, does Freenet warn its users that

25   someone may do that?

1    A    Yes.  There's several examples of that.  We saw already in

2    the exhibits that were put on the screen previously, that upon

3    install, there's the warning.  We saw that the bottom of the

4    browser screen, it reminds the user that they're low security

5    mode.  The Freenet website has a lot of documentation.  There's a

6    help page available for users that contains an enormous amount of

7    information.  There's a large and detailed section on

8    vulnerabilities to Freenet.  In particular, one of the paragraphs

9    is labeled correlation techniques.  And what it says is that if

10   you're connected to a stranger, if that stranger knows ahead of

11   time the password, the file, the password that you're requesting,

12   if they receive, just by being your stranger, by recording the

13   proportion of requests, the number of requests you receive, and

14   they know which key you're looking for and how many, how many

15   hops, which Freenet tells you, anyway, how many hops the messages

16   have traveled, then that third party can detect that you are the

17   requester of these files.

18           It's been up there for at least three years.  It

19   exactly describes the technique that we've been doing.

20   Q    And is that publicly available?

21   A    That's publicly available on the website.  As I said, been

22   available for at least three years.  In fact, that's not the only

23   vulnerability they list.  I mean, it goes on for a while.

24   Q    So let's talk about the next step that you mentioned, an

25   algorithm.  So you said that you assisted law enforcement in two

1    ways.  We talked about the first one.  Let's talk about the

2    second one.

3           When law enforcement has that information, what can

4    they do with it?

5    A    Okay.  So as I mentioned, there were two outcomes of our

6    participation with law enforcement.  The first was this law

7    enforcement version of Freenet.  The second was a paper that I

8    mentioned before that was peer-reviewed and is now publicly

9    available, that describes a method for taking that information

10   that the software writes down and then using it to determine

11   whether the stranger next to you is indeed the requester of a

12   particular file or -- there's only one other option -- they're

13   merely relaying the request of some other user.

14          And just as the Freenet website describes, with the

15   information in hand it can make that determination.

16          A really critical part of that peer-reviewed

17   publication is that there's an evaluation of the technique.  So

18   we evaluate both its true positive rate and it's false positive

19   rate.  It is, it has a very high true positive rate, as we found

20   in simulations of Freenet.  And we found it has a very low false

21   positive rate in an evaluation of using six weeks of real Freenet

22   traffic.

23   Q    And so this method that you've assisted law enforcement

24   with, is it, is it a way for law enforcement to take that

25   information and determine if somebody is likely that original

Case 0:19-cr-00348-PX Document 57-3 Filed 11/16/20 Page 39 of 93
Case 1:18-cr-00469-ELH Document 61 Filed 09/21/17 Page 62 of 242

DIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP    Exhibit 3    62

1    requester versus the person passing on the request?

2    A    Yes.

3    Q    Did you have this technique evaluated?

4    A    Yes.  I mean, we evaluated it.  That's the main point of the

5    paper, is to provide publicly our method of evaluation for others

6    to view.

7    Q    And how do you know that the method works?

8    A    Well, so we, as I said, we used two different methods to

9    evaluate our investigative approach.  We constructed a simulation

10   of Freenet, recreating its routing algorithm and other aspects of

11   how Freenet works.  This is very standard in my field.  It's how

12   I've been doing things, and everyone else in my field, for

13   decades.

14           Then we used that to evaluate its true positive rate.

15   Then we took actual traffic from Freenet, as I said, for six

16   weeks, and we evaluated its false positive rate.  And so, and so

17   that's what the paper details.

18   Q    And, Dr. Levine, you said that that's a very standard method

19   of evaluating techniques in your field?

20   A    Both are standard methods I've used for decades, as have

21   other people in my field.

22           MS. SHOOP:  Your Honor, may I have one moment?

23           THE COURT:  Yes.

24           MS. SHOOP:  Your Honor, that is all we have at this

25   time.

Case 8:18-cr-00348-ELH  Document 57-3  Filed 11/16/20  Page 40 of 93
Case 1:18-cr-00469-ELH  Document 61  Filed 09/21/19  Page 63 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN    Exhibit 3    63

1          THE COURT:  Okay.  Cross.

2          CROSS EXAMINATION

3    BY MR. FEIN:

4    Q    Thank you, Your Honor.  Good afternoon, Doctor.

5    A    Good afternoon.

6          THE COURT:  I think it's still morning.  I think it's

7    still morning.

8    Q    I think that depends where you are.  Correct, Your Honor.

9    I'd like to go over some of the matters you testified on direct.

10   Can you see the exhibit that is displayed?

11   A    Yes, I can.

12   Q    And this is part of Government's Exhibit M-1, is that

13   correct?

14   A    I'm not familiar with the exhibit numbers.  But it's the

15   slide I saw before.

16   Q    Fair enough.  And it's -- do you remember being asked about

17   various security settings?

18   A    I do.

19   Q    Okay.  And if I understood your testimony correctly, you

20   said that the security settings, or the warnings that you're

21   viewing right now on Government's Exhibit M-1, have been in place

22   since 2012?

23   A    I believe I said three, I believe I said three years.

24   Q    I thought you said about six years.

25   A    Did I say six?  Yes, six years.

1    Q    But I don't know what the answer is so I'm asking you.  Is

2    it six or three?

3    A    I believe it's six.

4    Q    And how long has Freenet been available?

5    A    I'm not sure of the exact date when they first made the

6    software available for users to use.

7    Q    Do you know which version Mr. Hall was using?

8    A    I do not.

9    Q    So you don't know if this was the security display that was

10   available at the time that Mr. Hall downloaded and used Freenet,

11   correct?

12   A    Well, I do know that Freenet auto-updates its version for

13   users so it's very likely that his version was one of the more

14   recent ones because of the auto-update.  But you're right, I

15   don't know for sure.

16   Q    So the question is you don't -- the answer is you don't

17   know, correct?

18   A    I don't know.

19   Q    What I'm showing you now is also a part of Government's

20   Exhibit M-1 and it's titled Protection Against a Stranger

21   Attacking You Over the Internet.  Do you recognize this exhibit?

22   A    I do.

23   Q    Do you recall your testimony earlier today about this

24   exhibit?

25   A    I do.

1   Q    I believe you said that the warnings displayed here have

2   been in place since 2011, is that correct?

3   A    They've been in place for seven to nine years, each of the

4   warnings.

5   Q    Okay.  So earlier you said seven.  So now it's seven to nine

6   years?

7   A    I said at least seven earlier, I believe.

8   Q    Very good.  And again, you have no idea if this was in place

9   at the time Mr. Hall downloaded the version of Freenet that he

10  uses, correct?

11  A    I don't have firsthand knowledge of that, no.

12  Q    Also, I'd like to ask you a couple of questions about this

13  document.  Earlier you testified that there's a setting that's

14  denoted low.  Correct?

15  A    Yes.  I can see it on the screen.

16  Q    Okay.  And beneath that it says:  It may be quite easy for

17  others to discover your identity, exclamation point, correct?

18  A    I see that.

19  Q    And below that, though, it says normal, correct?

20  A    I see that.

21  Q    And normal's also available to open net users, correct?

22  A    Yes.

23  Q    And normal says:  I live in a relatively free country but I

24  would like to make it more difficult for others to monitor my

25  communications.  Correct?

Case 8:18-cr-00369-ELH Document 57-3 Filed 11/16/20 Page 43 of 93
Case 1:18-cr-00469-ELH Document 61 Filed 05/21/19 Page 66 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN     Exhibit 3     66

1   A     I see that.

2   Q     I understand you see it.  But am I right?  I mean, is that

3   correct that it says that?

4   A     Yes.

5   Q     Okay.  So an open net user could choose low or choose

6   normal, correct?

7   A     Correct.

8   Q     You don't happen to know what Mr. Hall's settings were, how

9   he had arranged his Freenet on his computer, correct?

10  A     Among these two options within open net?  No, I don't know.

11  Q     So on the display now is also part of the Government's

12  Exhibit M-1.  And this is labeled A New Stable Version of Freenet

13  is Available.  My Open Net Peers.  Do you recognize this exhibit

14  from earlier today?

15  A     I do.  Actually, that's an example of the auto-updating

16  feature.  I recognize it.

17  Q     Very good.  And one of the reasons I believe the government

18  or the primary reason the government displayed this to you was to

19  visualize for the Court how IP addresses of individuals to whom

20  you're connected are exposed.  Is that correct?

21  A     Yes.

22  Q     That may have been phrased poorly.  Forgive me.

23  A     Yeah.

24  Q     Yeah.  A user of Freenet can see the IP address of those

25  individuals to whom he's directly connected, correct?

Case 0:18-cr-00349-ELH   Document 61   Filed 09/21/17   Page 87 of 242
Case 0:18-cr-00348-PX   Document 57-3   Filed 11/16/20   Page 44 of 93
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN      Exhibit 3      67

1    A      Correct.

2    Q      And if there's an individual to whom that user was formerly

3    connected, they might have access to that IP address, too,

4    correct?

