# CRIMINAL MINUTES - HEARINGS

**DATE:** July 22, 2021              **JUDGE:** *Paula Xinis*

**TIME:** 9:00 a.m. to 9:14 a.m.        **FTR:** K.A. Moye'

**CASE #** PX-19-0348             **INTERPRETER:** N/A

**CASE NAME:** USA v. Pobre

**COUNSEL FOR GOVERNMENT:** Dwight J. Draughon, Jr., AUSA

**COUNSEL FOR DEFENDANT:** Richard Finci, Esq. & G. Arthur Robbins, Esq.

| | | |
|---|---|---|
| ☐ Motions Hearing (P. _) | | ☐ Pretrial Conference |
| ☐ Status Conference | | ☐ Settlement Conference |
| ☐ Bench Trial | | ☐ Charge Conference |
| ☐ Discovery Conference | | ☐ Other: |
| ☒ Telephone Conference | | |

**REMARKS:** Hearing held on the record.

 

**Deputy Clerk:** *K.A. Moye'*