IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Case No.   8:19-cr-00348-PX |
| ALAKOM-ZED CRAYNE POBRE | : | |
| Defendant | : | |

## SUPPLEMENTAL MOTION TO SUPPRESS STATEMENT

COMES NOW, the Defendant, Alakom-Zed Crayne Pobre, by and through counsel, Richard A. Finci and the Law Offices of Houlon, Berman, Finci & Levenstein, LLC, pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C), and Federal Rule of Criminal Procedure 41(h), and respectfully moves to suppress evidence and in support thereof states as follows:

1. On August 17, 2020 (@ ECF 48), Defendant filed his original Motion to Suppress Statement and Accompanying Points and Authorities. This Motion moved to suppress what Defendant described as three separate audio recorded statements made during the execution of a state Search Warrant at his home on August 14, 2018 and a fourth unrecorded statement allegedly made on October 2, 2018 recorded, while Defendant was being transported from the College Park barracks of the Maryland State Police to the Hyattsville Commissioner's office for an initial appearance on Maryland state charges.

2. On Friday, October 1, 2021, the Government provided additional discovery to the Defense which included a fourth audio recorded statement from August 14, 2018.

3. Defendant now moves to suppress this fourth audio recorded statement which begins, according to the recording, at 8:08 am.

4. In support of this Supplemental Motion to Suppress Statement, Defendant respectfully incorporates herein by reference the Defendant's Motion to Suppress Statement and

Accompanying Points and Authorities (ECF 48) and his reply to response to Motion to Suppress Statement (ECF 57 @ Part V, pages 16-19). Defendant respectfully submits that this newly disclosed audio statement was made after Defendant invoked his right to counsel while in custody for Miranda purposes during the execution of the search warrant at his home on August 14, 2018.

**WHEREFORE**, the Defendant respectfully requests the following relief:

1. That this Honorable Court grant Defendant's Supplemental Motion to Suppress Statement.

2. That the Court hold a hearing on Defendant's Motion.

3. That the Court suppress any and all statements made by the Defendant.

4. Such further and additional relief as justice may require.

Respectfully submitted,

/s/
Richard A. Finci, Esquire, Bar #03347
Houlon, Berman, Finci & Levenstein, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
finci@houlonberman.com
Telephone: (301) 459-8200
Facsimile: (301) 459-5721

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October, 2021, a copy of the foregoing Supplemental Motion to Suppress Statement was served via filing in the electronic filing system to Dwight Draughon, Esquire and Joseph Baldwin, Esquire, Office of the United States Attorney, 6500 Cherrywood Lane, Suite 400, Greenbelt, Maryland 20770.

/s/
Richard A. Finci