IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-19-348 |
| | * | |
| ALAKOM-ZED CRAYNE POBRE, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| ******* | | |

## CONSENT MOTION TO EXTEND TIME TO FILE GOVERNMENT'S SUPPLEMENTAL REPSONSE

The United States, by undersigned counsel, with the consent of defense counsel, respectfully requests an extension until Wednesday, November 3, 2021, to submit its supplemental response and states as follows:

1. The FBI has prepared declarations to help assist the Court and counsel in understanding some of the relevant issues, including the law enforcement nodes and the operation of the nodes as they pertain to monitoring Freenet users. Coordination with FBI counsel also has been necessary to ensure the accuracy of the government's supplemental filing. Undersigned counsel, David I. Salem, has not been able to review the declarations and the accompanying draft supplemental submission, or to fully coordinate with FBI counsel.

2. Defense counsel, Gar Robbins and Rick Finci, late this evening graciously consented to an additional 24 hours for the government to make its submission.

3. The government believes that it would be in the interests of the defense and the Court to have its submission fully vetted by the FBI before it is filed.

1

For the foregoing reasons, the Government, with the consent of defense counsel, respectfully request that the time for responding to defendant's supplemental filing be extended through Wednesday, November 3, 2021.

                Respectfully submitted,

                Erek L. Barron
                United States Attorney

By:         /s/
                David I. Salem
                Dwight J. Draughon
                Assistant United States Attorneys

## Certificate of Service

I hereby certify that on November 2, 2021, a copy of the foregoing Consent Motion was served on defense counsel by ECF.

                                                   _____/s/_____
David I. Salem
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PX-19-348** |
| | * | |
| **ALAKOM-ZED CRAYNE POBRE,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*

## **ORDER**

Having considered the Consent Motion filed by the government, and there being good cause shown, it is this _____ day of November 2021:

**HEREBY ORDERED** that the government shall have until through and including November 3, 2021 to submit its supplemental response to defendant's motion to suppress physical evidence.

_____
Honorable Paula Xinis
United States District Judge