IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. PX-19-0348 |
| | : | |
| ALAKOM-ZED CRAYNE POBRE, | : | |
| | : | |
| Defendant | : | |

...oOo...

## DECLARATION OF DR. BRIAN LEVINE

1. I am a Professor in the College of Information and Computer Sciences at the University of Massachusetts Amherst, where I have been a member of the tenure-track faculty since 1999. I am also the Director of the University of Massachusetts Amherst Cybersecurity Institute. I received my Ph.D. in Computer Engineering from the University of California Santa Cruz, where my dissertation focused on the Internet. I have been named a *Fellow* of the Association for Computing Machinery (ACM), the largest professional society for scientific computing, for my "contributions to network forensics, security, and privacy, and for thwarting crimes against children". I have been publishing in peer-reviewed scientific venues on these topics for more than twenty years, and I have authored over 100 scientific papers. Since 2008, I have been working with agencies in the Department of Justice, including the Federal Bureau of Investigation, and with Internet Crimes Against Children Task Forces to build and deploy tools for forensic investigation of crimes against children.
2. My research has focused on peer-to-peer systems, including anonymous systems such as Freenet, for decades. I have co-authored two peer-reviewed papers on the forensic investigation of Freenet: "Statistical Detection of Downloaders in Freenet," which appeared in the Proceedings of the IEEE International Workshop on Privacy Engineering in May 2017; and "A Forensically Sound Method of Identifying Downloaders and Uploaders in Freenet," which appeared in the Proceedings of the ACM Conference on Computer & Communications Security in November 2020.
3. The Freenet Project does not currently publish statistics about the number of nodes operating on the Freenet network. The Freenet Project website does state that the Freenet software "has been downloaded over 2 million times since the project started" (see https://freenetproject.org/pages/about.html visited 10/26/2021).
4. Freenet has no single server or central coordination point at which the number of nodes can be exactly counted. However, it is still possible to estimate the number of nodes on the network. Several scientific papers have reported on observations of the number of nodes operating in Freenet.
5. Such estimates are available due to information exchanged during Freenet's standard operation. Downloading and running the Freenet software is the first step in setting up a node. As part of the installation process, a Freenet user will direct the software to connect to a number of other nodes, called "peers", to allow for sharing of content and routing of

requests for content. Each node learns the IP address of its neighboring peers, and this information is displayed to the user. A self-assigned unique numeric identifier is also exchanged, and further propagated to neighbors of neighbors as part of Freenet's normal operation. Neighbors are not permanent and will change during normal operation.

6. Computer scientists studying the Freenet network have observed this information sent to their own nodes. From running 55 nodes, one paper measured 58,000 Freenet nodes (counted distinctly via the unique identifiers shared) during an eight-week period in 2012 (see Roos et al. 2014). We received unique identifiers for over 42,000 nodes during January 2017, with an average of 4,200 per day (see Levine et al. 2017); and we received nearly 17,000 during March 2020, with an average of about 4,600 per day (see Levine et al. 2020). The true count of the Freenet network size is likely larger as some nodes were surely not observed by our testing nodes.

7. With law enforcement operating no more than 45 nodes on any one day in June 2018, this would make law enforcement nodes approximately 1% of the total Freenet network when comparing to the reports of 4,200 or 4,600 nodes per day discussed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dr. Brian Levine

November 1, 2021