IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. PX-19-0348 |
| | : | |
| ALAKOM-ZED CRAYNE POBRE, | : | |
| | : | |
| Defendant | : | |

...oOo...

**DECLARATION OF ROBERT ERDELY**

1.      I have over 26 total years of experience in law enforcement.  For over 20 years I specialized in computer crime, and for over 12 years, and at the present time, I provide instruction to law enforcement officers on the skills necessary to conduct online investigations and computer forensic examinations, including investigations involving peer-to-peer file sharing networks, including Freenet.  My CV (Attachment 1) is submitted along with this affidavit.

2.      I am currently a Detective with the Computer Crime Unit of the Indiana County Pennsylvania's Detective Bureau.  I was previously employed as the supervisor for the Pennsylvania State Police Computer Crime Unit until I retired in 2012.  Both Computer Crime Units are responsible for investigations of crimes which occur on the Internet including the distribution of child exploitation material through peer-to-peer networks (P2P networks).

3.      I created the ICAC law enforcement database and system now known as ICAC Cops.  My initial development started in 2007 where I began recording search results of a file sharing network.  I later became involved with the development of file sharing investigative tools with the University of Massachusetts, Amherst (UMass).  Since then, this investigative system has grown to include several different file sharing networks, one of which is the Freenet file sharing network.  Although any file sharing network, including Freenet, allows its users to share any type of music, video, text, or image file, my work and the work of ICAC Cops concentrates of files of child exploitative materials.  ICAC Cops contains the observations of law enforcement officers who are trained to use the investigative software, and acts as a case coordination and case tracking tool.  ICAC Cops includes critical details of active investigative data like the Internet Protocol (IP) address(es) and physical addresses of the officers, as well as the IP address(es) and physical addresses of users being investigated for distributing and receiving child exploitative material. Currently, I am the administrator of the ICAC Cops system as well as the database administrator. In these roles I am responsible for the system's computer hardware and software, to include the database which houses the data on ICAC Cops.

4.      In order to access Freenet, a user must first download the Freenet software, which is free and publicly available.  The Freenet "source code" — i.e., the computer programming code that facilitates Freenet's operation – is also publicly available.  In other words, Freenet is "open

source" software that may be examined and analyzed by anyone with the pertinent expertise or knowledge.

5.	Anyone running the Freenet software may join and access the Freenet network. Each computer running Freenet connects directly to other computers running Freenet, which are called its "peers." When installing Freenet, each user agrees to provide to the network a portion of the storage space on the user's computer hard drive, so that files uploaded by Freenet users can be distributed and stored across the network. Freenet users can upload files into the Freenet network and download files from the Freenet network. After a user installs Freenet on the user's computer, the software creates a default "download" folder. If a user successfully downloads a particular file from Freenet, Freenet may save the content of that file to the "download" folder. A user may change this default setting and direct the content to be downloaded elsewhere.

6.	When a user uploads a file into Freenet, the software breaks the file into pieces (called "blocks") and encrypts each piece. The encrypted pieces of the file are then distributed randomly and stored throughout the Freenet network of peers. The software also creates an index piece that contains a list of all of the pieces of the file and a unique key – a series of letters, numbers and special characters – that is used to download the file.

7.	In order to download a file on Freenet, a user must have the key for the file. There are a number of ways that a Freenet user can download a file using a key. Some examples include: (1) the "download" box on Freenet's "file sharing" page; (2) the "download" box on the message board associated with Freenet or other Freenet add-on programs; and (3) directly through the user's web browser while the user is connected to the Freenet network.

8.	When a user attempts to download a file via Freenet, Freenet downloads the piece of the file containing the index, which provides the information required to retrieve the individual pieces of the file. The Freenet software then requests all of the pieces of the file from the user's peers. Rather than request all of the file pieces from a single peer, requests for file pieces are divided up in roughly equal amounts among the user's peers. If a user's peer does not have the particular requested pieces in its storage, that peer will then divide up and ask its peers for the pieces, and so on. For example, if User "A" has 10 peers and requests 1000 pieces of a file, roughly 100 pieces are requested from each one of User A's peers. See Figure 1.



Freenet User A is connected to 10 peers.

User A wants to download a file that requires 1000 pieces to rebuild the file.

Because the User A has 10 peers, roughly 100 pieces are requested from each one of user A's peers.

Figure 1

9.      If Peer "B" receives User A's request for 100 pieces of the file, but does not have any of those pieces in its storage, Peer B forwards on the request for those pieces to Peer B's peers. If Peer B has 10 peers of its own, roughly 10 pieces are requested from each one of Peer B's peers. See Figure 2.



Peer B receives user A's request for 100 pieces of the file.  Peer B does not have any of the pieces in its storage.

Peer B forwards on the request for pieces to each one of its peers.

Because B has 10 peers, roughly 10 pieces are requested from each one of B's peers.

Figure 2

10.     As noted below, this design can help law enforcement distinguish between a Freenet user that is the original requestor of a file, and one that is merely forwarding the request of another user.

11.     To prevent requests for pieces from going on indefinitely, Freenet is configured to only allow a request for a piece of a file to be forwarded to another peer a limited number of times (the default maximum is 18).  If a request reaches that limit without finding the requested piece, a signal is returned to the user's computer and the request is sent to another of the user's peers.  The remaining number of times a request for a piece may be forwarded is included within the request for that piece.

