## UNITED STATES OF AMERICA

## vs.

## ALAKOM-ZED CRAYNE POBRE

**Criminal No.  PX-19-348**                                                                 **Government's Exhibits**

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 10/8/2021 | 10/8/2021 | Dr. Brian Levine | PowerPoint of Freenet website overview |
| 2 | 10/8/2021 | 10/8/2021 | Dr. Brian Levine | "A Forensically Sound Method of Identifying Downloaders and Uploaders in Freenet" |
| 3 | 10/8/2021 | 10/8/2021 | Dr. Brian Levine | File of Interest # 3 |
| 4 | 10/8/2021 | 10/8/2021 | Dr. Brian Levine | Freenet Target Summary |
| 5 | 10/8/2021 | 10/8/2021 | Corp. Cory Mills | Mills' Freenet Certificate of Training |
| 6 | 10/8/2021 | 10/8/2021 | Corp. Cory Mills | Audio recording of portion of Pobre's statement on August 14, 2018 |
| 7 | 12/2/2021 | 12/2/2021 | Det. Robert Erdely | Freenet Node Chart |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | |