United States of America

vs.

Alakom-Zed Crayne Pobre

**Criminal No. 8:19-cr-00348-PX    Defendant's Exhibits for Motion to Suppress Physical Evidence**

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 10/8/2021 | 10/8/2021 | Dr. Brian Levine | Levine White Paper – Statistical Detection of Downloaders in Freenet – 2016 |
| 2 | | | | Levine White Paper – A Forensically Sound Method of Identifying Downloaders and Uploaders in Freenet-2020 |
| 3 | | | | Documentation of Freenet as of September 29, 2021 |
| 4 | 10/8/2021 | 10/8/2021 | Dr. Brian Levine | Dr. Levine Testimony-April 19, 2017 in <u>United States vs. Dickerman</u> |
| 5 | 10/8/2021 | 10/8/2021 | Dr. Brian Levine | Dr. Levine Testimony-August 30, 2017 in <u>United States vs. Hall</u> |
| 6 | 10/8/2021 | 10/8/2021 | Corp. Cory Mills | Freenet Target Summary |

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 7 | 10/8/2021 | 10/8/2021 | Dr. Brian Levine | File of Interest #1 – Data Report |
| 8 | 10/8/2021 | 10/8/2021 | Dr. Brian Levine | File of Interest #2 – Data Report |
| 9 | | | | File of Interest #3 – Data Report |
| 10 | 10/8/2021 | 10/8/2021 | Dr. Brian Levine | Black Ice: The Law Enforcement Freenet Project |