United States of America

vs.

Alakom-Zed Crayne Pobre

**Criminal No. 8:19-cr-00348-PX**        **Defendant's Exhibits for Motion to Suppress Statement**

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 10/8/2021 | 10/8/2021 | Corp. Cory Mills | Transcript of Interview of Alakom-Zed Pobre on August 14, 2018<br><br>1st Stmt: 5:44 am @ page 2<br><br>2nd Stmt: 16:20 @ page 11<br><br>3rd Stmt: 6:50 pm @ page 15 |
| 2 | 10/8/2021 | 10/8/2021 | Corp. Cory Mills | Transcript of Interview of Alakom-Zed Pobre on August 14, 2018 @ 8:08 am |
| 3 | 10/8/2021 | 10/8/2021 | Corp. Cory Mills | Maryland State Police Report dated September 6, 2018 |
| 4 | 10/8/2021 | 10/8/2021 | Corp. Cory Mills | Maryland State Police Report Supplement 3 dated October 2, 2018 |
| 5 | | | | Email from Finci to Mills dated September 5, 2018 |
| 6 | | | | Email string between Finci and Mills ending September 17, 2018 |