## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA **Plaintiff** | * | |
| **vs.** | * | **Case No.: PX-19-348** |
| Alakom-Zed Crayne Pobre **Defendant** | * | |
| | * | |

****** **

DEC 0 2 2021

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| **PLAINTIFF'S/GOVERNMENT'S EXHIBITS** | **DEFENDANT'S EXHIBITS** |
|---|---|
| ALL GOVERNMENT'S EXHIBITS ADMITTED IN MOTIONS HEARING | ALL DEFENSE EXHIBITS ADMITTED IN MOTIONS HEARING |
| | |
| | |
| All Plaintiff's/Government's exhibits returned: _____ | All Defendant's exhibits returned: _____ |

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:
X: _____
Dwight Draughon
X: _____
David Salem

Counsel for Defendant(s):
X: _____
G. Arthur Robbins
X: _____
Richard Finci

Date: December 2, 2021