

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Dwight J. Draughon*  *Mailing Address:*  *Office Location:*  DIRECT: 301-344-0863
*Assistant United States Attorney*  *6500 Cherrywood Lane, Suite 200*  *6406 Ivy Lane, 8th Floor*  MAIN: 301-344-4433
Dwight.Draughon@usdoj.gov  *Greenbelt, MD 20770-1249*  *Greenbelt, MD 20770-1249*  FAX: 301-344-4516

June 9, 2022

Hon. Paula Xinis
U.S. District Court
6500 Cherrywood Lane
Greenbelt, MD  20770

      Re:  <u>United States v. Alakom-Zed Crayne Pobre</u>
           Criminal No. PX-19-348

Dear Judge Xinis:

    Per your direction during our telephonic status conference on May 4, 2022, the Parties jointly submit the following status report:

1) On May 31, 2022, the Government produced a redacted version of the Roundup Freenet Validation Testing report and the excel spreadsheet used by investigators to analyze any data provided to them by ICAC Cops.

2) By email dated June 2, 2022, Defense counsel expressed initial concern about redactions from the validation report.

3) By email dated June 6, 2022, Defense counsel reiterated the concerns expressed on June 2 and made note that the excel spreadsheet disclosure did not include the operative macro programming for its "Analyze Data" function.

4) By responsive email on June 8, 2022, the Government advised that it would not provide an unredacted version of the validation report as the redacted portion is not needed to evaluate the validation report and is considered "highly sensitive" but was considering whether to provide the functioning excel spreadsheet.

    Current Defense Position: The Defense is requesting an unredacted version of the validation report and a functioning version of the spreadsheet. Given the timing of the production of this additional discovery, the Defense has not had the opportunity of having this material reviewed by an expert and is seeking time to do so.  Among other matters, the Defense wishes to have an expert examine the excel spreadsheet formulas to explain why it does not function as claimed. The spreadsheet was the basis for the search warrant in this case. Even as produced thus far, based on lay analysis, the spreadsheet does not function as intended.

Current Government Position: The Government advises that it opposes any delay of the upcoming hearing.

Both Parties are prepared to move forward on the Motion to Suppress the Statement and the Supplemental Motion to Suppress Statement. Argument on those Motions should take no longer than 20 minutes.

Very truly yours,

Erek L. Barron
United States Attorney

By: _____/s/_____
Dwight J. Draughon
Joseph R. Baldwin
Assistant United States Attorneys