**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND
Southern Division**

| | |
|---|---|
| United States of America  : | |
| vs.                       : | Case No.  8:19-cr-00348-PX |
| ALAKOM-ZED CRAYNE POBRE   : | |
| Defendant                 : | |

**DEFENDANT'S MOTION TO SEAL CERTAIN
EXHIBITS IN SUPPORT OF
POST-HEARING MEMORANDUM IN
SUPPORT OF MOTION TO COMPEL DISCOVERY**

Comes now the Defendant, Alakom-Zed Crayne Pobre, by and through counsel, Richard A. Finci, Esquire and the Law Offices of Houlon, Berman, Finci & Levenstein, LLC, G Arthur Robbins, Esquire, and CHESAPEAKE MERIDIAN, co-counsel, requesting that the Court receive UNDER SEAL certain Exhibits provided to the Defense by the Government pursuant to Protective Order and respectfully states as follows:

1) Exhibit 2, An UNCLASSIFIED evaluation report by the Mitre Corporation titled "RoundUp Freenet Validation Testing" has been provided pursuant to Protective Order.

2) Exhibit 3, a .pdf printout of the partially enabled Excel Spreadsheet that has been provided pursuant to Protective Order and an attached Screenshot containing the disabled message.

Both items are subject to the Protective Order.

Wherefore, the Defendant respectfully requests that the exhibits be sealed.

Respectfully submitted,

___/s/_____
Richard A. Finci, Esquire
Houlon, Berman, Finci & Levenstein, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
finci@houlonberman.com
Telephone: (301) 459-8200
Facsimile: (301) 459-5721


_____/S/_____
G Arthur Robbins (Federal Bar No. 09770)
CHESAPEAKE MERIDIAN
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, Maryland 21401
443.454.7675
GarRobbins@ChesapeakeMeridian.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June 2022, a copy of the foregoing Defendant's Motion to Seal Exhibits to Memorandum in Support of Motion to Compel was served via filing in the electronic filing system to the Dwight Draughon, Esquire, Joseph Baldwin, Esquire Office of the United States Attorney, 6406 Ivy Lane, Greenbelt, Maryland 20770.

/s/
Richard A. Finci, Esquire