# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MARYLAND
### Southern Division

| | | |
|---|---|---|
| United States of America | : | |
| vs. | : | Case No. 8:19-cr-00348-PX |
| ALAKOM-ZED CRAYNE POBRE | : | |
| Defendant | : | |

## *Order*

Having considered the Motion of Defendant, ALAKOM-ZED CRAYNE POBRE, to seal Exhibits to his Memorandum in Aid of Motion to Compel Discovery; it is this ____ day of June 2022

**ORDERED**

~~The Motion to Seal (Document Number ____) is hereby sealed; and it is~~

**~~FURTHER ORDERED~~**

*Check One*

[ ] The public docket shall not reflect entry of this order or of the filing of sealed documents.

[ ] The public docket shall reflect entry of this order and the filing of sealed documents but not the nature of the sealed documents.

[   ] The public docket shall reflect entry of this order and the nature of the sealed documents.

And

[  ] Exhibits 2 and 3 to Defendant's Memorandum in Support of his Motion to Compel Discovery are hereby **Sealed**.

_____

Paula Xinis

United States District Judge