

Gar Robbins <garrobbins@chesapeakemeridian.com>

## US v Pobre (PX-19-348)
3 messages

**Gar Robbins** <garrobbins@chesapeakemeridian.com>   Mon, Jun 6, 2022 at 5:12 PM
To: "Draughon, Dwight (USAMD)" <Dwight.Draughon@usdoj.gov>
Cc: "Baldwin, Joseph (USAMD)" <Joseph.Baldwin@usdoj.gov>, "RFINCI@HOULONBERMAN.COM" <RFINCI@houlonberman.com>

Counsel –

Thank you for providing two items in discovery on 31 May 2022. Unfortunately, each of the items lacks critical information that prevents our ability to conduct the meaningful assessment necessary.

The excel spreadsheet that purports to be provided in Native Format does not allow access to the macro behind the "Analyze Data" button. The redacted Validation Report similarly has had the operative factors of the download evaluation blocked out. In each case, we are left to evaluate the structural integrity of a building by examining a photo of its façade.

While we understand that the FBI has posited that providing the information could somehow help a potential future offender evade detection, the assertion makes no logical sense. If requests for unlawful files are detected by the objective characteristics of the request, it would not be possible to make a request without those characteristics. Surely the potential of deterring the requests in the first instance would be consistent with the general deterrent purpose of law enforcement?

We are concerned about our ability to proceed without the balance of the material described. We are also concerned about timing because of the delay before the production.

We suggest that we should hold a telephone conference with chambers to advise the judge of the issues.

## G Arthur Robbins

# *Chesapeake Meridian*

1997 Annapolis Exchange Parkway,

Suite 300

Annapolis, Maryland 21401

GarRobbins@ChesapeakeMeridian.com

Main Line 443.454.7675
cell phone 443.906.0669

fax 443.863.6824

www.ChesapeakeMeridian.com

CONFIDENTIALITY NOTICE

The e-mail and the documents accompanying this e-mail transmission may contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action regarding the contents of this e-mailed information is strictly prohibited. If you have received this transmission in error, please immediately notify us by return e-mail, then delete the original message.

On Tue, May 31, 2022 at 2:46 PM Draughon, Dwight (USAMD) <Dwight.Draughon@usdoj.gov> wrote:

> Good afternoon,
>
> The government filed a motion for a protective order in the Pobre matter (PX-19-348). ECF No. 86. The FBI is waiting for a protective order before releasing the material that will be covered by the protective order.
>
> The hearing for this matter is on June 16.
>
> Please let the parties if the Court needs anything else to consider the motion.
>
> Best,
>
> Dwight
>
> **Dwight J. Draughon**
>
> Assistant United States Attorney

District of Maryland, Southern Division

6406 Ivy Lane, 8th Floor

Greenbelt, MD 20770

(301) 344-0863 (Office)

(240) 521-5537 (Cell)

---

**Draughon, Dwight (USAMD)** <Dwight.Draughon@usdoj.gov>  Wed, Jun 8, 2022 at 12:38 PM
To: Gar Robbins <garrobbins@chesapeakemeridian.com>
Cc: "Baldwin, Joseph (USAMD)" <Joseph.Baldwin@usdoj.gov>, "RFINCI@HOULONBERMAN.COM" <RFINCI@houlonberman.com>

Good afternoon,

Our position is that both files are responsive to what was requested. The validation reports affirms the technical process and the spreadsheet confirms that the formula from the peer-reviewed paper was used.

With regards to the spreadsheet, I am waiting for the FBI to let me know if they would be fine with sending a version that includes the macro behind the "Analyze Data" button. While the spreadsheet as is suffices when responding to the discovery request, I don't know if the macro is particularly sensitive. If it's not, we will likely produce. I will send an update once I have one.

There is no need to have the validation report unredacted. The redacted portion is not responsive to the request made and is highly sensitive.

Feel free to reach out to Chambers regarding a conference call in lieu of a joint status report. To the extent that the defense requests a continuance for the hearing, I anticipate that we will object.

