IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | |
| **ALAKOM-ZED CRAYNE POBRE,** | * | **CRIMINAL NO. PX-19-348** |
| | * | |
| Defendant. | * | |
| | * | |
| | ****** | |

## MOTION TO STRIKE APPEARANCE

Madam Clerk:

    Please strike the appearance of Dwight J. Draughon as counsel for the government for all purposes in the above-captioned case.

                                Respectfully submitted,

                                  Erek L. Barron
                                United States Attorney

                 By: _____
                                Dwight J. Draughon
                                Assistant United States Attorney