IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   CRIMINAL NO. PX-19-348 |
| ALAKOM-ZED CRAYNE POBRE, | * |
| | * |
| Defendant. | * |
| | ******* |

## CONSENT MOTION FOR A SUPPLEMENTAL PROTECTIVE ORDER

The United States of America requests that the Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, issue a Supplemental Protective Order restricting copying and dissemination of materials disclosed related to certain law enforcement sensitive information that is part of an ongoing investigation of a particular internet-based network ("Protected Materials"). A proposed Protective Order is attached. In support of this motion, the Government states as follows:

1. On July 22, 2019, a federal grand jury returned a one-count Indictment charging the Defendant with Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(b) and (b)(2).

2. The investigation of this case was initiated based on the use of a particular internet-based network. The Protected Materials that the Government intends to produce include certain law enforcement sensitive information related to ongoing investigations related to this network. In particular, the Government plans to produce an unredacted version of a single page of a validation report regarding certain functionality of the law enforcement program to identify those sharing child pornography on the internet-based network.

3.     Because public dissemination of certain information, or dissemination to the Defendant of certain information, could undermine the Government's efforts to find and prosecute those trading child pornography, the Government is seeking a Supplemental Protective Order.

4.     Accordingly, good cause exists for this request, and the Government requests that this Court enter the proposed Supplemental Protective Order that limits physical access to and dissemination of information found in the Protected Materials.

5.     Rule 16(d)(1) of the Federal Rules of Criminal Procedure states that "the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." Fed. R. Crim. P. 16(d)(1).  In addition, Standing Order 2020-01 provides procedures to be followed for the production and receipt of discovery materials.

6.     The United States and counsel for the Defendants have conferred regarding a draft supplemental protective order proposed by the United States, and have reached an agreement with respect to all the provisions contained therein.

7.     A copy of the proposed Supplemental Protective Order is submitted herewith.

WHEREFORE, the Government respectfully requests that this Court, pursuant to Rule 16(d)(1) of Federal Rules of Criminal Procedure, grant the Government's Consent Motion for a Protective Order as specified above and enter the Proposed Protective Order, attached hereto.

Respectfully submitted,

*Joseph R. Baldwin*
Joseph R. Baldwin
David Salem
Assistant United States Attorneys
