# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PX-19-348** |
| | * | |
| **ALAKOM-ZED CRAYNE POBRE,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

## ACKNOWLEDGMENT OF SUPPLEMENTAL PROTECTIVE ORDER

I acknowledge that I have read and understand the Supplemental Protective Order issued in the above-captioned case, that I agree to be bound by it, and that I submit to the jurisdiction of the Court should I violate its terms.

| PRINTED NAME | SIGNATURE | DATE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |