IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| V. | *   **CRIM. NO. PX-19-348** |
| | * |
| **ALAKOM-ZED POBRE,** | * |
| | * |
| **Defendant.** | * |
| | * |
| | * |
| | * |
| | ******** |

## ENTRY OF APPEARANCE

MADAM CLERK:

   Please enter the appearance of G. Michael Morgan as counsel for the United States of America for all purposes in the above-captioned case.

                                                    Respectfully submitted,

                                                    Erek L. Barron
                                                    United States Attorney


                                              BY:___/s/_____
                                                    G. Michael Morgan
                                                    Assistant United States Attorney