IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-19-348 |
| | * | |
| ALAKOM-ZED CRAYNE POBRE. | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

**JOINT PROPOSED BRIEFING AND HEARING SCHEDULE**

The United States of America, by and through undersigned counsel and defendant Alakom-Zed Crayne Pobre ("Defendant"), by and through undersigned counsel, submit this joint proposed briefing schedule and hearing date as directed by the Court.

1. The hearing for expert testimony scheduled for March 31, 2023, be vacated.

2. A report from Dr. Levine regarding the Defense Expert's report is being prepared and will be provided to the Defense on or before April 14, 2023.

3. The Defense will then file a Supplemental Memorandum by May 5, 2023.

4. The Government will then file its responsive Memorandum by May 19, 2023.

5. The Defense will then file a reply, if any, by May 25, 2023.

6. A hearing is scheduled for June 28, 2023, at 2:00 p.m. for testimony, argument, or both, as directed by the Court. Or, if, based upon the written submissions, the Court deems a hearing unnecessary to rule upon the issue, the hearing date will be vacated.

7.   A proposed Order is attached for consideration.

        Respectfully submitted,

        Erek L. Barron  
        United States Attorney

By: _____  
        G. Michael Morgan, Jr.  
        Assistant United States Attorney

Digitally signed by GARY MORGAN  
Date: 2023.03.27 16:25:11 -04'00'

By: _____/s_____  
        Richard A. Finci, Esq.  
        G Arthur Robbins, Esq.  
        Counsel for the Defendant