Michael G. Miglianti
mikem@prudentialassociates.com

9200 Corporate Blvd, Suite 200
Rockville, MD 20850
Phone: 301-279-6700
Direct: 240-672-0642
www.PrudentialAssociates.com

PRUDENTIAL ASSOCIATES
Cybersecurity and Digital Forensics

**EXHIBIT 4**

## TECHNICAL CERTIFICATIONS

**Certified Forensic Computer Examiner (CFCE)**     November 2012
*International Association of Computer Investigative Specialist (IACIS)*     Expires 2024
- 72 hours of classroom training (Basic Forensic Computer Examiner Training Program Conference) (May 2012)
- Certification encompasses core competencies in Pre-Examination Procedures and Legal Issues, Media Examination and Analysis, Data Recovery, Specific Analysis of Recovered Data, Reporting and Exhibits, and Defense/Presentation of Findings
- IACIS Certification/Peer Review Coach (March 2014)

**Cellebrite UFED Physical and Logical Pro Certification**     September 2013
*Sumuri, LLC*
- 40 Hour training in the extraction and analysis of digital evidence from mobile devices

**Global Information Assurance Certified Forensic Analyst (GCFA)**     October 2013
*SysAdmin, Audit, Networking and Security (SANS) Institute*     Expires October 2025
- Completed SANS **Advanced Computer Forensic Analysis and Incident Response (FOR508)** class - 36 CPE Credits
- Training to conduct on-scene response to identify, preserve and acquire digital evidence; acquisition and analysis of volatile memory; time-line analysis of file systems and operating system artifacts; advanced network and Windows operating system artifact analysis; and relevant legal considerations

**Global Information Assurance Security Essentials (GSEC)**     May 2014
*SysAdmin, Audit, Networking and Security (SANS) Institute*     Expires May 2022
- Completed SANS **Security Essentials Boot Camp Style (SEC401)** – 46 CPE Credits
- Training in Fundamental Network Concepts, Defense In-depth, Internet Security Technologies, Secure Communications, Windows Security, and Linux Security
- Certification meets DoD 8570 IAT Level 2 requirements

**Certified BlackLight Examiner**     February 2015
*Blackbag Technologies*     Renewed 2018
- Vendor certification in the use of Blacklight, a Macintosh operating system forensic analysis program, Completion of BlackLight Tool Training (16 Hours) classroom training

**Comptia Project+**     October 2016
*Computing Technology Industry Association (Comptia)*
- Certification demonstrating practical working to initiate, manage and support a project or business initiative

**GIAC Advanced Smartphone Forensics (GASF)**     July 2016
*SysAdmin, Audit, Networking and Security (SANS) Institute (36 hours)*     Expires September 2024
- Completed SANS **Advanced Smartphone Forensics (FOR585) -** 36 CPE Credits
- Advanced mobile device forensics focusing on detecting malware, Android forensics, iOS Forensics, Back-up files, and third-party application analysis
- Software used: Cellebrite Physical Analyzer, Micro Systemation XRY, Oxygen Forensic Suite

### Certified Cyber Crime Examiner (3CE) — December 2018
*National White Collar Crime Center* — Expires December 2022
- Core body of knowledge encompasses technologies, digital evidence handling, forensic imaging, file system forensics and forensic concepts

### Magnet Certified Forensic Examiner (MCFE) — May 2020
*Magnet Forensics* — Expires May 2022
- Vendor certification in the use of Magnet Forensics' Axiom forensic software

### GIAC Enterprise Vulnerability Assessor (GEVA) — July 2021
*SysAdmin, Audit, Networking and Security (SANS) Institute (36 hours)* — Expires July 2025
- Completed SANS **Enterprise and Cloud | Threat and Vulnerability Assessment (SEC460)**
- Instruction in Information Security vulnerability fundamentals and Vulnerability Assessment Framework in an Enterprise environment
- Software used: NMAP, Acunetix, Nikto, Nexpose

### GIAC Certified Enterprise Defender (GCED) — November 2021
*SysAdmin, Audit, Networking and Security (SANS) Institute (36 hours)* — Expires November 2025
- Completed SANS **Advanced Security Essentials - Enterprise Defender (SEC501)**
- Instruction in Defensible Network Architecture, Penetration Testing, Security Operations Foundations, Digital Forensics and Incident Response, and Malware Analysis.

## PRIOR CERTIFICATIONS

### AccessData Certified Examiner (ACE) — September 2012
*AccessData Group, LLC* — Expired 2016
- Vendor certification in the use of *Forensic Tool Kit* (FTK) forensic analysis suite

### Comptia A+ ce — November 2014
*Computing Technology Industry Association (Comptia)* — Expired October 2018
- Certification demonstrating practical working knowledge of basic computer hardware, network technology, security, and operating systems

### Comptia Security+ — October 2015
*Computing Technology Industry Association (Comptia)* — Expired October 2018
- Certification competencies in network security, compliance and operation security, threats and vulnerabilities as well as application, data and host security. Also included are access control, identity management, and cryptography.

