# Response to Expert Report of October 2022

Dr. Brian Levine

April 12, 2023

# Contents

**1 Introduction**     **2**

   1.1 Documents referenced . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

**2 Response to the Expert Report**     **3**

**A Appendix: Detailed Application of the Statistical Test to the FOI**     **5**

   A.1 Overview of the Statistical Test . . . . . . . . . . . . . . . . . . . . . . . . . . 6

   A.2 File of Interest 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

      A.2.1 Logs from LE Node 2145 . . . . . . . . . . . . . . . . . . . . . . . . . 8

   A.3 File of Interest 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

      A.3.1 Logs from LE Node 2161 . . . . . . . . . . . . . . . . . . . . . . . . . 9

      A.3.2 Logs from LE Node 2145 . . . . . . . . . . . . . . . . . . . . . . . . . 9

   A.4 File of Interest 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

      A.4.1 Logs from LE Node 2145 . . . . . . . . . . . . . . . . . . . . . . . . . 12

      A.4.2 Logs from LE Node 2161 . . . . . . . . . . . . . . . . . . . . . . . . . 13

# 1 Introduction

I am a Professor in the College of Information and Computer Sciences at the University of Massachusetts Amherst. My detailed background and CV are documented elsewhere in this case. In summary, I received my Ph.D. in Computer Engineering from the University of California Santa Cruz in 1999. I joined my university in 1999 and received tenure in 2005. In 2020, I was named a *Fellow* of the Association for Computing Machinery (ACM), the largest professional society for scientific computing, for my "contributions to network forensics, security, and privacy, and for thwarting crimes against children". I have been publishing in peer-reviewed scientific venues on these topics for more than twenty-five years, authoring over 100 such papers. Since 2008, I have been working with agencies in the United States Department of Justice, including the Federal Bureau of Investigation (FBI), and with the state-based Internet Crimes Against Children (ICAC) Task Forces to build and deploy tools for forensic investigation of crimes against children. I am currently under contract with the FBI to develop tools for network-based investigation of internet-based crimes against children. My work in reviewing the materials pertinent to this case and preparing this report is not being performed pursuant to that contract. My work is being performed pursuant to a contract with the US Attorney's Office of the District of Maryland.

## 1.1 Documents referenced

In preparing this report I have reviewed and make reference to the following documents.

- "Digital Forensics Examination Report" by Michael Miglianti from October 22, 2022.

- The spreadsheet of raw data used to support the search warrant application, which the expert report names as "Maryland case FTS 4.4.0".

- The "Application and Affidavit for a Search Warrant" from August 18, 2018.

- "Statistical Detection of Downloaders in Freenet". Brian Neil Levine, Marc Liberatore,

2

    Brian Lynn, and Matthew Wright. In Proc. IEEE International Workshop on Privacy Engineering (IWPE), pages 25–32. May 2017. `http://ceur-ws.org/Vol-1873`

- "A Forensically Sound Method of Identifying Downloaders and Uploaders in Freenet". Brian Neil Levine, Marc Liberatore, Brian Lynn, and Matthew Wright. In Proc. ACM Conference on Computer & Communications Security (CCS), pages 1497–1512. October 2020. `https://dl.acm.org/doi/10.1145/3372297.3417876`

The two peer-review papers I authored listed above detail and evaluate the statistical test applied in this case to data logged by law enforcement running computers attached to the Freenet network. The statistical test is used to determine if observations indicate a neighbor of a law enforcement node on the Freenet network is the original requester of a file of interest. In the peer-review papers, we demonstrated that the statistical test has a false positive rate of 1%, based on about four years of trials on the actual Freenet network. (I refer to it as the "statistical test" below.)

## 2 Response to the Expert Report

Several necessary facts are missing from the expert report by Mr. Miglianti. My response, below, is based on an agreement with statements from the expert report, missing fuller context, and my more-complete analysis of the data in the spreadsheet.

- The expert report includes many statements about how the data in the spreadsheet might be changed to introduce errors.

  There is no suggestion in the expert report that the data was changed in this case. I have never seen a case where the data on the spreadsheet was changed.

