IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-19-348 |
| | * | |
| ALAKOM-ZED CRAYNE POBRE. | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

## SCHEDULING ORDER

Having considered the parties Joint Proposed Briefing and Hearing Schedule, it is hereby this __23rd__ day of __May__, 2023, **ORDERED**, as follows:

1. The hearing for expert testimony scheduled for March 31, 2023, is **VACATED**.

2. Any Government expert report shall be submitted to Defense counsel on or before April 14, 2023.

3. Any Defense Supplemental Memorandum is due on or before May 5, 2023.

4. Any Government Response is due on or before May 19, 2023.

5. Any Defense Reply is due on or before May 25, 2023.

6. A hearing is scheduled for June 28, 2023, at 2:00 p.m. for testimony, argument, or both, as directed by the Court. Or, if, based upon the written submissions, the Court deems a hearing unnecessary to rule upon the issue, the hearing date will be vacated.

**IT IS SO ORDERED.**

/S/
_____
PAULA XINIS
United States District Judge