IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | |
| ALAKOM-ZED CRAYNE POBRE | :   Case No.   8:19-cr-00348-PX |
| Defendant | |
| | : |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY

Comes now the Defendant, Alakom-Zed Pobre, by and through his counsel, Richard A. Finci and the Law Offices of Houlon, Berman, Finci & Levenstein, LLC, and respectfully seeks leave of Court to file his *Reply to Government's Response in Opposition to Defendant's Supplemental Memorandum Addressing Franks and Sufficiency of Probable Cause Issues* and in support thereof, states as follows:

1) According to a Scheduling Order issued by this Honorable Court on May 23, 2023, (but verbally issued during a prior Status call), Defendant's *Reply to Government's Response in Opposition to Defendant's Supplemental Memorandum Addressing Franks and Sufficiency of Probable Cause Issues* was due to be filed on May 25, 2023.

2) Over the Memorial Day weekend, Counsel realized that the *Reply* had not been filed. However, the Reply has been served on the Government.

3) Counsel seeks leave of the Court to file this *Reply* out of time. Counsel has filed the *Reply* contemporaneously with the filing of this Motion.

4) Assistant United State's Attorney Michal Morgan, Esquire has authorized counsel to express his consent to this request.

WHEREFORE, Defendant respectfully requests the following relief:

1) That this Honorable Court grant Defendant leave to file his *Reply to Government's Response in Opposition to Defendant's Supplemental Memorandum Addressing Franks and Sufficiency of Probable Cause Issues* May 30, 2023.

2) Such further and additional relief as justice may require.

Respectfully submitted,

/s/ Richard A. Finci
Richard A. Finci, Esquire
Houlon, Berman, Finci & Levenstein, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
finci@houlonberman.com
Telephone: (301) 459-8200
Facsimile: (301) 459-5721

/s/ G. Arthur Robbins
G Arthur Robbins (Federal Bar No. 09770)
CHESAPEAKE MERIDIAN
1997 Annapolis Exchange Parkway, Suite 300
Annapolis, Maryland 21401
Telephone: (443) 454-7675
GarRobbins@ChesapeakeMeridian.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of May, 2023, a copy of the foregoing CONSENT MOTION FOR EXTENSIO OF TIME TO FILE REPLY was served via filing in the electronic filing system to Michael Morgan, Esquire, Office of the United States Attorney, 6406 Ivy Lane, Greenbelt, Maryland 20770.

/s/ Richard A. Finci
Richard A. Finci, Esquire