**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | |
| ALAKOM-ZED CRAYNE POBRE | :   Case No.   8:19-cr-00348-PX |
| Defendant | |
| | : |

## ORDER

UPON CONSIDERATION OF DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY AND UPON NOTING THE GOVERNMENT'S CONSENT THERETO, IT IS THIS ___ OF ___, 2023,

**ORDERED,** THAT THE CONSENT MOTION FOR EXTENSION OF TIME TO FILE THE DEFENDANT'S *Reply to Government's Response in Opposition to Defendant's Supplemental Memorandum Addressing Franks and Sufficiency of Probable Cause Issues* be and is hereby granted and it is further,

**ORDERED,** THAT THE DEFENDANT'S *Reply to Government's Response in Opposition to Defendant's Supplemental Memorandum Addressing Franks and Sufficiency of Probable Cause Issues* may be filed on May 30, 2023.

_____
Judge Paula Xinis