\_\_\_\_ FILED     \_\_\_ ENTERED
\_\_\_\_ LOGGED    \_\_\_\_\_ RECEIVED

6:10 pm, Aug 11 2023
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY \_\_\_\_\_TDD\_\_\_\_\_Deputy

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **CRIMINAL NO. PX-19-348** |
| **ALAKOM-ZED CRAYNE POBRE,** | * | |
| Defendant. | * | |

*******

### GOVERNMENT'S EXHIBIT LIST FOR AUGUST 11, 2023 EVIDENTIARY HEARING

| Exhibit | ID | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | Aug 11 2023 | Aug 11 2023 | Mills / Levine | Government's Expert's Report |
| 2 | Aug 11 2023 | Aug 11 2023 | Levine | Defense's Expert's Report |
| 3 | Aug 11 2023 | Aug 11 2023 | Mills | Search Warrant Affidavit |
| 4 | Aug 11 2023 | Aug 11 2023 | Mills | FOI 1 - Redacted |
| 5 | Aug 11 2023 | Aug 11 2023 | Mills | FOI 2 – Redacted |
| 6 | Aug 11 2023 | Aug 11 2023 | Mills | FOI 3 - Redacted |
| 7 | Aug 11 2023 | Aug 11 2023 | Mills | FTS Summary (See Defense Exhibit 6) |
| 8 | Aug 11 2023 | Aug 11 2023 | Levine | Transcript of Testimony from 10/8/21 Hearing (See Defense Exhibit 7) |
| 9 | Aug 11 2023 | Aug 11 2023 | Moved in by Government | Transcript of Testimony from 12/2/21 Hearing |
| 10 | Aug 11 2023 | Aug 11 2023 | Mills | Maryland State Police Incident Report |