___ ENTERED
____ LOGGED _____ RECEIVED

6:11 pm, Aug 11 2023
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____TDD____Deputy

## UNITED STATES OF AMERICA

### vs.

## ALAKOM-ZED CRAYNE POBRE

**Criminal No. PX 19-cr-0348**                              **DEFENDANT'S EXHIBIT LIST**

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | Aug 11 2023 | Aug 11 2023 | Moved in by Defense | Transcript of Previous Testimony of Trooper Cory Mills from 10/08/2021 |
| 2 | Aug 11 2023 | Aug 11 2023 | Moved in by Defense | Levine Paper 2020 |
| 3 | Aug 11 2023 | Aug 11 2023 | Moved in by Defense | Digital Forensics Examination Report of Michael Miglianti dated 10/28/2022 |
| 4 | Aug 11 2023 | Aug 11 2023 | Moved in by Defense | Curriculum Vitae of Michael Miglianti |
| 5 | Aug 11 2023 | Aug 11 2023 | Moved in by Defense | Application and Affidavit from Search and Seizure Warrant |
| 6 | Aug 11 2023 | Aug 11 2023 | Mills | Freenet Target Summary (See also Government Exhibit 7) |
| 7 | Aug 11 2023 | Aug 11 2023 | Levine | Transcript of Testimony from Dr. Levine from 10/08/2021 (See Government Exhibit 8) |
| 8 | Aug 11 2023 | Aug 11 2023 | Moved in by Defense | Transcript of Testimony from Dr. Levine from 12/02/2021 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |