✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

6:12 pm, Aug 11 2023
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____TDD____ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | *   Criminal Case No.: **PX 19-0348** |
| **ALAKOM-ZED CRAYNE POBRE**<br>**Defendant** | * |

******

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**GOVERNMENT'S EXHIBITS**

_____
_____
_____
_____

All Government's Exhibits
returned: _____

**DEFENDANTS' EXHIBITS**

_____
_____
_____
_____

All Defendants' Exhibits
returned: _____

Received the above listed exhibits this date:

Counsel for Government: *[signature]*

Counsel for Defendants: *[signature]*

Date: _____**August 11, 2023**_____

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits