**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Crim. No. PX-19-348** |
| | * | |
| **ALAKOM-ZED CRAYNE POBRE,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

## JOINT MOTION TO EXCLUDE TIME PURSUANT TO 18 U.S.C. § 3161(h)(7)

The United States of America and Defendant Alakom-Zed Crayne Pobre, by and through counsel, hereby request an order, pursuant to 18 U.S.C. § 3161(h)(7), excluding the time period between **October 25, 2023** and **November 29, 2023**, in computing the time within which trial must commence, in accordance with 18 U.S.C. § 3161(c).  In support of this Motion, the parties submit the following:

1.       On July 22, 2019, a federal grand jury sitting in the District of Maryland returned an indictment charging Pobre with Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).  Pobre had his initial appearance on July 23, 2019.

2.       On August 16, 2019, this Court granted Pobre's Consent Motion to Toll Speedy Trial, which resulted in excluding the time period between August 8, 2019 and September 6, 2019, in computing the time within which trial must commence, in accordance with 18 U.S.C. § 3161(c).

3.       On November 1, 2019, this Court granted the parties' Joint Motion to Toll Speedy Trial, which resulted in excluding the time period between September 7, 2019 and November 5, 2019, in computing the time within which trial must commence, in accordance with 18 U.S.C. § 3161(c).

4.      On November 12, 2019, this Court granted the parties' Joint Motion to Toll Speedy Trial, which resulted in excluding the time period between November 6, 2019, and January 10, 2020, in computing the time within which trial must commence, in accordance with 18 U.S.C. § 3161(c).  (ECF 23)

5.      On February 3, 2020, the Defense filed a Motion to Compel Discovery, which automatically tolled time under 18 U.S.C. 3161(h)(1)(D).  Subsequently, several other motions were filed, the final of which was resolved on October 25, 2023 when the Court gave an Oral Order denying the last remaining pretrial motion of the defendant.  (ECF 121)

6.      The Court set in a recorded status call for November 29, 2023.  During the time between October 25, 2023, and November 29, 2023, it is the intention of the parties to continue discussions as to the next steps of this case and determine whether the parties will be requesting a rearraignment date, or trial dates, at the November 29, 2023 status call.

7.      In accordance with the Speedy Trial Act, 18 U.S.C. § 3161(c), the trial of a defendant charged in an information or indictment shall commence within seventy days from the filing date of the information or indictment, or from the date the defendant appeared before a judicial officer, whichever date last occurs.

8.      Under 18 U.S.C. §3161(h)(7), the Court may exclude time from the seventy-day time period, at the request of the attorney for the Government, if the Court finds that the ends of justice will be served by taking such action and such action outweighs the best interest of the public and the defendant in a speedy trial.

9.      The parties submit that tolling of the Speedy Trial Act clock for any time not automatically excluded pursuant to § 3161(h)(1)(D) is appropriate under the circumstances.

Tolling the time will allow the parties to confer regarding whether it is possible to reach a non-trial resolution of this case.

10.     For the foregoing reasons, the ends of justice will be served by excluding the time period between **October 25, 2023** and **November 29, 2023**, in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h), and those ends outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____

Digitally signed by GARY MORGAN
Date: 2023.10.27 18:54:38 -04'00'

G. Michael Morgan, Jr.
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2023, copy of the foregoing was filed with the

Clerk of the Court using the CM/ECF system.

Digitally signed by GARY
MORGAN
Date: 2023.10.27 18:59:07 -04'00'

G. Michael Morgan, Jr.
Assistant United States Attorney