*UNITED STATES DISTRICT COURT*
*FOR THE*
*DISTRICT OF MARYLAND*
*Southern Division*

| | |
|---|---|
| United States of America : | |
| vs. : | Case No. 8:19-cr-00348-PX |
| ALAKOM-ZED CRAYNE POBRE : | |
| Defendant : | |

## **MOTION FOR WITHDRAWAL OF APPEARANCE AS COUNSEL**

Pursuant to Local Rule 101.2a, undersigned counsel respectfully requests permission to withdraw as counsel for Defendant Alakom-Zed Crayne POBRE.  Richard A. Finci, Esquire and the Law Offices of Houlon, Berman, Finci & Levenstein, LLC, continue as lead counsel.  Defendant POBRE remains represented by counsel.

Respectfully submitted,

_____/S/_____
G Arthur Robbins (Federal Bar No. 09770)
CHESAPEAKE MERIDIAN
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, Maryland 21401
443.454.7675
GarRobbins@ChesapeakeMeridian.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 30th day of October 2023, a copy of the foregoing Motion to Withdraw as Counsel was electronically filed and served on all counsel of record through the Court's CM/ECF system.

                                            /s/
                                      G Arthur Robbins