*UNITED STATES DISTRICT COURT*
*FOR THE*
*DISTRICT OF MARYLAND*
*Southern Division*

| | |
|---|---|
| United States of America          : | |
| vs.                               : | Case No. 8:19-cr-00348-PX |
| ALAKOM-ZED CRAYNE POBRE           : | |
| Defendant                         : | |

## ORDER

Having considered counsel's request to withdraw, and noting that, in accordance with Local Rule 101.2a, Defendant Alakom-Zed Crayne POBRE remains represented by Richard A. Finci, Esquire and the Law Offices of Houlon, Berman, Finci & Levenstein, LLC; the request is hereby granted. The appearance of G Arthur Robbins is stricken as counsel to Defendant POBRE in this matter.

_____
Paula Xinis
Judge