IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| V. | * | **CRIM. NO. PX-19-348** |
| | * | |
| **ALAKOM-ZED POBRE,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | * | |
| | ******** | |

### ENTRY OF APPEARANCE

MADAM CLERK:

    Please enter the appearance of Adam K. Ake as counsel for the United States of America for all purposes in the above-captioned case.

    Respectfully submitted,

Erek L. Barron
United States Attorney

BY:   /s/
      Adam K. Ake
      Assistant United States Attorney