## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

As part of a Freenet investigation, Maryland State Police ("MSP") identified the Defendant, **ALAKOM-ZED CRAYNE POBRE** ("**POBRE**") when three files with unique Freenet identifiers were identified with a high level of probability to have originated from an IP address assigned to a corporation located at the residence where **POBRE** lived with his wife.

A search warrant was executed at **POBRE**'s residence in Laurel, Maryland, on August 14, 2018. MSP examined six devices in **POBRE**'s residence, including a generic desktop computer with bar code number X11SA012050170056 and an IP address 71.246.207.61. MSP noticed that Windows 9.1 Pro was installed on the computer, which also had a VeraCrypt shortcut on the desktop that led to a folder labeled "Freenet." MSP was able to recover the RAM content of the generic desktop that was running at the time of the search warrant execution. The user account was logged in and MSP photographed the desktop display.

Limited by technical issues, MSP exported a representative sample of the VeraCrypt volume contents instead of a complete image. A quick search for the term "PTHC" in the exported Veracrypt volume returned over 800 results. Based on some of the file paths, MSP exported three folders which appeared to contain suspected child exploitation content. The RAM contained child pornography images including prepubescent children, infants, and toddlers engaged in sexual acts or being used for sexual acts by adults. The 489 still images and 50 videos recovered included depictions of bestiality and bondage.

**POBRE**'s collection included 34 identified series. The following four victims would have been 12 years of age or younger at the time the images of them were produced because they had not yet reached 12 years of age at of the search warrant execution on August 14, 2018: "Mother Full 20121" (b. 2006), "New Stuff 2011" (b. 2007), "Super Hero Boy 1" (b. 2014); and "winc_14" (b. 2007).

Rev. August 2018

12



SO STIPULATED:

_____
Adam K. Ake
Assistant United States Attorney

_____
Alakom-Zed Crayne Pobre
Defendant

_____
Richard Finci, Esq.
Counsel for Defendant