IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. PX-19-348 |
| | * |
| Alakom-Zed Crayne Pobre, | * |
| | * |
| Defendant | * |
| | * |
| ******* | |

## JOINT STATUS REPORT

The United States and defense counsel hereby provide this Joint Status Report concerning the Defendant's upcoming supervised release violation hearing, currently set for Monday, April 28, 2025, before this Court. The parties agree that a brief continuance of approximately four weeks is needed. In support thereof, the parties state as follows:

On March 7, 2025, the United States Probation Office filed a petition alleging three separate supervised release violations which accuse the Defendant of accessing pornographic material on numerous occasions between August 2024 and January 2025. (ECF No. 151). The petition also includes one violation alleging that the Defendant failed to appear for court-ordered sex offender treatment on two occasions. *Id*. The Defendant's initial appearance in this matter occurred on March 26, 2025, and a violation hearing is currently set for April 28, 2025, at 10:00AM.

The government and defense counsel have communicated via phone and email several times since the Defendant's initial appearance. Much of the substance of these communications has centered around the wording of one of the Defendant's additional conditions of supervised release, which proscribes the viewing or possession of pornography, "that would compromise [the Defendant's] sex offense-specific treatment." (ECF No. 145, pg. 4).

1

Because of the nature of the Defendant's alleged violations and the wording of the relevant additional condition of supervision, both the government and defense counsel separately issued subpoenas to the Defendant's sex offense-specific treatment provider, requesting the Defendant's treatment records and attendance logs. With respect to the Defendant's sex-offense specific treatment records, defense counsel has informed the government that he believes such records are privileged. The government contends that they are not. The parties each separately received responsive documents from the treatment provider this afternoon, April 24, 2025.

As the government and defense counsel only just received responsive documentation from the sex offense-specific treatment provider, the parties have agreed that more time is needed to prepare for the violation hearing. More time will allow the parties to identify any additional necessary evidence and witnesses, as well as discuss a potential pre-hearing resolution. Thus, the government has spoken with defense counsel, who concurs with the above summary, and the parties jointly request that the violation hearing currently set for April 28, 2025, at 10:00AM, be continued for approximately four weeks, to a date convenient for the Court and both parties. A proposed order is attached.

Respectfully Submitted,

Kelly O. Hayes
United States Attorney


/s/
Steven Brantley
Assistant United States Attorney