IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-19-348 |
| | * | |
| Alakom-Zed Crayne Pobre, | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

## ORDER

Upon consideration of the parties' Motion to Modify the Defendant's Conditions of Supervised Release, and in accordance with 18 U.S.C. § 3583(e) and Federal Rule of Criminal Procedure 32.1(c), the Court orders as follows:

1. The Defendant shall undergo periodic polygraph testing as a condition of supervision. Section C of the Defendant's May 17, 2024 Judgement (ECF No. 145, pg. 4) is hereby modified to include the following condition:

    "You must submit to periodic polygraph testing at the discretion of the probation officer, in coordination with the treatment provider, as a means to ensure that you are in compliance with the requirements of your supervision or treatment program. In accordance with the policy of the United States Probation Office, failed polygraph results or the refusal to answer polygraph questions on the basis of a non-frivolous Fifth Amendment privilege against self-incrimination are not grounds to revoke supervised release."

2. The third paragraph of Section C in the Defendant's May 17, 2024, Judgement (ECF No. 145, pg. 4), entitled "No Possession of Pornographic Materials," is hereby modified as follows: striking the language at the end of the paragraph that reads ". . . that would compromise your sex-offender specific treatment." All other language in this condition remains unchanged.

So ordered.

_June 2, 2025_
Date

_/s/ Paula Xinis_
The Honorable Paula Xinis
United States District Judge

\* Petition @ ECF. No 151 remains pending. Violation Hearing continued until 9.10.2025 at 10:00 a.m. JPx