5    A      They might.

6    Q      But individuals to whom a user has never been connected,

7    those IP addresses are not available, correct?

8    A      I don't believe so.

9    Q      So, and we'll return to this later.  But in the retrieval

10   process, I may be retrieving files that connect to users that I'm

11   not directly in contact with, correct?

12   A      You mean you may be retrieving files, pieces from users

13   you're not connected to?  Is that the question?

14   Q      Yeah.  That's much better phrased.

15   A      Yes.

16   Q      The individuals returning blocks to me as a user, if I'm

17   trying to download a file, may be individuals who are far removed

18   from the users I'm directly connected to?

19   A      Yes.

20   Q      And the IP addresses of those individuals I will not have

21   access to?

22   A      If you have not connected to them, that's correct.

23   Q      I'd like to go over the processes that you discussed with

24   the government a bit more slowly.  You talked about the upload

25   process and you mentioned various ways to upload files.  And you

Case 2:18-cr-00349-ELH   Document 573   Filed 11/16/20   Page 45 of 93
Case 1:18-cr-00469-ELH   Document 61   Filed 09/21/17   Page 68 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3     68

1   indicated that once somebody uploads a file, there's a password

2   that's assigned to a file, correct?

3   A    I've been calling it a password.

4   Q    And Freenet refers to that as a key, correct?

5   A    That's correct.  It's the same, the same term.

6   Q    Same concept that's being denoted?

7   A    Yes.

8   Q    And a key, a key operates like a table of contents, is that

9   fair to say?

10  A    The key can retrieve a table of contents for you, yes.

11  Q    That would be a manifest key?

12  A    That would be a manifest key would return that manifest.

13  Q    Okay.  So you have your key, which is kind of what you would

14  call a password?

15  A    That's correct.

16  Q    And that key, in turn, relates to what's called a manifest

17  key, correct?

18  A    Yes.

19  Q    Is there a better word to use?

20  A    That's fine.  I'm following you.

21  Q    Okay.  And the manifest key can operate as a table of

22  contents you indicated, correct?

23  A    Correct.

24  Q    And that table of contents list the blocks that comprise the

25  entire file, correct?

Case 2:18-cr-00368-DLH Document 57-3 Filed 11/16/20 Page 46 of 93
Case 1:16-cr-00469-ELH Document 61 Filed 05/21/17 Page 69 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN        Exhibit 3    69

1    A    That can be used to recreate the entire file, yes.

2    Q    And the blocks themselves are encrypted?

3    A    Yes.

4    Q    Okay.  And they also have hash values assigned to them,

5    correct?

6    A    Yes.

7    Q    What is a hash value?

8    A    It's a unique fingerprint of a, of a portion of data.

9    That's an informal way to describe it.

10    Q    So each block has its unique identifier, correct?

11    A    Yes.

12    Q    And so if I'm uploading a file, I'll get a key or a

13    password.  And then there will be an automated process that takes

14    over, is that right?

15    A    That's fair to say.

16    Q    Okay.  And that automated process will break that file up

17    into component parts?

18    A    Um-hum.  Yes.

19    Q    And those component parts would be blocks?

20    A    Yes.

21    Q    And those blocks would be encrypted?

22    A    Yes.

23    Q    And they'd be hashed?

24    A    Yeah.  They can be hashed, yes.

25    Q    And every block does have a hash value assigned to it,

1    right?

2    A     All data has a hash value, yes.

3    Q     I'm sorry?

4    A     Yes.  The answer's yes.

5    Q     I think you indicated those are stored diffusely throughout

6    the system, correct?

7    A     Yes.

8    Q     There is no central server?

9    A     There is no central server.

10   Q     And the individuals who are storing blocks, whether it's one

11   or more blocks, don't even know that they're storing those

12   particular blocks, correct?

13   A     They don't know -- they know they're storing blocks but they

14   don't know the, they don't know the data stored -- sorry.  The

15   blocks they're storing are encrypted.  And so since they don't

16   have the decryption key, they can't decrypt what they're storing.

17   Q     So particular blocks --

18   A     Particular blocks they're storing, yes.

19   Q     And those are randomly distributed throughout the system,

20   correct, the blocks?

21   A     Yes.

22   Q     Let's talk about downloading for a moment.  So if I

23   download, I will need a key, correct?

24   A     Yes.

25   Q     And if I have the key, I can enter the key into the

Case 2:18-cr-00068-EXH   Document 57-3   Filed 11/16/20   Page 48 of 93
Case 1:16-cr-00469-ELH   Document 61   Filed 09/21/17   Page 71 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3     71

1    software, the Freenet system software, correct?

2    A    Correct.

3    Q    Then through an automated process the software will try to

4    retrieve the file that corresponds to the key, is that correct?

5    A    Yes.

6    Q    And it will do so by sending out data streams, right?  In

7    other words, my software will send out a communication, right?

8    A    The software will send signals to your strangers you're

9    connected to.

10   Q    And it will send out -- right -- it will send out a

11   communication to the strangers to whom I'm connected.  Fair

12   enough?

13   A    Fair enough.

14   Q    Those communications will request the blocks that are

15   associated with the larger file, correct?

16   A    Those signals are the requests for the blocks needed to

17   reconstruct the file.

18   Q    And if there's anyone that I'm connected to that doesn't

19   have one of the blocks, a message, a communication will be sent

20   back to my computer indicating so, and my original message will

21   continue out through the system further to people I'm not

22   directly connected to?

23   A    I don't believe the error message comes back until they've

24   also searched their strangers.  But eventually, if it's not

25   found, a message would be sent back to the original requester.

1    Q    Fair enough.  So if I send out my original communication and

2    it goes to individuals I'm connected to, looking for blocks, and

3    some of those individuals whom I'm connected to do not have a

4    block, the message continues out through the system looking for

5    the blocks that comprise the file?

6    A    The signal would continue to propagate, yes, for a time.

7    Q    Right.  To people I'm not directly connected to?

8    A    That's correct.

9    Q    The idea is that that communication continues to go out

10   until it can locate the blocks to bring them back to my computer,

11   where the file would be reconstituted?

12   A    Correct.

13   Q    And the way that the system, the way the software of the

14   recipient of my communication determines whether or not it has

15   that block is through the hash value associated with the block?

16   A    I'm sorry.  Say that again.  I didn't hear you totally.

17   Q    So the way that a recipient of my communication requesting

18   the file, the way that their computer determines and software

19   determines whether or not they have a block that corresponds to

20   the key or the file for which I'm looking is through the hash

21   value that's assigned to the block?

22   A    Yes.

23   Q    Okay.  If it has, if it recognizes that hash value and has

24   it, it will return the block to me?

25   A    Correct.

1    Q    And that process, as I said, is an automated process,

2    correct?

3    A    It's signals between two computers running Freenet.

4    Q    Any individual who is operating Freenet, they don't have to

5    be doing anything at their computer to do this other than the

6    downloader or the uploader has to put in the key.  Other than

7    that the entire system is automated?

8    A    Yes.

9    Q    The communication as a user, if I'm trying to download a

10   file, the communication I send out has various component parts to

11   it, correct?

12   A    Yes.  The signal does.

13   Q    Okay.  The signal includes, as you said, my IP address in

14   there, correct?

15   A    That's standard for all messages on the internet, correct.

16   Q    And if I'm requesting a file, it will include the hash value

17   of the various blocks that I'm looking for, correct?

18   A    Well, each signal, each request contains one block at a

19   time.  So yes.  If you said it in the signal, in the singular, I

20   would agree.

21   Q    Forgive me.  So each communication I send out will have a

22   hash value associated with respect to the blocks that comprise

23   the file I'm looking for?

24   A    Each request is for a particular block, you know, identified

25   by its hash value, as you said.

Case 8:18-cr-00349-ELH Document 57-3 Filed 11/16/20 Page 51 of 93
Case 1:18-cr-00489-ELH Document 61 Filed 09/21/17 Page 74 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN     Exhibit 3   74

1    Q    Correct. Each will also have, each communication will also

2    have an indication of the number of hops to live, that is the

3    travel distance that occurred to date so far, in the message

4    process?

5    A    No. In fact, it has a count of the number of hops that it

6    can, that it can continue to go to. It's not the number that

7    have passed so far. It's the number that are allowed remaining.

8    Q    To be?

9    A    Yeah.

10    Q    Very good. And it will also have a date stamp or a date of

11    the communication?

12    A    I'm not sure if the actual signal contains a date stamp.

13    But the receiving, the intended recipient, the stranger you're

14    connected to certainly has a clock by which it can mark the

15    current time.

16    Q    Very good. And the same would be true for the time? So the

17    date and time?

18    A    Yeah, the date and time together.

19    Q    Okay. So the communication itself would have the IP address

20    embedded in it, it would have the hash value of the block

21    embedded in it, it would denote the number of hops to live left,

22    and then on the recipient end, there might be a date and time

23    that are part of that computer's system?