12.     Freenet attempts to hide which computer uploaded a file into or downloaded a file from the network by making it difficult to differentiate whether a request for a piece that comes in from a peer originated with that peer (i.e., the peer was the "original requestor" of the file), or whether that peer was simply forwarding a different peer's request.  Freenet attempts to hide the identity of the original requestor by randomizing the initial number of times a request can be forwarded from one peer to another to be either 17 or 18.  Without this randomization, any time a user received a request for a piece of a file that could be forwarded 18 times, the user would know that its peer was the original requestor of the file.  This design allows investigators using Freenet to focus investigative efforts on peer computers that request pieces of files of interest that may be forwarded 17 or 18 times, in order to determine whether the peer was the original requestor of the file.

13.     Freenet has two operational modes, "Darknet" and "Opennet."  On the Darknet mode, a computer connects only to peers whom the user has specifically selected.  On the Opennet mode, a computer may connect to peers unknown to the user.  A Freenet user may choose which mode to use.  The mode relevant to this investigation involves a user who chose to use the Opennet operational mode.

14.     Freenet warns its users in multiple ways that it does not guarantee anonymity: when Freenet software is initially installed; within the log file each time Freenet is started; and via Freenet's publicly accessible website.  Freenet software also does not mask a computer's IP address — the IP addresses of each Freenet user's peers are observable to the user.  For example, if a user is connected to 10 peers on Freenet, all 10 of those peers' IP addresses will be observable to the user.  The fact that Freenet does not mask IP addresses is explained on its publicly accessible website.  Freenet also acknowledges on its publicly accessible website that, for users who use the Opennet mode, it can be statistically shown that a particular user more likely than not requested a file (as opposed to having merely forwarded the request of another peer) based on factors including the proportion of the pieces of a file requested by a user and the number of nearby peers.

### Child Pornography Images/Videos on "Freenet"

15.     Freenet can be used to advertise and distribute images and videos of child pornography.  Unlike other file sharing systems, Freenet does not provide a search function for its users whereby users would insert search terms to locate files.  Therefore, a user who wishes to locate and download child pornography from Freenet must identify the key associated with a particular child pornography file and then use that key to download the file.

16.     Freenet users can identify those keys in a number of ways.  For example, "message boards" exist on Freenet that allow users to post textual messages and engage in online discussions involving the sexual exploitation of minors.  Law enforcement agents have observed message boards labeled: "pthc," "boy porn," "hussy," "pedomom," "kidfetish," "toddler_cp," "hurtcore," and "tor-childporn."   Typical posts to those message boards contain text, keys of child pornography files that can be downloaded through Freenet, and in some cases descriptions of the image or video file associated with those keys.

17.     Freenet users can also obtain keys of child pornography images or videos from websites that operate within Freenet called "Freesites."  Freesites can only be accessed through Freenet.  Some of those sites contain images of child pornography the user can view along with keys of child pornography files.  It is also possible that Freenet users may obtain keys related to child exploitation images or videos directly from other Freenet users.

18.     Law enforcement has built a list of publicly available files associated with child exploitation material and stored the hash values associated with the file blocks traded on Freenet.  This list is stored on ICAC Cops.  As of the writing of this affidavit, ICAC Cops has stored hash values for blocks associated with 150,882 files associated with child exploitation material.

19.     In laypersons' terms, the ICAC law enforcement system identifies potential downloaders of child exploitation material on the Freenet file sharing network.  To do this, Law Enforcement runs a Law Enforcement version of Freenet which simply passes a copy of all requests received by the node to ICAC Cops where the requests are filtered.  Only those requests for blocks known to be associated with child exploitation material and may be forwarded 16, 17, or 18 times are logged.  This filtering process is based on matching the hash values of the requested pieces to those hash values stored in the ICAC Cops system.  ***ICAC Cops does not log each and every request it receives, it only logs those that match hash values of these pieces of files identified by Law Enforcement as relating to child exploitation.***  I confirmed this by checking the hash values of all requests logged on ICAC Cops and observed that all logged requests were seeking blocks associated with one of the 150,882 files ICAC Cops records as being associated with child exploitation material.

20.     Hash values are an alpha/numerical identifier for a given file, and certain hash values can identify a given file as child pornography.  The Freenet file sharing network uses this hashing algorithm to identify the files being shared on this network.  The odds of the Sha-1 hashing failing (i.e. – having a known file and its corresponding SHA-1 has value, to find a different file producing the same Sha-1 hash) is $2^{160}$, or 1 in 1,461,501,637,330,900,000,000,000,000,000,000,000,000,000,000,000.   In practical terms, therefore, every text, music, video, or image file is considered unique and can be verified through this SHA-1 value.

## SUMMARY

The Law Enforcement version of Freenet passes requests to ICAC Cops.  ICAC Cops only logs requests sent to the Law Enforcement Freenet node that relate to child sexual exploitation.  As the system and database administrator, I have confirmed through searching the logged requests

that only requests relating to the 150,882 files associated with child exploitation material mentioned above are contained within ICAC Cops.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Detective Robert W Erdely
Date:  11/1/2021