Best,

Dwight

**Dwight J. Draughon**

Assistant United States Attorney

(240) 521-5537 (Cell)

[Quoted text hidden]

---

Rick Finci <FINCI@houlonberman.com>　　　　　　　　　　　　　　　Wed, Jun 8, 2022 at 12:46 PM
To: Gar Robbins <garrobbins@chesapeakemeridian.com>

███████████████████

Richard A. Finci

*Houlon, Berman, Finci & Levenstein, LLC*

Main office:

7850 Walker Drive, Suite 160

Greenbelt, Maryland  20770

Phone:  (301) 459-8200

Fax:  (301) 459-5721


Rockville Office:

111 Rockville Pike, Suite 735

Rockville, Maryland 20850


E-Mail: finci@houlonberman.com

Website: www.houlonberman.com

---

**From:** Draughon, Dwight (USAMD) <Dwight.Draughon@usdoj.gov>
**Sent:** Wednesday, June 8, 2022 12:39 PM
**To:** Gar Robbins <garrobbins@chesapeakemeridian.com>
**Cc:** Baldwin, Joseph (USAMD) <Joseph.Baldwin@usdoj.gov>; Rick Finci <FINCI@houlonberman.com>
**Subject:** RE: [EXTERNAL] US v Pobre (PX-19-348)


******External Email******

[Quoted text hidden]



Gar Robbins <garrobbins@chesapeakemeridian.com>

## checking on status of validation report...?
5 messages

**Rick Finci** <FINCI@houlonberman.com>     Mon, May 16, 2022 at 5:53 PM
To: "Draughon, Dwight (USAMD)" <Dwight.Draughon@usdoj.gov>
Cc: Gar Robbins <garrobbins@chesapeakemeridian.com>

Richard A. Finci

*Houlon, Berman, Finci & Levenstein, LLC*

Main office:

7850 Walker Drive, Suite 160

Greenbelt, Maryland 20770

Phone: (301) 459-8200

Fax: (301) 459-5721

Rockville Office:

111 Rockville Pike, Suite 735

Rockville, Md 20850

(301) 444-4432

E-Mail: finci@houlonberman.com

Website: www.houlonberman.com

*This communication may contain privileged and confidential attorney-client information or attorney work product information. Unauthorized disclosure or use of this communication is prohibited. If you have received this communication in error, please delete it and contact the sender immediately. Thank you.*

**Draughon, Dwight (USAMD)** <Dwight.Draughon@usdoj.gov>     Mon, May 23, 2022 at 9:14 AM
To: Rick Finci <FINCI@houlonberman.com>
Cc: Gar Robbins <garrobbins@chesapeakemeridian.com>

Chesapeake Meridian Mail - ... Case 8:19-cr-00348-PX   Document 94-1   Filed 06/15/22   Page 6 of 10 =dbd170f2db&view...

2 of 3

I am finishing my draft of an appellate response this morning/early afternoon. I plan to turn to this next with plans to finish by today, so please look out for a draft in the late afternoon.

**Dwight J. Draughon**

Assistant United States Attorney

(240) 521-5537 (Cell)

[Quoted text hidden]

---

**Draughon, Dwight (USAMD)** <Dwight.Draughon@usdoj.gov>  Mon, May 23, 2022 at 8:01 PM
To: Rick Finci <FINCI@houlonberman.com>, Gar Robbins <garrobbins@chesapeakemeridian.com>
Cc: "Baldwin, Joseph (USAMD)" <Joseph.Baldwin@usdoj.gov>

This is tentative because I am going to get FBI sign off as well. If they propose any changes, I'll flag it. Sending it to you right away so we can get it filed ASAP.

Best,

Dwight

**Dwight J. Draughon**

Assistant United States Attorney

(240) 521-5537 (Cell)

[Quoted text hidden]

**2 attachments**


Pobre Protective Order - Motion.docx
22K


Pobre Protective Order - Proposed Order.docx
22K

---

Rick Finci <FINCI@houlonberman.com>  Tue, May 24, 2022 at 8:49 AM
To: "Draughon, Dwight (USAMD)" <Dwight.Draughon@usdoj.gov>, Gar Robbins <garrobbins@chesapeakemeridian.com>
Cc: "Baldwin, Joseph (USAMD)" <Joseph.Baldwin@usdoj.gov>

The protective order looks fine to me subject of course to any issues that may come up which we would address/resolve as required in the Order.

Richard A. Finci

Houlon, Berman, Finci & Levenstein, LLC

Main office:

7850 Walker Drive, Suite 160

Greenbelt, Maryland 20770

Phone: (301) 459-8200

Fax: (301) 459-5721

Rockville Office:

111 Rockville Pike, Suite 735

Rockville, Maryland 20850

E-Mail: finci@houlonberman.com

Website: www.houlonberman.com

---

**From:** Draughon, Dwight (USAMD) <Dwight.Draughon@usdoj.gov>
**Sent:** Monday, May 23, 2022 8:02 PM
**To:** Rick Finci <FINCI@houlonberman.com>; Gar Robbins <garrobbins@chesapeakemeridian.com>
**Cc:** Baldwin, Joseph (USAMD) <Joseph.Baldwin@usdoj.gov>
**Subject:** RE: checking on status of validation report...?