Page **2** of 8

Phone: 301-279-6700   Direct: 240-672-0642
mikem@prudentialassociates.com
www.PrudentialAssociates.com

## WORK EXPERIENCE

EXHIBIT 4

**Prudential Associates**

**PRESIDENT/CIO – OPERATIONAL TECHNOLOGY**                           March 2021 – Present
- Oversee and direct information security and digital forensic operations for Operational Technology division
- Manage digital forensic laboratory assets of hardware, software, and business continuity strategies
- Conduct digital forensic examinations and perform job functions of Senior Forensic Examiner

**SENIOR FORENSIC EXAMINER**                           November 2014 - March 2021
- Digital forensic examinations in support of civil litigation for e-discovery and subject matter expert cases
- Conduct examinations and analysis of mobile devices and computers for malware or other specified tasking in consultation with clients
- Network Intrusion/Incident Response for malware and ransomware
- Cyber vulnerability assessments

**Montgomery County, MD Department of Police**

**DETECTIVE - ELECTRONIC CRIMES UNIT**                           May 2016 – March 2021
- Digital Forensic Examiner in support of police department investigations
- Conduct extractions/imaging and analysis of mobile devices and computers
- Provide follow-up support to investigators and prosecutors, including expert witness testimony
- Provide department training for technology/unit initiatives
- Assistant Technical Leader – 9/2017 – March 2021
- Decentralized (part-time member) February 2013 to May 2016, Full Time Examiner May 2016 to March 2021

**DETECTIVE - SPECIAL VICTIMS INVESTIGATIONS DIVISION – CHILD EXPLOITATION UNIT**
- Investigations related to child pornography and sexual assault involving victims under 18 years of age                           December 2015 - May 2016
- Prepare and execute search warrants, subpoenas, and court orders for service providers, mobile devices, computers and residences
- Internet Crimes Against Children (ICAC) affiliate member

**DETECTIVE - FIFTH DISTRICT INVESTIGATIVE SECTION**   January 2014 to December 2015
- Primary investigative responsibility for cases involving burglary, aggravated assault, robbery, and other serious offenses requiring follow-up investigation
- Application and execution of Search and Seizure Warrants, including the seizure of various electronic media
- Assist in preparation of cases for prosecution and testifying in legal proceedings

Page **3** of **8**

Phone: 301-279-6700   Direct: 240-672-0642
mikem@prudentialassociates.com
www.PrudentialAssociates.com

**POLICE OFFICER-PATROL**                                   October 2001 – January 2014
- Police patrol duties encompassing criminal and traffic investigations
- Testify in State of Maryland District and Circuit Court proceedings
- Noteworthy Law Enforcement Related Certifications and Trainings:
    - 240 hours of training in the area of Motor Vehicle Collision Investigations and Reconstruction
    - Intoximeter EC/IR Breath Alcohol Operator (July 2005), Station level supervisor - August 2012 to January 2016
    - Field Training Officer (February 2004) - Mentoring of police officers upon graduation from entry-level training
- Awards:
    - Citation for Bravery - Gaithersburg-Germantown Chamber of Commerce (2007)
    - Certificate of Award – 5th District Station Award (2005) for traffic law enforcement

## ADDITIONAL TECHNICAL TRAINING

**AX200 CIL-Axiom Examinations**                                                May 2020
*Magnet Forensics – (32 hours)*
- Overview and instruction in the use of Magnet Forensics' Axiom forensic software

**AX350 CIL-MacOS Examinations**                                                March 2020
*Magnet Forensics – (32 hours)*
- Investigation and recovery of digital evidence from computers using the MacOS operating system.

**AX301 CIL-MAGaK (Magnet Axiom and GrayKey) Advanced iOS Examinations**                                                November 2019
*Magnet Forensics – (32 hours)*
- Investigation and recovery of digital evidence iOS devices

**AX300 CIL-Axiom Advanced Mobile Forensics**                                   November 2019
*Magnet Forensics – (32 hours)*
- Investigation and recovery of digital evidence from cloud-service providers

**AX320 CIL-Axiom Cloud Forensics**                                             October 2019
*Magnet Forensics – (32 hours)*
- Investigation and recovery of digital evidence from cloud-service providers

**AX310 CIL-Axiom Incident Response Examinations**                              September 2019
*Magnet Forensics – (32 hours)*
- Investigation of incident response events using Axiom

**AX250 CIL-Axiom Advanced Computer Forensics**                                 August 2019
*Magnet Forensics – (32 hours)*
- Advanced Windows Forensic artifacts and use of Magnet Forensics' Axiom program