  If the data had been changed maliciously to introduce errors, the changes discussed in the expert report would be apparent for all to see in the spreadsheet. For example, the

3

expert report introduces the idea that the spreadsheet allows analysis over a sequence of requests that take place over 1,000 years.

This type and other types of malicious crafting that were described have not happened in this case, and if it had, it would be apparent in the spreadsheet that the defense expert and I both examined.

- The accuracy of the statistical test, including its 1% false positive rate, is not disputed in the expert report.

- The statistical test was applied correctly in the case of File of Interest 1 (FOI 1) in the spreadsheet, and this is not disputed in the expert report. I apply the statistical test to the data contained in the spreadsheet in Appendix A.2. My results re-confirm that the test result is "pass", indicating that the target of the test is the original requester of FOI 1.

- The values stated in the search warrant application for FOI 1 are a correct reporting of the data in the spreadsheet, and this is not disputed in the expert report. The false positive rate of 1% of the statistical test does apply to the logs of data analyzed for FOI 1.

- The expert report notes a human error in the application of the statistical test to data for File of Interest 2 (FOI 2). My analysis shows a similar human error also occurred for File of Interest 3 (FOI 3). When analyzing the data for FOI 2 and FOI 3, the investigator erred by not appropriately filtering the observations to a single *run*. A run is a sequence of requests that meet the definition from in the 2017 (and 2020) papers. For example, the requests must be to the

- However, the correct result is indeed "pass" when applying the statistical test to the correctly filtered runs of requests for FOI 2 and FOI 3. I have re-confirmed that for the runs from FOI 2 and FOI 3, the result of the statistical test is "pass", meaning the

4

target of the test is more likely than not the original requester of the stated FOI; as noted above, the false positive rate of the test is 1%. I present these calculations in Appendix A.3 and A.4. In fact, there are two runs that both pass the statistical test for FOI 2 rather than just one.

- In short, the human error does not change the outcome of the test: the "pass" remains a "pass" for runs from both FOI 2 and FOI 3.

**Summary.** There was no error in the analysis of FOI 1 indicating it is a "pass" of the statistical test. The analysis of one run of requests for one file is sufficient to meet the 1% false positive rate stated in the 2020 paper. The investigator did err in his review of data FOI 2 and FOI 3 by not filtering down the data appropriately. This error results in a valid "pass" result remaining a "pass". This error does not result in a "fail" being changed to a "pass". Finally, there is no evidence that the data was changed to invalidate the requirements of the test; if that had happened here, it would be obvious and apparent because all data is displayed prominently in the spreadsheet.

# A   Appendix: Detailed Application of the Statistical Test to the FOI

In this appendix, I provide full details of the calculations for the observations for each File of Interest.

## A.1  Overview of the Statistical Test

As a reminder, the algorithm, which is detailed in the 2017 and 2020 papers, requires four values.

- **$r$** is the number of unique requests for the file of interest. This value is calculated based on the observed total number of requests received, less the number of observed *inserts* received, less three times the number of duplicate requests received.

- **$T$** is the expected number of requests for the file of interest. The value is calculated as 80% of the total number of blocks listed in the manifest.

- **$g$** is the average number of neighbors that the target reports as having during the run of requests.

- **$h = 8$**. To consider the case where the target is a relay, we assume a hypothesized original requester had $h = 8$ neighbors.

The statistical test has the following formula. The result of the formula is compared to a threshold of 0.98. If the result is greater than or equal to 0.98, the test passes, and otherwise it fails.

$$p = \frac{\frac{1}{g+1}\text{Binom}(r; T, 1/g)}{\frac{1}{g+1}\text{Binom}(r; T, 1/g) + \frac{g}{g+1}\text{Binom}(r; T, 1/gh)} \qquad (1)$$

$$\text{if } p \geq 0.98:$$
$$\text{then pass}$$
$$\text{else fail}$$

I do not explain the formula or its derivation here. Rather, my focus is on applying the observed values to it. The first Binomial probability, $\text{Binom}(r; T, 1/g)$, is calculated in Microsoft Excel (or Google Sheets) as `BINOM.DIST(r, T, 1/g, FALSE)`; the variable names I have

<sub>128</sub> used here must be replaced by cell numbers. Similarly, the second Binomial probability,
<sub>129</sub> $\text{Binom}(r; T, {}^1\!/gh)$, is calculated as `BINOM.DIST(r, T, 1/(g*8), FALSE)`.