24    A    Yeah, at the intended recipient, yes.

25    Q    Okay. And one last. Do you know how many people use

Case 2:18-cr-00349-ELH  Document 61  Filed 09/21/17  Page 75 of 242
Case 2:18-cr-00349-ELH  Document 57-3  Filed 11/16/20  Page 52 of 93
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN     Exhibit 3    75

1   Freenet in the United States?

2   A    Well, in our experiments, we found, we connected to roughly

3   say about 4,000 a day.  And that number aligns with estimates of

4   various other researchers.  And even the developers of Freenet

5   make estimates.  So let's say who knows on any particular day

6   like today, something on the order of 3 to 6000.

7   Q    So but my question isn't an estimate.  My question is do you

8   know how many people in the United States are using Freenet?

9   A    No.

10  Q    Okay.  Do you know how many people worldwide use Freenet?

11  A    Yes.  In our experiments, in our observations, we found

12  about 4,000 nodes running software in the world on Freenet at the

13  time that we ran it.

14  Q    At the time you ran it.  When was that?

15  A    November -- November, December and January of this, November

16  of 2016 through January of 2017.

17  Q    Okay.  And was that a count or an estimate?

18  A    That was a count.  But I'm giving you a rough number.  I

19  don't remember the exact, 4,217, 4,218.  I'm estimating, you

20  know, about 4,000.

21  Q    Very good.

22  A    It's written in the paper that I referenced earlier.

23  Q    Okay.

24  A    That's what I'm referring to.

25  Q    Okay.  You indicated at some point law enforcement contacted

Case 8:18-cr-00368-PX Document 57-3 Filed 11/16/20 Page 53 of 93
Case 1:18-cr-00465-ELH Document 61 Filed 05/21/19 Page 76 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN     Exhibit 3     76

1    you about assistance that you might be able to provide in terms

2    of Freenet investigations, is that correct?

3    A    That's correct.

4    Q    When was that?

5    A    I believe that was 2014.

6    Q    And you indicated that you made a patch or a modification to

7    existing Freenet, correct?

8    A    Not me.  Someone who works for me.  But my research group.

9    Q    Okay.  Do you prefer me to refer to them as your research

10   group or the University of Massachusetts?

11   A    If you say University of Massachusetts, I'll understand that

12   you mean my research group.

13   Q    So the University of Massachusetts created a patch or a

14   modification for the existing Freenet software that's available

15   publicly on the internet, correct?

16   A    That's correct.

17   Q    And this particular patch or modification was created to be

18   open source code that's available to the public?

19   A    Yes.

20   Q    And it was created using Java language, correct?

21   A    Yes.

22   Q    And the patch allowed for recordation of certain

23   information, correct?

24   A    Information received as the intended recipient, yes.

25   Q    So the patch or the modification allows a recipient of a

Case 0:18-cr-00369-ELH  Document 57-3  Filed 11/16/20  Page 54 of 93
Case 1:18-cr-00469-ELH  Document 61  Filed 09/21/17  Page 77 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN      Exhibit 3    77

1    communication to record, for example, the IP address of a relayer

2    of information?

3    A    The sender of that signal that was received, yes.

4    Q    Is it wrong to call that person a relayer?

5    A    You don't know if they're the originator or a relayer.

6    Q    Correct.  You have no idea, right?

7    A    That's correct.  So they might be, they might not be.

8    Q    Precisely.  So the IP address of that -- and I should stop

9    referring to -- they're not individuals.  These are all

10   computers.  It's all a computerized system.

11   A    Computers run by individuals.

12   Q    Right.  Well, but as you said, it's an automated process.

13   An individual doesn't have to be sitting there, doing anything,

14   other than request to upload a file, correct?

15   A    That's true.

16   Q    So this patch, this modification will record for a recipient

17   of the communication the IP address of the computer that sent the

18   communication, correct?

19   A    Correct.

20   Q    The hash, and in our, with respect to what we're concerned

21   about today, the hash value of a block that's requested, correct?

22   A    Correct.

23   Q    The hops to live that remain in the communication, correct?

24   A    Correct.

25   Q    And the date and time of the communication?

Case 2:18-cr-00349-ELH Document 57-3 Filed 11/16/20 Page 55 of 93
Case 1:18-cr-00469-ELH Document 61 Filed 03/21/17 Page 78 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN      Exhibit 3    78

1    A    Correct.

2    Q    Ordinarily, as constructed, Freenet doesn't do that?

3    A    Well, as we showed before, it does display the IP address of

4    the strangers you're connected to.  Ordinarily, even though this

5    information was received by your computer, it's not displayed to

6    the user.

7    Q    Okay.  So I'm assuming the work you did wasn't for no

8    reason.  It was gathering information that makes it possible for

9    you to do this.  So if ordinary Freenet did exactly what you did,

10   your work would be fairly valueless, correct?

11   A    It would be redundant.

12   Q    My point is simply, my point is simply you modified Freenet

13   to do something it ordinarily doesn't do, correct?

14   A    Correct.

15   Q    All right.  And you have an advanced degree, correct?

16   A    I do.

17   Q    You've been doing this for, I think you said now you've been

18   a professor for 19 years?

19   A    That's correct.

20   Q    So you have a --

21   A    Start of my 19th year.

22   Q    I'm sorry?

23   A    Start of my 19th year.  So 18 years.

24   Q    You have a fairly high degree of sophistication with respect

25   to computer matters and software engineering, I would imagine?

1   A    I like to think so.

2   Q    That seems a reasonable conclusion.  In the data you

3   collected about Freenet and its prevalence, have you collected

4   information about ordinary Freenet users?

5   A    In what sense?

6   Q    Who they are, what the demographic makeup is?

7   A    No.

8   Q    So some people like myself are fairly unsophisticated

9   technologically.  Is it fair to say that there are groups of

10  people in the populous who have a high degree of sophistication

11  like yourself, some with a moderate degree of sophistication, and

12  some with no sophistication whatsoever?

13  A    In regard to computers?

14  Q    Yes.  And in order to create the modification that you

15  created, and like modification requires some degree of

16  sophistication?

17  A    Requires familiarity with Java.

18  Q    Right.  So somebody who's not familiar with Java couldn't do

19  this, correct?

20  A    I agree.

21  Q    And somebody could be familiar with Java simply by knowing

22  the name "Java", right?  You say familiarity, it's a fairly vague

23  comment, correct?

24  A    Yeah.  What I mean is that they have to know, they have to

25  be, they have to be a Java programmer.

Case 8:18-cr-00349-ELH Document 57-3 Filed 11/16/20 Page 57 of 93
Case 1:18-cr-00409-ELH Document 61 Filed 09/21/17 Page 80 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3    80

1    Q    Right.  They have to be a Java programmer.  And they have to

2    know how to manipulate source code, correct?

3    A    How to modify source code, yes.

4    Q    Right.  So individuals who don't know how to modify source

5    code and individuals who don't know how to operate the Java

6    language, could not duplicate what you did, correct?

7    A    Most likely, yes.

8    Q    Do you have any idea of the general population of Freenet

9    users who have that level of sophistication?

10   A    I wouldn't know.

11   Q    Your Honor, would it be okay if we took -- I don't know what

12   time the Court was thinking of breaking.

13              THE COURT:  1:00.

14              MR. FEIN:  That sounds fine.  Thank you so much.

15              THE COURT:  Or a little before.

16              MR. FEIN:  Did you say -- what time?

17              THE COURT:  1:00 or a little before.

18   BY MR. FEIN:

19   Q    Okay.  So this process of using the patch to record this

20   data, that's part of the, part of the assistance that you

21   provided to law enforcement, correct?

22   A    My group, yes.

23   Q    Forgive me.  At the University of Massachusetts?

24   A    Yes.

25   Q    Without that data, there would be no way to assist law

Case 8:18-cr-00369-ELH   Document 57-3   Filed 11/16/20   Page 59 of 93
Case 1:18-cr-00409-ELH   Document 61   Filed 05/21/19   Page 81 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3      81

1    enforcement.  They have to have something they're looking at to

2    further an investigation?

3    A    Yes.

4    Q    Where is that data recorded?

5    A    Well, I'm not law enforcement so it's not something that I

6    record.  So there's a law enforcement machine that keeps track of

7    that data.

8    Q    Is it one machine?

9    A    I'm not familiar with that.  Let's call it one machine.

10   Q    When you say it's a machine, what do you mean a machine?  A

11   computer?

12   A    It's a computer, yes.

13   Q    Do you know where it's located?

14   A    Pennsylvania, I believe.

15   Q    Is it, so is it a single system in Pennsylvania that's

16   operating?

17   A    I've never visited the location so I'm just speculating your

18   answer.  So I don't know.

19   Q    Does this particular computer or system of computers operate

20   simply nationally or does it operate internationally?

21   A    I'm speculating.  But because Freenet is international, in

22   that sense -- I really don't know.  I'm speculating.  So, for

23   example, I know it's typical for law enforcement to do a

24   jurisdictional restriction and focus on --

25   Q    Let me see if I can help you.

1   A    You're asking me things about law enforcement procedure that

2   I don't, can't tell you.

3   Q    But I'm not.  I'm really trying to ask you about the

4   computer system.