******External Email******

[Quoted text hidden]

---

**Draughon, Dwight (USAMD)** <Dwight.Draughon@usdoj.gov>　　　　　　　　Tue, May 24, 2022 at 1:38 PM
To: Rick Finci <FINCI@houlonberman.com>, Gar Robbins <garrobbins@chesapeakemeridian.com>
Cc: "Baldwin, Joseph (USAMD)" <Joseph.Baldwin@usdoj.gov>

Sounds good. I'll get this filed now.

[Quoted text hidden]



Gar Robbins <garrobbins@chesapeakemeridian.com>

## Pobre - Protective order for validation report and spreadsheet formulas?
2 messages

**Draughon, Dwight (USAMD)** <Dwight.Draughon@usdoj.gov>  Mon, May 9, 2022 at 3:46 PM
To: "Rick Finci (FINCI@houlonberman.com)" <finci@houlonberman.com>, Gar Robbins <garrobbins@chesapeakemeridian.com>
Cc: "Baldwin, Joseph (USAMD)" <Joseph.Baldwin@usdoj.gov>

Rick and Gar,

The FBI is about ready to produce a redacted copy of validation report and formulas in the spreadsheet (It turns out that the validation report did not confirm the use of the formulas in the spreadsheet, so the FBI is providing the formulas used so it can be compared to Dr. Levine's paper.). Do you agree to these being produced under protective order? We would send these to you so it is in your possession.

Best,

Dwight

**Dwight J. Draughon**

Assistant United States Attorney

District of Maryland, Southern Division

6406 Ivy Lane, 8th Floor

Greenbelt, MD  20770

(301) 344-0863 (Office)

(240) 521-5537 (Cell)

---

**Rick Finci** <FINCI@houlonberman.com>  Mon, May 9, 2022 at 4:00 PM
To: "Draughon, Dwight (USAMD)" <Dwight.Draughon@usdoj.gov>, Gar Robbins <garrobbins@chesapeakemeridian.com>
Cc: "Baldwin, Joseph (USAMD)" <Joseph.Baldwin@usdoj.gov>

I assume the Protective Order would not prohibit our client from viewing the materials. We would of course not allow him to copy or photograph the materials and he would have to view them in my office.

Richard A. Finci

*Houlon, Berman, Finci & Levenstein, LLC*

Main office:

7850 Walker Drive, Suite 160

Greenbelt, Maryland  20770

Phone:  (301) 459-8200

Fax:  (301) 459-5721

Rockville Office:

111 Rockville Pike, Suite 735

Rockville, Maryland 20850

E-Mail: finci@houlonberman.com

Website: www.houlonberman.com

---

**From:** Draughon, Dwight (USAMD) <Dwight.Draughon@usdoj.gov>
**Sent:** Monday, May 9, 2022 3:46 PM
**To:** Rick Finci <FINCI@houlonberman.com>; Gar Robbins <garrobbins@chesapeakemeridian.com>
**Cc:** Baldwin, Joseph (USAMD) <Joseph.Baldwin@usdoj.gov>
**Subject:** Pobre - Protective order for validation report and spreadsheet formulas?

******External Email******

[Quoted text hidden]



Gar Robbins <garrobbins@chesapeakemeridian.com>

## Pobre - update on validation report(s)
1 message

**Draughon, Dwight (USAMD)** <Dwight.Draughon@usdoj.gov>   Wed, May 4, 2022 at 9:09 AM
To: "Rick Finci (FINCI@houlonberman.com)" <finci@houlonberman.com>, Gar Robbins <garrobbins@chesapeakemeridian.com>
Cc: "Baldwin, Joseph (USAMD)" <Joseph.Baldwin@usdoj.gov>

Good morning,

I should receive the validation report(s) next week. It sounds like the spreadsheet is also addressed.

Best,

Dwight

**Dwight J. Draughon**

Assistant United States Attorney

District of Maryland, Southern Division

6406 Ivy Lane, 8th Floor

Greenbelt, MD  20770

(301) 344-0863 (Office)

(240) 521-5537 (Cell)