Page **4** of **8**                                                  Phone: 301-279-6700    Direct: 240-672-0642
                                                                     mikem@prudentialassociates.com
                                                                     www.PrudentialAssociates.com

*Michael C. Migliani*

**EXHIBIT 4**

**Mac Forensics Training Program** — September 2018
*United States Secret Service – NCFI (64 hours)*
- Recovery and Analysis of artifacts from the Macintosh operating system

**Skimming Device Forensics Training Course** — November 2017
*United States Secret Service - NCFI (16 hours)*
- Training in the recovery of data from ATM skimmer devices

**DVR Examiner Certified User** — September 2017
*DME Forensics (24 hours)*
- Training in the recovery of data from DVR recorders using DVR Examiner software

**Advanced Network Forensics and Analysis** — March 2017
*SysAdmin, Audit, Networking and Security (SANS) Institute (36 hours)*
- Training in the area of network forensics, including analysis of log files, PCAP analysis and other network related artifacts

**Griffeye Analyze DI Training Program** — January 2017
*Internet Crimes Against Children (16 Hours)*
- Analysis of multimedia files using Griffeye Analyze DI

**Forensic Video Workflow Training – Input ACE** — January 2017
*Ocean Systems (16 Hours)*
- Video analysis tool and workflow instruction

**Cell Phone Mapping and Analysis** — June 2016
*National White Collar Crime Center (16 hours)*

**Assessor Training Course for Testing Laboratories** — December 2016
*American Society of Crime Laboratory Directors Laboratory Accreditation Board*
- Training to conduct technical assessments for ASLCD/LAB (ANAB) (36 hours)

**Basic Network Intrusion Training Program (BNIT 16-01)** — February 2016
*United States Secret Service – NCFI (32 hours)*
- Introduction to investigating computer networks

**Basic Scripting Techniques Program (BAST 15-01)** — March 2015
*United States Secret Service – NCFI (36 hours)*
- Introduction to the Python programming language

**Cell Phone Data and Mapping** — March 2015
*Police Technical (16 hours)*
- Analysis of Call Detail Records obtained from cell phone network service providers

**Macintosh® Triage and Imaging (Cybercop 215 - MTI)** — March 2014
*National White Collar Crime Center (16 hours)*
- Analysis of Macintosh OS X artifacts

Phone: 301-279-6700    Direct: 240-672-0642
mikem@prudentialassociates.com
www.PrudentialAssociates.com

*Michael C. Miglianti*

**EXHIBIT 4**

| | |
|---|---|
| **Windows Internet Trace Evidence (Cybercop 320 - INET)** | February 2014 |
| *National White Collar Crime Center (24 hours)* | |

– Analysis of Windows operating system artifacts related to internet usage

**Windows Artifacts (Cybercop 315 – WINART)**          January 2014
*National White Collar Crime Center (32 hours)*
– Analysis of artifacts from the Windows operating system.

**Advanced Computer Evidence Recovery Training** (ACERT 1302)     May 2013
*US Homeland Security Investigations, Cyber Crimes Center*
– Advanced Windows and Network Forensics *(80 Hours)*

**Cybercop 201 - Intermediate Data Recovery and Analysis (IDRA)**     June 2012
*National White Collar Crime Center  (40 Hours)*
– FAT and NTFS file systems analysis, Windows artifacts analysis, recovery of deleted data, Overview of forensic examination techniques

**Cybercop 215 - iDevice Forensics Class (IDI)**          May 2012
*National White Collar Crime Center (14 Hours)*
– Forensic analysis of mobile devices utilizing the iOS Operating system

**Cybercop 101 – Basic Data Recovery and Acquisition (BDRA)**     May 2012
*National White Collar Crime Center (24 Hours)*
– Overview of forensic principles and imaging techniques

**Cyber Investigation 101 – Secure Techniques for Onsite Preview (STOP)**  May 2012
*National White Collar Crime Center (8 Hours)*
– Use of a forensically-sound Linux environment to preview storage devices

## ADDITIONAL INVESTIGATIVE TRAINING

**ICAC BitTorrent Investigations**          February 2017
*Internet Crimes Against Children (2 Hours)*
– Investigative techniques of the BitTorrent File Sharing network

**Online Social Networking (OSN 16-02)**          February 2016
*National Computer Forensics Institute (NCFI) (28 hours)*
– Investigation and use of various social media platforms

**ICAC Operational and Investigative Standards**          January 2016
*Internet Crimes Against Children (2 Hours)*

**Reid Technique of Investigative Interviewing and Advanced Interrogation**          June 2015
*Reid and Associates (24 Hours)*
– Advanced Interview Techniques and methodology

Page **6** of **8**     Phone: 301-279-6700   Direct: 240-672-0642
mikem@prudentialassociates.com
www.PrudentialAssociates.com



*Michael C. Migliani*

*Michael C. Migliani*

**Basic Investigator School** April 2015
*Montgomery County, Department of Police (40 Hours)*   **EXHIBIT 4**
- Overview of investigative techniques, search and seizure law, interview techniques, and case management.