## A.2   File of Interest 1



Figure 1: A screenshot of the spreadsheet analyzing Run 1 in FOI 1 from LE Node 2145. The result is PASS.

<sub>131</sub> Here I confirm that the calculations performed in the spreadsheet for FOI 1 are correct.
<sub>132</sub> In Figure 1, the cells referenced below are highlight with red boxes. The cryptographic hash
<sub>133</sub> value of the file requested is HDSTZVAQANSVKGICJ2R2YQLPDLYWPDHJ (cell B4, the
<sub>134</sub> full value is trimmed from view). The first request occurred at June 24, 2018 at 13:35:18
<sub>135</sub> (cell A12)[1], and the last request occurred at June 24, 2018 at 13:51:26 (cell A41), which is

---

[1]All times in this document are in the UTC timezone.

about 16 minutes later. All requests have *hops to live (HTL)* of 18. (Note that $h = 8$ is hard coded into the formula included in cell D1 of the spreadsheet.)

- **$r = 29$**. A run shown for FOI 1 contains logs of 30 requests (cell B8) total, of which 1 is an insert (cell F7 and also cell C20). In other words, $r = 29$ requests are unique (cell F9). (If duplicates had been observed, cell F10 would reflect an adjusted total per the paper's algorithm.)

- **$T = 3313.6$**. The number of inserted blocks for FOI 1 is 4142 (cell B5), therefore the expected number of requests is $T = 0.8 * 4142 = 3313.6$. (Note that the use of 0.8 of cell B5 is hard coded into the cell D1.)

- **$g = 69.1$**. The average number of neighbors reported is $g = 69.1$ (cell F8).

Note that $\text{Binom}(r = 29; T = 3313.6, 1/69.1) \approx 0.000893$, and that $\text{Binom}(r = 29; T = 3313.6, 1/69.1*8) \approx 0.0000000000093$.

Therefore, we have approximately

$$\frac{(\frac{1}{70.1})\ 0.000893}{(\frac{1}{70.1})\ 0.000893 + (\frac{69.1}{70.1})\ 0.0000000000093} = 0.9999993. \tag{2}$$

Since this value is larger than the threshold of 0.98, I can confirm that the target of this investigation is more likely than not to be the original requester of FOI 1 file and not merely a relayer. The 2020 paper demonstrates that this method has a false positive rate of less than 1%.

### A.2.1   Logs from LE Node 2145

- **Run 1 (FOI 1, LE Node 2145): PASS.** As detailed above in this run $r = 29$, $T = 3313.6$, and $g = 69.1$. The resulting value of the statistical test is $p = 0.9999993$. This value is larger than the threshold of 0.98, so the result is "pass".

For the remaining runs, I detail how to calculate $r, g,$ and $T$. Then I report the result of the statistical test ( Eq. 1). Although I do not provide the level of detailed calculations as presented above, the process is no different.

## A.3   File of Interest 2

File of Interest 2 contains observations from four different law enforcement nodes that were neighbors of the target and received requests. Two of the runs pass the statistical test, and several runs do not pass.

For all runs related to FOI 2, the expected number of requests is $T = 0.8 * 3712 = 2969.6$ (and $h = 8$).

### A.3.1   Logs from LE Node 2161

- **Run 2 (FOI 2, LE Node 2161): PASS.** The run logged by LE Node 2161 spans 7:56:49 AM until 8:21:21 AM (almost 25 minutes). During this interval, 39 requests, including 1 insert, are received all with HTL values of 18; therefore, $r = 38$. The average number of neighbors is $g = 71.2$. The statistical test passes as the value of Eq. 1 is close to 1.0, which is greater than 0.98.