5   A    That I don't own or run, so --

6   Q    So who designed, so who designed that, who designed the

7   method of recordation of the components we discussed for that

8   computer system?

9   A    Recording the actual information that was received?  That's

10  the patch that we provided.

11  Q    Okay.  So ordinarily Freenet communications can be collected

12  from anywhere in the world, correct?

13  A    Your Freenet peer can be located anywhere in the world.

14  Q    So if, had the modifications you designed, do they exclude

15  communications from outside the United States?

16  A    They might.  I'm not sure because when they're -- when I

17  said before they are essentially written down, what I meant is

18  they are relayed to this server in Pennsylvania.  And because

19  that's not in my system, I'm unaware if they are filtering out,

20  for example, information outside of certain jurisdictions.  I

21  really don't know.

22  Q    Are there other things about that -- so, have you ever

23  visited that system?

24  A    I've never been there.

25  Q    Do you know if it's modified your particular version of

Case 2:18-cr-00849-ELH Document 57-3 Filed 11/16/20 Page 60 of 93
Case 1:18-cr-00409-ELH Document 61 Filed 09/21/17 Page 83 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN        Exhibit 3    83

1    Freenet in any other way?

2    A    No.  To be clear, we wrote a patch to Freenet that allows a

3    local investigator to, let's say for now, write down information

4    that it's received, the information we described --

5    Q    Let's not say write down.  I don't think anyone's writing

6    anything down.

7    A    Let's just say that there's a collection of information

8    that's received.  Right?  As operating our -- so it has it.  And

9    then what it does is it relays it to the server in Pennsylvania.

10   So that server can either keep the information or further filter

11   it.  But it could not collect additional information.  Does that

12   answer your question?

13   Q    I think it does.  I think if I understand your correctly, in

14   Pennsylvania there is a large computer system, is that right?

15   A    I'm told.

16   Q    Okay.  And that computer system collects data from

17   individual law enforcement members throughout the United States,

18   is that correct?

19   A    I assume.

20   Q    Well, you tell, you tell me.  I'm asking you.

21   A    I'm told.  I don't have firsthand knowledge of it.

22        MS. SHOOP:  Objection, Your Honor.  I believe this

23   witness is not the right person to answer these questions.  He

24   doesn't know.  Speculation.

25        THE COURT:  He can answer.

Case 8:18-cr-00348-PX Document 57-3 Filed 11/16/20 Page 61 of 93
Case 1:18-cr-00469-ELH Document 61 Filed 09/21/17 Page 84 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN
Exhibit 3    84

1          THE WITNESS:  I can answer, Your Honor?

2          THE COURT:  Yeah.

3          THE WITNESS:  I'm told that's the case.  I don't

4    personally operate it.  I don't have, I'm not the administrator

5    of it.  I'm not law enforcement.

6    BY MR. FEIN:

7    Q    Forgive me.  I'm sorry.  I didn't mean to speak over you.

8    When a law enforcement officer wants to make use of modified

9    Freenet, who do they contact to do so?

10   A    They can contact ICAC, which I believe stands for the

11   Internet Crimes Against Children task force.  ICAC.  They can

12   contact, there's a group that does technical assistance and

13   training.  I believe they have, I don't know, private or public

14   funding to do that.  Probably both.  And they can receive Freenet

15   training on how to operate an investigation properly.

16          We also, my research group assists with that training

17   but we don't, it's not us who you would contact.

18   Q    So you would not provide the software patch itself?  You

19   would not provide the modified Freenet itself to a particular law

20   enforcement officer?

21   A    If they asked?

22   Q    Correct.

23   A    No.  They'd have to go through training.

24   Q    And you provide some of that training, or your group?

25   A    My group provides, assists with that training.

1    Q    Okay.  How many officers have you provided training to since

2    2016?

3    A    I don't know since I personally haven't provided -- well,

4    let me follow up with one further comment.  I don't provide --

5    I'm not the person that provides that training when law

6    enforcement take the classes.  So since I'm not the trainer, I

7    don't know how many do it.  I'm also, we're not the group that

8    organizes the training.  So I have no roster, I have no numbers

9    of how many people have been trained.  I've been provided with no

10   figures.  I have done presentations on Freenet but I wouldn't

11   call that training.

12   Q    All right.

13   A    That's my follow-up.

14   Q    Okay.  So you don't know if they've been trained, if the

15   individual officers who received training, you do not know what

16   training they received, correct?

17   A    I don't know who has received the training.  I'm generally

18   familiar with how they're trained.

19   Q    Well, forgive me.  You're not the one training them, right?

20   A    I'm not the one training them.

21   Q    And you haven't been there while they're trained, correct?

22   A    That's right.

23   Q    That's what you just told me when I asked you questions

24   about this, correct?

25   A    I'm sorry.  You asked me -- I'm sorry.  What's your question

Case 8:18-cr-00369-ELH Document 57-3 Filed 11/16/20 Page 63 of 93
Case 1:16-cr-00469-ELH Document 61 Filed 03/21/17 Page 86 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3   86

1    exactly?

2    Q    So at this point, you don't know the training they're

3    actually receiving?  You've been told by others what kind of

4    training and what the training comprises of, but you haven't

5    trained anybody yourself, correct?

6    A    I'm familiar with the training materials but I myself have

7    not provided the training.

8    Q    Right.  So you wouldn't know how anybody has, in fact,

9    trained themselves, any law enforcement officer?

10   A    I'm familiar with the training materials, but I myself have

11   not provided the training.

12   Q    Okay.  So let me just rephrase it and I'll move on.

13   A    Okay.

14   Q    You don't know if their training has been consistent with

15   the materials you've looked at?

16   A    Sure.

17   Q    Because you weren't there, correct?

18   A    I've asked the person who did the training how it went.

19   Q    I understand.  But you weren't there, right?

20   A    I was not there.

21   Q    Okay.  That's all I'm getting at.  Lots of things I don't

22   know, too.  There's no shame.

23        Do you know how many officers are using Freenet

24   nationally right now?

25   A    I don't know.

Case 2:18-cr-00369-ELH  Document 61  Filed 09/21/17  Page 87 of 242
Case 2:18-cr-00369-ELH  Document 57-3  Filed 11/16/20  Page 64 of 93

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN     Exhibit 3     87

1  Q    Okay.  When an officer -- since you're familiar with the

2  training, let me ask you this.  And you've run some simulations.

3  When an individual is running Freenet, modified Freenet, so law

4  enforcement officer, someone from the university, they run it, I

5  take it the simulations you run are designed to simulate what law

6  enforcement would see if they were running modified Freenet, is

7  that correct?

8  A    That's more or less correct.

9  Q    Okay.  So when you do your simulations, you're running one

10  version of modified Freenet at the time or more than one modified

11  version of Freenet at the time?

12  A    That's not how it works.

13  Q    Okay.  So tell me how it works.

14  A    In our simulations, we run what we pretend -- what the

15  simulation does is it, is it, it's a computer simulation.  So in

16  the computer simulation there's, say, 5000 nodes that are running

17  Freenet.  We don't actually put up 5000 actual computers that are

18  running Freenet.  That's an extraordinary number of resources

19  that we'd have to cobble together.  I don't have access to 5000

20  computers.

21          So we write a program that presents itself as 5000

22  Freenet users.  And we take the essential parts of Freenet's,

23  we're adding algorithm that would affect the efficacy of our

24  algorithm.  And we run that on a computer simulation.  We have

25  requests go out.  They follow Freenet's, you know, internal

Case 2:18-cr-00349-ELH Document 57-3 Filed 11/16/20 Page 65 of 93
Case 1:18-cr-00469-ELH Document 61 Filed 09/21/17 Page 88 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN        Exhibit 3    88

1   routing algorithms and other details.  And then we pretend to be

2   a law enforcement officer.  The computer pretends to be a law

3   enforcement officer.  And it tries to determine that if a

4   requester in the simulation is the requester, it also then tries

5   to determine if a relayer is a requester.  So, in that sense,

6   it's running the tests tens of thousands of times.

7   Q   So that's getting to the second part, the algorithm or the

8   statistical analysis that you have that tries to make

9   determinations about who's a requester and who's a relayer,

10   correct?

11   A   Correct.

12   Q   I'm still trying to focus really on the first part.  And

13   that is the recordation of information.  The IP address, the date

14   and time, the hash value of the block, and the hops to live that

15   remain.  So if an officer is running a modified law enforcement

16   version of Freenet on a computer, how much data will that record

17   in the course of a day?

18   A   I don't, I don't know for sure.  I'd have to speculate.

19   Q   Well, you seem to be comfortable giving me your ideas on

20   your version of software generally.  What would be your estimate?

21   A   Well, so for the, they join the network and they get a

22   certain number of peers.  Let's say they have something like 30

23   or 40 peers.  Some number of requests would come through those

24   strangers.  And there's some filtering on when something is

25   testable.  And so I don't know.  I couldn't guess.