## EXPERT WITNESS TESTIMONY

- State of Maryland v. Jones, Gregory 136409C  September 2021
  Montgomery County Circuit Court, Rockville, MD – Digital Forensics

- State of Maryland v. Panton, Andy 135492C  September 2021
  Montgomery County Circuit Court, Rockville, MD – Digital Forensics

- State of Maryland v. Panton, Andy 135492C  March 2020
  Montgomery County Circuit Court, Rockville, MD – Digital Forensics

- State of Maryland v. Kouyate. Mohamed 135524C  December 2019
  Montgomery County Circuit Court, Rockville, MD – Digital Forensics

- State of Maryland v. Anderson-Fraley, Isaac 133805C  February 2019
  Montgomery County Circuit Court, Rockville, MD – Digital Forensics

- State of Maryland v. Lipford, Tysean 131568C  January 2019
  Montgomery County Circuit Court, Rockville, MD – Digital Forensics

- State of Maryland v. Rony Galicia 132904C & Garcia-Gaona, Edgar 132903C  November 2018
  Montgomery County Circuit Court, Rockville, MD – Digital Forensics

- State of Maryland v. Furl Williams – 131995C  July 2018
  Montgomery County Circuit Court, Rockville, MD – Digital Forensics

- State of Maryland v. Canales-Yanez, Jose - 132902C  January 2018
  Montgomery County Circuit Court, Rockville, MD – Digital Forensics

- United States v. Evans Appiah - Case GJH-15-508  April 2016
  United States District Court for the District of Maryland, Greenbelt, MD - Digital Forensics

- State of Maryland v. Juan Woodard – Case 3D00342100  December 2015
  Montgomery County District Court, Rockville, MD – Digital Forensics

- State of Maryland v. Jose Lopez-Realegeno – Case 123655C  May 2015
  Montgomery County Circuit Court, Rockville, MD – Digital Forensics

- State of Maryland v. Elvis Bautista - Case 125693C  May 2015
  Montgomery County Circuit Court, Rockville, MD – Digital Forensics

- State of Maryland v. Joey Poindexter - Case 124512C  February 2015
  Montgomery County Circuit Court, Rockville, MD – Digital Forensics

Page **7** of 8    Phone: 301-279-6700   Direct: 240-672-0642
mikem@prudentialassociates.com
www.PrudentialAssociates.com

 

|  |  |
|---|---|
| - State of Maryland v. Joey Poindexter - Case 124512C<br>Montgomery County Circuit Court, Rockville, MD – Digital Forensics | January 2015 **EXHIBIT 4** |
| - State of Maryland v. Lamont Butler – Case 123483C<br>Montgomery County Circuit Court, Rockville, MD – Digital Forensics | September 2013 |

## PROFESSIONAL AFFILIATIONS

- International Association of Computer Investigative Specialists (IACIS) - Peer and Certification Review Coach, Member
- SysAdmin, Audit, Networking and Security (SANS) Institute - SANS GIAC Advisory Board Member
- Internet Crimes Against Children (Affiliate agency) (*former*)
- National White Collar Crime Center (NW3C)-Member Agency (*former*)
- Special Deputation Member - Washington Metro Electronic Crimes Task Force (*former*)

## EDUCATION

| | |
|---|---|
| State University of New York (SUNY) at Oneonta, Bachelor of Science – Psychology | May 1999 |

- Graduated Cum Laude
- Teaching Assistant (Psychology of Sleep and Dreams)

| | |
|---|---|
| SysAdmin, Audit, Networking and Security (SANS) Institute – Purple Team Operations Graduate Certificate | In-Progress |

## PRESENTATIONS

| | |
|---|---|
| - ECU Reports and Analysis<br>    o Authored and presented one day class for department investigators on use of UFED Reader and Axiom Portable Case reports | August 2019 to March 2020 |
| - Digital Forensic Overview – National Fire Academy | |
| - Overview of ATM/Gas Pump Skimmer Technology – Nuclear Regulatory Commission - Lunch Byte Series | December 2017 & December 2018 |
| - Overview of Digital Forensics in Law Enforcement - Nuclear Regulatory Commission - Lunch Byte Series | May 2017 |
| - Overview of digital forensics, electronic search and Seizure, and Electronic Crimes Unit – Montgomery County Police – Entry Level Training | 2015 – 2020 |
| - Overview of digital forensics and electronic search and Seizure – Montgomery County Police - Shift ID Training Class | 2015 – 2020 |

Page **8** of 8

Phone: 301-279-6700   Direct: 240-672-0642
mikem@prudentialassociates.com
www.PrudentialAssociates.com