### A.3.2   Logs from LE Node 2145

There are a series of requests with HTL values of 16 that are included in the spreadsheet. Requests with HTLs of 16 are not part of runs. These values are included in the spreadsheet to provide a complete picture of the log of events surrounding the runs of interest. The requests with HTLs of 16 all occurred between 4:18:26 PM and ending by June 23, 2018 at 8:51:19 PM, except for a single additional request on June 24, 2018 at 2:37:57 AM.

The runs of requests with HTL values of 18 start more than 5 hours later at 7:56:49 AM on June 24, 2018.



Figure 2: A screenshot of the spreadsheet analyzing Run 2 in FOI 2 from LE Node 2161. The result is PASS.

- **Run 3 (FOI 2, LE Node 2145): PASS.** The data logged by LE Node 2145 occurred between 07:57:06 and 08:23:59 on June 24, 2018 (almost 27 minutes total). It consists of 70 requests, of which 2 are inserts. All have HTL values of 18. Therefore $r = 68$ requests. An average of $g = 72$ neighbors are reported to the LE Node. The statistical test passes as the value of Eq. 1 is approximately 1.0, which is greater than 0.98.

- **Run 4 (FOI 2, LE Node 2145): FAIL.** There is a break in data observed by LE Node 2145 for more than 30 hours and 27 minutes until June 25, 2018 at 2:51:31 PM. At this time, 12 requests, including 1 insert, are received with HTL values of 18 by June 25 at 3:57:04 PM (about 1 hour and 5 minutes total); therefore $r = 11$. The average number of neighbors is $g = 71.2$. The statistical test fails as the value of Eq. 1 is approximately 0.000001, which is less than 0.98.

There is one request for FOI 2 logged by LE Node 1809 on June 25, 2018 at 1:35:46 AM, which we can ignore due to its HTL value of 16. Finally, there is also one request for FOI 2

10



Figure 3: A screenshot of the spreadsheet analyzing Run 3 in FOI 2 from LE Node 2145. The result is PASS.

logged by LE Node 1921 on June 23, 2018 at 4:18:26 PM, which we can ignore due to its HTL value of 16.

Because the spreadsheet contains two runs of requests that both pass the statistical test (Runs 2 and 3), as I have validated here, the outcome of the statistical test is "pass" for FOI 2. The user error did not change a "fail" to a "pass"; the error resulted in a "pass" result remaining a "pass".

## A.4   File of Interest 3

For all runs related to FOI 3, the expected number of requests is $T = 0.8 * 3566 = 2852.8$ (and $h = 8$).

11



Figure 4: A screenshot of the spreadsheet analyzing Run 4 in FOI 2 from LE Node 2145. The result is FAIL.

### A.4.1    Logs from LE Node 2145

- **Run 5 (FOI 3, LE Node 2145): PASS.** The run logged by LE Node 2145 spans June 24, 2018 at 2:27:24 AM until June 24, 2018 at 2:55:42 AM (about 28 minutes). During this interval, 21 requests, including no inserts, are received all with HTL values of 18; therefore $r = 21$. The average number of neighbors is $g = 75.2$. The statistical test passes as the value of Eq. 1 is close to 1.0, which is greater than 0.98.



Figure 5: A screenshot of the spreadsheet analyzing Run 5 in FOI 3 from LE Node 2145. The result is PASS.

12

### A.4.2   Logs from LE Node 2161

- **Run 6 (FOI 3, LE Node 2161): FAIL.** The run logged by LE Node 2145 spans June 24, 2018 at 2:52:49 AM until June 24, 2018 at 2:54:26 AM (almost 2 minutes). During this interval, 3 requests, including no inserts, are received all with HTL values of 18; therefore $r = 3$. The average number of neighbors is $g = 75.7$. The statistical test fails as the value of Eq. 1 is close to 0.0, which is less than 0.98.



Figure 6: A screenshot of the spreadsheet analyzing Run 6 in FOI 3 from LE Node 2161. The result is FAIL.

Because the spreadsheet contains one run of requests that passes the statistical test, as I have validated here, the outcome of the statistical test is "pass" for FOI 3. The user error did not change a "fail" to a "pass"; the error resulted in a "pass" result remaining a "pass".

_____    April 12, 2023

Brian Levine