Case 8:18-cr-00348-PX Document 57-3 Filed 11/16/20 Page 66 of 93
Case 1:16-cr-00469-ELH Document 613 Filed 03/21/17 Page 89 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3      89

1   Q    So how many -- so if --

2   A    Depends on a lot --

3   Q    I'm sorry?

4   A    No.  I'm sorry to talk over you.  Go ahead.

5   Q    No.  That's quite all right.  If you're running a modified

6   version of Freenet, how many requests generally are being sent

7   per second by various users that might -- let me rephrase that.

8   If I'm up and running, I'm a user and I'm on Freenet, how many

9   requests in a given minute might be transmitted through my

10  computer system?

11  A    I've never looked at that so I really don't know.  I would

12  just be completely speculating.

13  Q    So in the tests and simulations you've run, how many come

14  through?

15  A    So in our tests and simulations -- that's a different story.

16  So there, the details are in the paper.  So my recollection is

17  that we ran something like 10,000 simulations.  So we generated

18  10,000 Internet topologies.  So we created 5000 people.  We

19  connected them over a fake internet.  Each one of those

20  topologies that we generated, we ran 5000 tests of our algorithm

21  and then we did that 5000 times.  And I think the numbers are, in

22  fact, a little bit greater in the paper.  So we tested it 10,000

23  times or more.

24  Q    Yeah.  So I'm clearly not making myself clear.

25  A    I'm sorry for misunderstanding you.

Case 8:18-cr-00369-ELH   Document 61-3   Filed 11/16/20   Page 67 of 93
Case 1:18-cr-00469-ELH   Document 61   Filed 09/21/19   Page 90 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3     90

1   Q    No. It's quite all right.  So what I'm trying to get at is

2   if I've got a modified version of Freenet and I'm a law

3   enforcement officer, and I'm recording data, right?  I'm

4   recording data every day because that's what the law enforcement

5   investigation does.  How much data am I recording?

6   A    I don't know.  I have never looked at that.  I can't answer

7   your question.

8   Q    So you have no idea how Freenet actually functions in terms

9   of how many IP addresses I may come in contact with a day?

10  A    I know that.  So the answer to your question depends on a

11  number of factors and I don't have access to them all so I can't

12  answer your question accurately, as much as I'd like to.

13  Q    No.  I understand.  So that one you said you know.  So how

14  many IP addresses might it come into contact with in a day?

15  A    Well, so as we talked about before, there's maybe 4,000

16  users per day.  So at most 4,000.  However, you probably, you

17  definitely have between 10 and, let's say, over a hundred peers.

18  Those strangers will come and go.  So, you know, in the low

19  hundreds.  I'm just estimating here off the cuff.

20  Q    So maybe the low hundreds of IP addresses.  But, so that's,

21  if I'm running, if I'm a single law enforcement officer on a

22  single computer using one version of modified Freenet, right?

23  A    Yeah.  Depending on the number of neighbors they have

24  between, say, 30 and 50.  So maybe up to hundred.  Maybe 200.

25  Who knows?

Case 2:18-cr-00349-EXH Document 573 Filed 11/16/20 Page 68 of 93
Case 1:16-cr-00409-ELH Document 61 Filed 09/21/17 Page 91 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN    Exhibit 3    91

1    Q    Did pending on what?  I'm sorry.

2    A    Depending on the number of peers that you have.

3    Q    Right.  Okay.  And if I'm running more than one computer,

4    right, so if there's, I could multiply that number out.  So if

5    it's, let's say, 200 IP addresses a day.  If there's multiple

6    computers running nationally, then I would multiply that number

7    out by the number of computers running, correct?

8    A    Correct, although there would be some overlap.

9    Q    Right.  But I'm just concerned about just raw numbers.

10   A    Let's say at most that.

11   Q    Okay.  But you have no idea how many law enforcement

12   officers are using Freenet right now?

13   A    I've been told it's between 30 and 40.  It goes up and down

14   depending on training and the interest of the trained officer

15   after, afterwards.

16   Q    Fair enough.  So if we just said -- let's pick the low

17   number.  Let's say there's 30 officers a day running modified law

18   enforcement Freenet.  Fair enough?

19   A    Fair enough.

20   Q    Okay.  And the number of IP addresses they would pick up

21   would be that multiplied by maybe anywhere from 1 to 300,

22   correct?

23   A    At most 300.  I think I said more closer to 1 or 200, but

24   sure.  Ballpark numbers, those are good.

25   Q    Okay.  So maybe in the course of a day, maybe 3000, 3500 IP

Case 2:18-cr-00049-ELH Document 57-3 Filed 11/16/20 Page 69 of 93
Case 1:18-cr-00469-ELH Document 61 Filed 03/21/19 Page 92 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3    92

1    addresses?

2    A    Minus the overlap.  But sure.

3    Q    Minus the overlap, which is an unknown, correct?

4    A    Yep.

5    Q    Okay.  And that would be 3,500 date and timestamps, correct?

6    A    Yeah.

7    Q    Same with the hash values?

8    A    Um-hum.

9    Q    Okay.  So that material would then be recorded, right?

10   That's saved.  It's copied?

11   A    If it's related to files of interest.

12   Q    We'll get to that in a second.  So that data is copied,

13   right?

14   A    Yes, if it's related to files of interest.

15   Q    And we'll get to that in a moment.

16   A    Okay.  I mean, it's an important --

17   Q    I understand.  But that's, but we were saying -- so forgive

18   me.  Let me just take a step back then.  You said if I'm an

19   officer, I've got that many IP addresses coming through.  Forgive

20   me.  So I see what you're saying.  One of the important pieces of

21   information would be the hash value, correct?

22   A    Um-hum.

23   Q    And the hash value is an indicator that this piece of this

24   request that's coming through this communication is or is not

25   related in some way to a known item of child pornography?

Case 2:18-cr-00048-DLH  Document 57-3  Filed 11/16/20  Page 70 of 93
Case 1:16-cr-00469-ELH  Document 61  Filed 05/21/17  Page 93 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN    Exhibit 3    93

1    A    Yes.  That's one of the conditions.  There's others.

2    Q    Okay.  And that's because the hash value is a unique

3    identifier, correct?

4    A    Correct.

5    Q    It's telling you this is the content that's at issue that

6    we're interested in?

7    A    It's telling you it's seeking this content.

8    Q    Correct.  Okay.  So out of those 3000, maybe 3500, data

9    streams of communications, the information we've discussed is

10    there:  Date, time, hops to live, hash value, and so on.  A

11    certain portion of that is recorded because it's determined to be

12    of interest to law enforcement because of the hash value

13    associated with the request?

14    A    Yes.

15    Q    What that number is we don't know?

16    A    I don't know personally.

17    Q    But that information is recorded, right?

18    A    Um-hum.

19    Q    Where is it recorded?

20    A    It's recorded in one of these computers we discussed before.

21    Q    Like the Internet Crimes Against Child task force, or just

22    an individual law enforcement officer, or maybe both?

23    A    It's definitely recorded at ICAC.  I expect it's remaining

24    at the individual law enforcement, but I don't know for sure,

25    actually.

1   Q    Okay.  And then at some point somebody will review that

2   copied data, correct?

3   A    Um-hum.  Yes.

4   Q    Will somebody review it personally or through an automated

5   process?

6   A    Well, we're already talking about an automated process,

7   right?  The check of the requested block against files of

8   interest is automated.  There's a further check that, you know --

9   for instance, one request alone is, is not a test, is not

10  sufficient to run the test.  Two requests separated by three days

11  is not sufficient to run the test. So there's other filters.

12        But after the end of the automated process, someone

13  would review that information.

14  Q    Okay.  So just to get this straight.  So there is a process

15  that you've used to modify Freenet or -- forgive me.  There's a

16  process the University of Massachusetts used to modify Freenet?

17  A    Um-hum.

18  Q    That process will copy data from Freenet, correct?

19  A    For which it's the intended recipient, correct.

20  Q    I will get to that.  But it does copy information from

21  Freenet, correct?

22  A    Correct.

23  Q    But it only copies information if it's got a hash value

24  that's connected to a known piece of child pornography, if it's

25  got the -- and it includes with that the date, the time, and the

Case 2:18-cr-00348-ELH  Document 57-3  Filed 11/16/20  Page 73 of 93
Case 1:18-cr-00409-ELH  Document 61  Filed 09/21/17  Page 95 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN    Exhibit 3    95

1    hops to live?

2    A    Correct.

3    Q    Who developed the process that distinguishes between the

4    hash values that relate to content related to child pornography

5    and the hash values that do not?

6    A    Well, I think a number of people.  I mean, that's one of the

7    main functions of law enforcement.  It's not something that I can

8    do.

9    Q    But there's a piece of software that is running that, doing

10   that function, doing that work, correct?

11   A    Um-hum.

12   Q    You didn't develop that?

13   A    Not personally.

14   Q    Okay.  So let's take one step back.  I'm sorry.  I know this

15   get tedious.  But it's so hard for me to understand that I want

16   to make sure it's clear on the record.

17        Users out -- Freenet users are sending communications

18   to one another, correct?

19   A    Signals to one another, correct.

20   Q    Signals.  Law enforcement has a modified version of Freenet

21   that's inserted into the Freenet software system network?

22   A    Joined, yeah.  Yes.

23   Q    The signals that come through are gathered by law

24   enforcement?

25   A    Some of the signals, yes.

1    Q    These signals could be coming from anywhere in the world or

2    the United States.  Who knows where they're coming from?

3    A    It's possible, yes.

4    Q    There's maybe 3,000 signals a day coming through?

5    A    Maybe.

6    Q    Those signals are separated into two groups, we'll say,

7    those that have hash values that relate to child pornography,

8    those that do not?

9    A    Yeah.  Those that are of interest and those that do not.

10   Q    And those are based on the hash values associated with the

11   blocks that are part of the Freenet system, that are out there --

12   A    Yes.

13   Q    -- stored on data store.  The communication -- there's a

14   piece of software that someone has designed, you don't know who,

15   that separates out those two classes of data, correct?

16   A    I don't know exactly who wrote that line of code, no.

17   Q    Right.  The class of data that includes the hash values that

18   relate to child pornography, that is recorded?

19   A    Yes.

20   Q    That's recorded using a modified version of Freenet that you

21   helped create?  Or your, the University of Massachusetts, someone

22   there created?

23   A    Yeah.  Only reason, the only reason I'm hesitating is

24   there's two pieces to this.  There's the local law enforcement

25   piece, and then it gets sent to a server.  And there it gets

1    muddier who wrote that.  I mean, it's an ICAC server.  I don't

2    own it.  So in general, yes.  But there's some --

3    Q    Either way, this data is recorded?

4    A    Yes.

5    Q    One is it's a subject of interest by virtue of the hash

6    value, which is an indicator of the authenticity of the block,

7    the content.  Then that's recorded.  That data's recorded?

8    A    Yes.

9    Q    And it's recorded in realtime?

10   A    Yeah.  Yes.

11   Q    Subsequent to that recordation, somebody reviews this

12   material either through an automated process or manually?  I'm

13   assume it's an automated process.

14   A    Well, at some point, there's a human involved.

15   Q    Okay.  So what would that next step of review be?

16   A    Well, so as part of the -- this relates to what I said

17   before.  So as a law enforcement officer, you would look at some

18   of these results.  Maybe some of them you did yourself.  Some of

19   them you might consider tips from out-of-state law enforcement to

20   your own state and so on.  And then you would follow the rest of

21   the investigative process.

22        So it includes, for example, downloading the original

23   file yourself to visually inspect it and ensure that, before I

24   said file of interest, but now you need to know particularly that

25   it's child pornography, for example.

Case 2:18-cr-00468-DLH Document 57-3 Filed 11/16/20 Page 75 of 93
Case 1:16-cr-00469-ELH Document 61 Filed 09/21/17 Page 98 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3    98

1   Q    Let me, because I think I, something else I need to clarify,

2   too.  So the class of data that you've recorded -- the class of

3   data that's recorded, that is the class of data with hash values

4   that relate to child pornography, that entire class, we'll

5   assume, 3000, 3500 various requests, include people who are

6   simply relayers of information and requesters of information,

7   correct?

8   A    I'm not sure.  I mean, the whole purpose of the system is to

9   focus on those who are requesters.

10  Q    Right.  But at some point you don't know who the requester

11  is, right?

12  A    Yes.  It is a statistical test.

13  Q    So at the time the data is recorded, the data consists of a

14  class of individuals who comprise relayers and requesters.  And

15  subsequently, you're going to try to determine out of that class

16  who are the requesters?

17  A    No.  That's part of the automated process.

18  Q    Correct.  So the recordation, in the first instance, is just

19  a recorder of class of people whose communications contain hash

20  values related to child pornography?

21  A    Um-hum.

22  Q    Some of those people may be innocently relaying that

23  information, some of those people may be nefariously requesting

24  it?

25  A    Yes.

Case 2:18-cr-00349-ELH Document 573 Filed 11/16/20 Page 76 of 93
Case 1:16-cr-00469-ELH Document 61 Filed 05/21/17 Page 99 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3    99

1   Q    At that point it's not known, right.  You've just got the

2   pool of data?

3   A    Yes.

4   Q    Subsequent to that, there will be a search of that data

5   using the software to determine statistically on a probabilistic

6   determination who the requester is?

7   A    Yes.

8   Q    Okay.  But right now we've got this pool of data.  Okay.  Do

9   you know how often that data is reviewed?

10  A    No.

11  Q    Okay.  Do you know how often it's collected?

12  A    I don't personally.

13  Q    Okay.  Do you presume that's a daily basis?

14  A    I presume.

15  Q    Right.  Okay.  So I think we have some idea of how that data

16  is collected and recorded.  And you say it's either stored with

17  the law enforcement officer's computer system or it's stored

18  perhaps at the Internet Crimes Against Children task force in

19  Pennsylvania, and all that data is just sitting there stored?

20  A    Um-hum.  Yes.

21  Q    And that at some point, someone has to or some system has to

22  analyze that data to make a determination, some statistical

23  probabilistic determination about which of those IP addresses

24  really relate to requesters and which simply relate to relayers?

25  A    Yes.

Case 9:19-cr-00349-RX  Document 51-3  Filed 11/16/20  Page 77 of 93
Case 1:16-cr-00409-ELH  Document 61  Filed 09/21/17  Page 100 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN
Exhibit 3    100

1    Q    Okay.  So let's talk about this.  How's that process

2    function?

3    A    I'm sorry.  Which aspect of it?

4    Q    From the very beginning.  So let's suppose I'm an officer

5    and I'm sitting at a computer and I've just got this recorded

6    data.  I came in.  It was recorded yesterday.  And here's all

7    this data.  And I want to try to run the algorithm on it.  What

8    do I do?

9    A    Well, there's a number of things they could do.  But there's

10   a spreadsheet that's made available where the officers would

11   essentially rerun the statistical tests themselves.

12   Q    How's the spreadsheet made?

13   A    I didn't make it.

14   Q    So you don't know anything about the spreadsheet?

15   A    I've seen it.  I mean, I know that it -- so the data that's

16   presented to law enforcement already runs the algorithm that we

17   presented in the paper.  And then law enforcement -- so only if

18   it satisfies that algorithm will it be presented to law

19   enforcement.  And then they rerun it themselves.

20   Q    Well, you say there's a spreadsheet.  Is the spreadsheet

21   self-generating?  Does it make itself?  I mean, where's it come

22   from?

23   A    Law enforcement.  A law enforcement officer made that

24   spreadsheet.

25   Q    How would a law enforcement officer make the spreadsheet?

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN

1    A    By opening Excel, for example, and then adding entries to

2    the Excel spreadsheet in a way that mirrors or, you know,

3    correctly represents the algorithm that's in the paper.

4    Q    So the data that's in the spreadsheet, where is that data

5    coming from?

6    A    It comes from this computer in Pennsylvania.

7    Q    Okay.  And is it the data that we talked about being

8    recorded?

9    A    Yes.

10   Q    The hash value, the date and time?

11   A    Yes.

12   Q    And that's all it is?

13   A    Yeah.  All the pieces of information that are required to

14   run the algorithm.

15   Q    Okay.  So you've got these bits of information.  But you

16   still have to run the algorithm, right?

17   A    Well, as I said, ahead of time the algorithm is run.  And

18   it's essentially only presented to the officer if the algorithm

19   would return the result that it's likely or significantly likely

20   that this is the requester.  And then the algorithm is run again

21   by the officer manually with the spreadsheet.

22   Q    Okay.  So let's first to the first step, the algorithm being

23   run in an automated fashion, like it sounds like, is that

24   correct?

25   A    Um-hum.

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3   102

1    Q    Okay.  So step number one, modify version of Freenet

2    separates out two -- collects all this data:  Time stamp, date,

3    hash value of the block, hops to live.  It then segregates two

4    classes of information:  That information which contains hash

5    values related to blocks of interest; that information which does

6    not contain hash values of interest.  Correct?

7    A    Correct.

8    Q    Okay.  It then, in an automated fashion, runs an algorithm

9    over the data that's of interest; that is, the data that contains

10   hash values of interest to law enforcement?

11   A    Yes.

12   Q    What is that algorithm?

13   A    That's the algorithm that I published in the paper I

14   referenced earlier.

15   Q    Okay.  So what's the information, what's it doing?  Let

16   me -- so the algorithm is making a statistical, is determining a

17   statistical probability, correct?

18   A    Correct.

19   Q    A statistical probability of who the requester is?

20   A    Well, whether the stranger who's related to the request is

21   the originator of the request or whether they are a relayer.

22   Q    When you stay "stranger", you mean relayer, requester, or

23   stranger -- we're talking about a computer, right?

24   A    I'm talking about the computer next to you.

25   Q    Right.  So you're trying to determine if the -- we know

Case 1:19-cr-00349-RY Document 57-3 Filed 11/16/20 Page 80 of 92
Case 1:16-cr-00409-ELH Document 61 Filed 09/21/17 Page 103 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3   103

1    this.  The algorithm is trying to determine whether or not a

2    computer is a relayer computer or a requester computer?

3    A    Correct.

4    Q    Right?  And it's going to run over the data that we've

5    already discussed, which I apologize for endlessly.

6         So the algorithm, to make a statistical, a

7    determination about statistical probability, is going to need to

8    rely on some variables, I assume?

9    A    Yes.

10   Q    What are the variables that are of importance?

11   A    Well, so there's four significant variables.  So I'm

12   assuming that we're starting with a collection of data that, in

13   the first place, was filtered correctly.  And, for example, I

14   gave this example of it can't be one request one day, another

15   request five days later.  So let's just start with some, some

16   amount, some number, some sequence of requests.  Right?

17        So the critical pieces of information for the algorithm

18   are the -- well, we talked about when files are inserted, it's

19   broken up into blocks.

20   Q    Correct.

21   A    Okay.  So it's the number of blocks that have been inserted

22   into the network.

23   Q    Let me just stop you there.

24   A    Sure.

25   Q    So when you say that, so you've got this recorded data.

Case 9:19-cr-00349-RX   Document 51-3   Filed 11/16/20   Page 81 of 93
Case 1:16-cr-00409-ELH   Document 61-3   Filed 09/21/17   Page 104 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3   104

1    Part of that recorded data consists of the hash values that

2    relate to blocks of interest because they're known child

3    pornography.

4    A    Um-hum.

5    Q    So what's the difference between those blocks you've got

6    there and the block that's inserted into the system?

7    A    So what we have is a list of requests for those blocks and

8    we also know, as you said, that these blocks relate to a

9    particular password or manifest.  Right?  That manifest can be

10   downloaded, has already been downloaded by law enforcement.

11   That's why it's a manifest of interest.  That's why it's a

12   password of interest, a file of interest.

13             So what I mean by that is the total number of blocks

14   that were originally inserted into the network is -- I mean,

15   that's what a table of contents is, right?  If you have a table

16   of contents of a book and there's 18 chapters, you know there's

17   18 chapters.  Here we have a table of contents of blocks that

18   have been inserted.  It could be a thousand blocks.

19             So we know the total number of blocks that were

20   inserted originally.  We know the number of requests that were

21   made by this stranger next to you.  We know the number of peers,

22   the number of strangers that that requester has themselves.  And

23   then we make an assumption about if this person, if this stranger

24   was a relayer, how many neighbors, how many strangers the

25   original requester has.  We can't see that.

Case 1:19-cr-00348-DLC   Document 57-3   Filed 11/16/20   Page 83 of 93
Case 1:16-cr-00489-ELH   Document 61   Filed 09/21/17   Page 105 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN

Exhibit 3   105

1    So we set that value to something very conservative

2    that favors coming to the conclusion that this person's a

3    relayer.  So we sort of hedge on the side of assuming they're a

4    relayer.

5    Q    Okay.

6    A    So those are the four essential pieces to the algorithm.

7    Q    So one very important part is the number of blocks relayed

8    or requested?

9    A    Yeah.  The number of requests is one.

10   Q    And when you say number of requests, number of requests for

11   a block, correct?

12   A    The number -- yeah.  The number of requests made to retrieve

13   this -- the number of requests made.  Some of them are duplicate

14   requests.  I'm not sure what you're saying.

15   Q    Well, aren't requests only for blocks?  That is, aren't the

16   communications only requesting a block that comprises part of a

17   total file?

18   A    Right.  So the number of unique blocks requested.

19   Q    Right.  I would think you need to know the number of blocks

20   and the number of total blocks that complies a file.

21   A    To run the algorithm?

22   Q    Right.

23   A    Yes.

24   Q    So if you don't, for example, if someone's requesting one

25   block and the file consists of three blocks, that might tell you

Case 1:18-cr-00409-ELH Document 61 Filed 09/21/17 Page 106 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3  106

1   something.  But if someone's requesting one block and it consists

2   of one million blocks, it wouldn't seem to tell you much at all.

3   A    If you wanted to run the algorithm, yes, you would need that

4   information.

5   Q    Okay.  So the statistical significance, that probability

6   determination would be, could not even be determined unless you

7   know the total number of blocks?

8   A    If you wanted to run it yourself, you would need that

9   information.

10  Q    Well, if you want to run the algorithm at all, right?  I

11  mean, if you want to make it a valuable algorithm?

12  A    Yeah.  To run the algorithm yourself, you would need that.

13  Q    Do you need anything about the timing or the frequency of

14  these requests?

15  A    No.  You just need to know that.  The timing is really part

16  of this filtering process.  Like I said, if it's one block and

17  then five days later another block, that's unreasonable.  So the

18  timing of the request really refers to the window of duration

19  that they appeared in.  So you don't, you don't technically need

20  that to run the algorithm.  It's just sort of part of the

21  filtering process.

22  Q    Okay.  All right.  But you would need to know, A, number of

23  blocks requested, B, total number of blocks that comprise the

24  file?

25  A    To run the algorithm yourself, yes.

Case 9:19-cr-00349-RX Document 57-3 Filed 11/16/20 Page 84 of 93
Case 1:18-cr-00489-ELH Document 61 Filed 09/21/17 Page 107 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN                    Exhibit 3    107

1    Q    And to make any degree, any type of, any determination about

2    the statistical significance of the probability that you're

3    trying to attach to distinguish requesters from relayers?

4    A    If you wanted to do it yourself, yes.

5    Q    Well, I don't understand the difference between -- so when

6    you say if you wanted to do it yourself and you modified, what do

7    you mean?

8    A    If you wanted to reproduce the results yourself, that's what

9    you would require.

10   Q    Right.

11   A    You asked me what's required for the algorithm.  And I'm

12   telling you, to run the algorithm yourself, you would require

13   this information.  So yes, if you want to just say yes.

14   Q    I'm sorry.  Forgive me.  That's on my end.  So I'm just not

15   understanding.

16   A    Yes.

17   Q    The answer is yes?

18   A    The answer is yes.

19   Q    It doesn't have any real significance without that

20   information?  The algorithm doesn't have significance without

21   that information?

22   A    Well, no.  The algorithm's been tested and evaluated.  If

23   you want to rerun the algorithm yourself --

24   Q    Right.

25   A    -- you need all the values.  But the algorithm, you know,

Case 9:19-cr-00349-DY Document 57-3 Filed 11/16/20 Page 85 of 93
Case 1:18-cr-00409-ELH Document 61 Filed 09/21/17 Page 108 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN                    Exhibit 3   108

1    includes the paper, for example, that's been evaluated.  I'm here

2    to tell you, say I did it myself.

3    Q    Understand.  What I'm getting at each time there's an

4    investigation that's ongoing, in order for law enforcement to

5    make these probabilistic determinations on any given

6    investigation with respect to any given file, they need to know

7    the number of blocks in the file and the number of requests for

8    the blocks?

9    A    Yes.

10   Q    Okay.  Forgive me on that.

11   A    I'm doing my best.  I apologize.

12   Q    Not your fault.  So a different topic, mercifully.  To know

13   if a hash value is of significance, I would presumably need some

14   type of database of known hash values?

15   A    Of hash values of interest, yes.

16   Q    Right.  So how was that created and stored and collected?

17   A    Someone who have to visit public forums.  Right?  We

18   mentioned before that Freenet has these websites that has these

19   bulletin boards.  You would visit those public forums.  We saw an

20   example in the exhibit of how these manifest keys, what we call

21   passwords, were listed at the bottom of the website.  And then

22   you can, you can quite easily -- anyone who's running Freenet,

23   the very first part of retrieving a file that's been inserted,

24   given the password, is to get this list of blocks.  So, but you

25   can really just ask about the passwords.  You'd have to visit

1    these particular websites or forums.

2    Q    But if I have a key or if I have a password or if I have a

3    hash value or whatever I have, I don't know if it relates to

4    anything until I know the file that it's attached to, right?

5    A    I wouldn't say that.  For example, if -- if I may.  If it's

6    been posted to a forum that's related to child pornography, that

7    certainly predicates your conclusion or your interest in that

8    file.

9    Q    Sure.  But it might not tell you what the file really is?

10   A    No.

11   Q    So --

12   A    Context is important.

13   Q    Right.  So I'm assuming at some point databases have to be

14   built to files of actual child pornography?

15   A    Yes.

16   Q    And files of hash values?

17   A    Yes.

18   Q    Okay.  Have you, do these vast databases or libraries exist?

19   A    Yeah, to my knowledge, they do.

20   Q    Okay.  Where are they?

21   A    They're with law enforcement.

22   Q    Okay.  They're with the internet --

23   A    I'm not --

24   Q    Forgive me.

25   A    Yeah.  I'm not law enforcement, so I have no special ability

Case 9:19-cr-00349-RX   Document 57-3   Filed 11/16/20   Page 87 of 93
Case 1:16-cr-00409-ELH   Document 61-3   Filed 09/21/17   Page 110 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN          Exhibit 3   110

```
 1    to collect child pornography.

 2    Q    Right.  It would be unlawful for you to do that?

 3    A    That's right.

 4    Q    So you couldn't build that kind of database, right?

 5    A    Well, I can, I can handle --

 6    Q    It makes --

 7    A    -- the hash values.

 8         THE COURT REPORTER:  One at a time, please.

 9    Q    Forgive me.

10    A    I apologize.

11    Q    That's my fault.

12    A    Do you want to start?  I can't build a database of images.

13    I could be involved in a collection of hash values since those

14    are just texts.

15    Q    Hash values, not illegal?  Images and files are?

16    A    Exactly.

17    Q    You could not have a database of files or images?

18    A    Not me personally, no.

19    Q    You don't know who's -- you know that there's a database of

20    images and files that exist but you don't know who constructed

21    it?

22    A    I know generally, you know.  I know of law enforcement who

23    have told me they do that.  But I'm not involved in that.

24    Q    And you weren't involved in the construction of the database

25    of hash values, either?
```

Case 9:19-cr-00348-DX   Document 51-3   Filed 11/16/20   Page 89 of 93
Case 1:16-cr-00409-ELH   Document 61   Filed 03/21/17   Page 111 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN        Exhibit 3   111

1    A    No, not me personally.

2    Q    Okay.  Have you reviewed the search warrant affidavit in

3    this case?

4    A    Just briefly.

5    Q    Does it look accurate to you?

6    A    Looked accurate to me?  I don't know.  In what way are you

7    asking?

8    Q    Well, I'm asking your independent evaluation.  Did the

9    information look accurate?  I don't know how else to phrase that.

10   A    It was, it was a search warrant for things that I didn't

11   observe so I have no basis to say whether it was an inaccurate

12   description of what the officer found.

13   Q    No.  I'm asking you about the description of the way in

14   which Freenet functions.

15   A    I didn't review that part extremely carefully, but the part

16   that I reviewed looked accurate to me.

17   Q    Who asked you to review it?

18   A    It was given to me as part of the materials for this case by

19   the prosecutors.

20   Q    Okay.  But you didn't review it carefully?

21   A    I can't recall it from memory, but I did read through it

22   once.

23   Q    When did you review it?

24   A    You know, some number of months ago.  Maybe a month ago.

25   Q    Not recently?

Case 9:19-cr-00349-DX  Document 57-3  Filed 11/16/20  Page 89 of 93
Case 1:16-cr-00469-ELH  Document 61  Filed 09/21/17  Page 112 of 242
CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN         Exhibit 3  112

1    A    Not recently.

2    Q    Recent being within the last couple of days.  Forgive me.

3    A    I flipped through it in the last couple of days, but I

4    didn't reread it carefully.  If you have it, we can look at it.

5    Q    I do.  I was just curious, though.  So you have no

6    independent -- you can't say whether it accurately describes

7    Freenet or not?

8    A    It looked accurate to me, as I recall it.  Nothing stuck out

9    to me as incorrect.

10   Q    Okay.  So that's all I was asking.

11   A    Okay.  Sorry.

12   Q    It looks like an accurate description of the Freenet process

13   to you?

14   A    Um-hum.

15   Q    Earlier on direct you testified to some vulnerabilities that

16   are discussed on Freenet, on Freenet.  Do you recall that

17   conversation with the prosecutor?

18   A    Yes, I was referring to the Freenet website.

19   Q    You have no idea if Mr. Hall ever saw those or not, correct?

20   A    I do not.  I do know that he saw the Freenet website,

21   though.

22   Q    I understand, but that's a separate question.  My question

23   was whether or not Mr. Hall has seen them, correct?

24   A    I don't know.

25   Q    Do you know how often that statistical analysis, the

Case 9:19-cr-00349-DX Document 57-3 Filed 11/16/20 Page 90 of 93
Case 1:16-cr-00409-ELH Document 51 Filed 09/21/17 Page 113 of 242

CROSS EXAMINATION OF DR. LEVINE BY MR. FEIN

Exhibit 3    113

1    algorithm, is run by law enforcement on a given day?

2    A    I don't know.

3    Q    Do you know if it's run each day?

4    A    I presume, but I don't know.

5    Q    Your Honor, if it would be okay with the Court, if we could

6    take our break now?  I'd just like --

7            THE COURT:  No.  I have a 1:00 meeting so we can't take

8    it.

9    Q    I see.  Okay.

10           (Pause while Mr. Fein confers with the defendant.)

11   Q    The current version of the algorithm that you're using, when

12   was that perfected?

13   A    I don't remember the exact month.  But, you know, within the

14   last year or two.

15   Q    And --

16   A    Before, before August 2016.  I know that.

17   Q    Okay.  Fair enough.  When were the simulations run for that

18   particular version?

19   A    Probably fall -- well, I would say fall of 2016.

20   Q    Okay.  So September, October, November?  Technically, that

21   would be fall, correct?

22   A    Well, hold on.  We ran some initial simulations in the

23   spring and then we ran a great deal more, number of simulations

24   for the paper.  So really, a part of perfecting the algorithm is

25   really the evaluation.  So we're going back a bit here.  But

Case 8:19-cr-00348-PX   Document 57-3   Filed 11/16/20   Page 91 of 93
Case 1:16-cr-00409-ELH   Document 61   Filed 09/21/17   Page 114 of 242
REDIRECT EXAMINATION OF DR. LEVINE BY MS. SHOOP     Exhibit 3   114

1    before the summer of 2016.

2    Q    Okay.  In any given case that law enforcement investigates,

3    they use this process that we've tried to discuss today, once law

4    enforcement has the information, that's the output from the

5    algorithm, from the database, the bits of information that are

6    collected, you don't know what they do with that, correct?

7    A    I'm not there to personally observe it.

8    Q    Right.  So for all you know, the officer looks at that data

9    and go gets a warrant, correct?  You don't know?  Not asking you

10   idea.  I'm asking you, you don't know what the individual officer

11   does?

12   A    I don't know what they do with the data we had given them.

13   I don't know what they do with the data we had given them.

14   Q    I have no further questions, Your Honor.

15             THE COURT:  Any redirect?

16             REDIRECT EXAMINATION

17   BY MS. SHOOP:

18   Q    Very briefly, sir.  Dr. Levine, if an individual is sending

19   requests and they are identified in this modified version, we can

20   say for sure one thing, that they're using the open-net mode, is

21   that correct?

22   A    That's correct, because the modified version only connects

23   to the open-net mode of the software.

24   Q    And when the defense counsel showed you the slide that

25   discussed the low and normal and then the maximum for open and

1    darknet -- do you know what I'm talking about?

2    A    Um-hum.

3    Q    So you may not be able to state which one Mr. Hall used, but

4    we know for sure he was on the open-net mode of Freenet?

5    A    Yes.

6    Q    The information that the modified version records, is it

7    accurate to say that information that they record is only from

8    requests that are sent intentionally and directly to it?

9    A    Yes.  Only, it's only information --

10        MR. FEIN:  I'm going to object simply because the use

11   of the phrase "intent", right, and "intended", suggests there's

12   an individual who's sending a communication from one communicant,

13   from one computer to another intentionally.  It is an automated

14   system that's relaying a communication.  No objection to his

15   answer.  But I think we ought to speak in terms that reflect

16   what's factually happening.

17        THE COURT:  Overruled.

18        THE WITNESS:  Yes.

19   BY MS. SHOOP:

20   Q    Dr. Levine, the modified version that you created or

21   assisted in creating, it only logs the information that already

22   exists within a request, is that right?

23   A    It only logs information that any other user of Freenet with

24   an unmodified version would already have.

25   Q    And I think you had mentioned this.  But in order for law

Case 8:19-cr-00349-PX   Document 57-3   Filed 11/16/20   Page 98 of 98

1    enforcement officers to utilize this modified version, they have

2    to go through training?

3    A    Yes.

4    Q    And there was some discussion about, it seemed the defense

5    used the word "versions" of this.  Are there multiple different

6    versions of this modified software or one version?

7    A    I don't believe the defense was referring to versions of our

8    software.

9    Q    Okay.  I just want to make sure that that's clear.  So is

10   there only one version of this modified software?

11   A    Well, we update the software occasionally.  But I don't, I

12   don't know how many versions -- I'm not the person that makes

13   these small modifications.  There's been no significant

14   modification of the software in terms of the basic algorithm.

15   Sometimes things are made easier or streamlined, things like

16   that.  It's not something that I do personally.  We've never made

17   a modification to the algorithm that I've described today.

18   Q    Okay.  And that was my next question.  And then you had

19   briefly mentioned that the passwords that law enforcement, that

20   they collect, those are all publicly available, is that right?

21   A    Yes.  That's my understanding.

22   Q    That's all.

23        THE COURT:  Any recross?

24        MR. FEIN:  No, Your Honor.

25        THE COURT:  Thank you very much, Dr. Levine.